**C3.ai, Inc. (AI)**  **Reckstin, Sue Hwang**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/23/2020 | 50 | $154.1000 |
| Purchase | 12/23/2020 | 50 | $154.1000 |
| Purchase | 12/23/2020 | 100 | $166.5000 |
| Purchase | 12/28/2020 | 50 | $149.8000 |
| Purchase | 12/29/2020 | 25 | $137.5000 |
| Purchase | 2/10/2021 | 50 | $159.5500 |
| Purchase | 2/10/2021 | 50 | $157.3000 |
| Purchase | 2/18/2021 | 25 | $133.6000 |
| Purchase | 3/2/2021 | 50 | $99.9900 |
| Purchase | 3/19/2021 | 50 | $72.6000 |
| Purchase | 3/29/2021 | 10 | $62.6000 |
| Purchase | 3/29/2021 | 10 | $62.7000 |
| Purchase | 8/16/2021 | 50 | $46.3900 |
| Purchase | 9/29/2021 | 50 | $45.6800 |
| Purchase | 9/29/2021 | 50 | $45.6000 |
| Sale | 2/9/2021 | (100) | $167.9962 |
| Sale | 12/23/2021 | (50) | $34.1998 |