# Exhibit 1



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   **SIGN IN**   REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against C3.ai, Inc. and Certain Officers – AI

March 04, 2022 20:26 ET | Source: Pomerantz LLP



...

NEW YORK, March 04, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against C3.ai, Inc. ("C3.ai" or the "Company") (NYSE: AI) and certain of its officers. The class action, filed in the United States District Court for the Northern District of California, and docketed under 22-cv-01413, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (a) C3.ai Class A common stock pursuant and/or traceable to the Offering Documents issued in connection with the Company's initial public offering conducted on or about December 9, 2020 (the "IPO" or "Offering"); and/or (b) C3.ai securities between December 9, 2020 and February 15, 2022, both dates inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased or otherwise acquired C3.ai Class A common stock pursuant and/or traceable to the IPO; and/or securities during the class period, you have until May 3, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

C3.ai operates as an enterprise artificial intelligence ("AI") software company. The Company offers a variety of software-as-a-service applications for enterprises and software solutions and integrated turnkey enterprise AI applications for oil and gas, chemicals, utilities, manufacturing, financial



related to financial services markets; Raytheon; and AWS, Intel, and Microsoft.

The complaint alleges that the Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and were not prepared in accordance with the rules and regulations governing their preparation. Additionally, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, the Offering Documents and Defendants made false and/or misleading statements and/or failed to disclose that: (i) C3.ai's partnership with Baker Hughes was deteriorating; (ii) C3.ai's was employing a flawed accounting methodology to conceal the deterioration of its Baker Hughes partnership; (iii) C3.ai faced challenges in product adoption and significant salesforce turnover; (iv) the Company overstated, inter alia, the extent of its investment in technology, description of its customers, its total addressable market, the pace of its market growth, and the scale of alliances with its major business partners; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 16, 2022, during pre-market hours, Spruce Point Capital Management ("Spruce Point") issued a report and strong sell research opinion regarding C3.ai (the "Spruce Point Report"). Specifically, Spruce Point alleged that it had uncovered, inter alia, "[e]vidence of a severely challenged partnership with Baker Hughes, a related-party and C3.ai's largest customer"; "[s]igns of problematic financial reporting and accounting regarding the Baker Hughes joint venture and a revolving door in C3.ai's Chief Financial Officer position"; that "[c]hallenges in product adoption and significant salesforce turnover make it unlikely that C3.ai will meet aggressive analyst estimates"; "[e]vidence of exaggerated or irreconcilable claims made by C3.ai[,]" including "numerous discrepancies" regarding "the value of and cumulative investment made by C3.ai in its technology, description of its customers, its total addressable market, the pace of its market growth and the scale of alliances with companies such as Microsoft, Hewlett Packard Enterprises, Google Cloud, Intel and Amazon Web Services"; and "[w]orrisome corporate governance practices and insider enrichment." As a result, Spruce Point "conservatively estimate[d] 40% - 50% downside risk to C3.ai's share price."



stock continues to trade below the $42.00 per share Offering price, damaging investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

# Recommended Reading

March 04, 2022 23:49 ET

Source: Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Lexicon Pharmaceuticals, Inc. - LXRX**

NEW YORK, March 04, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Lexicon Pharmaceuticals, Inc. ("Lexicon" or the "Company") (NASDAQ: LXRX). Such investors...

March 04, 2022 23:44 ET

Source: Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Cerence Inc. - CRNC**

NEW YORK, March 04, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Cerence Inc. ("Cerence" or the "Company") (NASDAQ: CRNC). Such investors are advised to...



## New Pro Designs Added to Wetwall™ Water-Proof Wall...

March 07, 2022 09:02 ET

## Gap's Spring Campaign Champions Individuality and ...

March 07, 2022 09:01 ET

## Dr. Gerard Blobe, M.D., Ph.D., Joins Vivacitas Onc...

March 07, 2022 09:00 ET

## bioLyti Inc. Ba Canad

March 0

### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.