# Exhibit 2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against C3.ai, Inc. (NYSE: AI), and their current and former officers, and others in connection with the purchase and sale of securities issued by C3.ai, Inc..

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint against C3.ai, Inc. and certain of their officers and directors and I authorize The Rosen Law Firm, PA to file a lead plaintiff motion on my behalf.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases and sales I have made in C3.ai, Inc. securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

    See schedule A

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day ___May 1st 2022___.

Signature: Cai Yining 蔡一宁.

Name:  Yining Cai

## ASSIGNMENT

Yingjie Cai, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Yining Cai. ("Ms. Cai") all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the purchase by Assignor of the securities of C3.ai, Inc. Further, the Assignor hereby appoints Ms. Cai as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

Ms. Cai has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Ms. Cai.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Signed this ___ day of __May 1st___, 2022

Yingjie Cai

Yining Cai

## SCHEDULE A

## YINGJIE CAI

CLASS PERIOD TRANSACTIONS

### STOCK PURCHASES

| DATE | SHARES | PRICE |
|---|---|---|
| 1/21/2021 | 20,000 | ($130.20) |
| 6/9/2021 | 20,280 | ($64.08) |

### STOCK SALES

| DATE | SHARES | PRICE |
|---|---|---|
| 6/9/2021 | 20,000 | $63.50 |

## YINING CAI

CLASS PERIOD TRANSACTIONS

### STOCK PURCHASES

| DATE | SHARES | PRICE |
|---|---|---|
| 1/21/2021 | 10,000 | ($133.50) |
| 6/18/2021 | 10,140 | ($48.38) |

### STOCK SALES

| DATE | SHARES | PRICE |
|---|---|---|
| 6/18/2021 | 10,000 | $59.23 |