Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Dennis
Martinez and Christie Sweeney and Proposed
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR., <br><br> Defendants. | Case No. 4:22-cv-01413-HSG <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF DENNIS MARTINEZ AND CHRISTIE SWEENEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:22-cv-01413-HSG

1

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movants Dennis Martinez and Christie Sweeney ("Martinez and Sweeney") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Yang's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Notice published in *Globe Newswire* on March 4, 2022, announcing the pendency of the action against the defendants herein;

Exhibit B:      Signed PSLRA Certifications of Martinez and Sweeney; and

Exhibit C:      Analysis of Martinez and Sweeney's financial interest;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of May 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:22-cv-01413-HSG

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On May 3, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
4:22-cv-01413-HSG