# EXHIBIT C

Financial Interest Analysis

**Company Name:** C3 ai, Inc
**Ticker:** AI
**Class Period:** December 9, 2020 to February 15, 2022; and/or traceable to the December 2020 IPO

# Exchange Act

**Name:** Dennis Martinez
**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 2/23/2021 | 1,000 | $120 0000 | -$120,000 0000 | | $0 0000 | -$120,000 00 |
| 2/23/2021 | 700 | $113 5600 | -$79,492 0000 | | $0 0000 | -$79,492 00 |
| 2/23/2021 | 350 | $112 3900 | -$39,336 5000 | | $0 0000 | -$39,336 50 |
| 2/23/2021 | 300 | $113 7600 | -$34,128 0000 | | $0 0000 | -$34,128 00 |
| 2/23/2021 | 200 | $112 3900 | -$22,478 0000 | | $0 0000 | -$22,478 00 |
| 2/23/2021 | 150 | $112 3400 | -$16,851 0000 | | $0 0000 | -$16,851 00 |
| 2/23/2021 | 100 | $112 3300 | -$11,233 0000 | | $0 0000 | -$11,233 00 |
| 2/23/2021 | 100 | $112 3600 | -$11,236 0000 | | $0 0000 | -$11,236 00 |
| 2/23/2021 | 100 | $112 3800 | -$11,238 0000 | | $0 0000 | -$11,238 00 |
| 2/24/2021 | 1,000 | $121 5000 | -$121,500 0000 | | $0 0000 | -$121,500 00 |
| 2/24/2021 | 1,000 | $121 7500 | -$121,750 0000 | | $0 0000 | -$121,750 00 |
| 2/24/2021 | 904 | $121 5000 | -$109,836 0000 | | $0 0000 | -$109,836 00 |
| 2/24/2021 | 122 | $122 0000 | -$14,884 0000 | | $0 0000 | -$14,884 00 |
| 2/24/2021 | 96 | $121 5000 | -$11,664 0000 | | $0 0000 | -$11,664 00 |
| 2/24/2021 | -38 | | $0 0000 | $121 5000 | $4,617 0000 | $4,617 00 |
| 2/24/2021 | -45 | | $0 0000 | $121 2500 | $5,456 2500 | $5,456 25 |
| 2/24/2021 | -122 | | $0 0000 | $122 0000 | $14,884 0000 | $14,884 00 |
| 2/24/2021 | -201 | | $0 0000 | $121 2900 | $24,379 2900 | $24,379 29 |
| 2/24/2021 | -825 | | $0 0000 | $121 2400 | $100,023 0000 | $100,023 00 |
| 2/24/2021 | -1,891 | | $0 0000 | $121 4600 | $229,680 8600 | $229,680 86 |
| 2/25/2021 | 1,000 | $114 0000 | -$114,000 0000 | | $0 0000 | -$114,000 00 |
| 2/25/2021 | 1,000 | $114 0000 | -$114,000 0000 | | $0 0000 | -$114,000 00 |
| 2/25/2021 | 1,000 | $116 0000 | -$116,000 0000 | | $0 0000 | -$116,000 00 |
| 2/25/2021 | -30 | | $0 0000 | $125 7800 | $3,773 4000 | $3,773 40 |
| 2/25/2021 | -2,970 | | $0 0000 | $125 7500 | $373,477 5000 | $373,477 50 |
| 2/26/2021 | 1,000 | $110 0000 | -$110,000 0000 | | $0 0000 | -$110,000 00 |
| 2/26/2021 | -52 | $113 8800 | $0 0000 | | $5,921 7600 | $5,921 76 |
| 2/26/2021 | -498 | | $0 0000 | $113 8700 | $56,707 2600 | $56,707 26 |
| 2/26/2021 | -1,000 | | $0 0000 | $113 0000 | $113,000 0000 | $113,000 00 |
| 2/26/2021 | -1,000 | | $0 0000 | $113 6000 | $113,600 0000 | $113,600 00 |
| 3/1/2021 | 315 | $110 0000 | -$34,650 0000 | | $0 0000 | -$34,650 00 |
| 3/1/2021 | 250 | $107 0000 | -$26,750 0000 | | $0 0000 | -$26,750 00 |
| 3/1/2021 | 185 | $107 0000 | -$19,795 0000 | | $0 0000 | -$19,795 00 |
| 3/1/2021 | 152 | $106 9800 | -$16,260 9600 | | $0 0000 | -$16,260 96 |
| 3/1/2021 | 98 | $106 9100 | -$10,477 1800 | | $0 0000 | -$10,477 18 |
| 3/1/2021 | -1,450 | | $0 0000 | $117 5000 | $170,375 0000 | $170,375 00 |
| 3/2/2021 | 1,000 | $99 0000 | -$99,000 0000 | | $0 0000 | -$99,000 00 |
| 3/2/2021 | 1,000 | $101 0100 | -$101,010 0000 | | $0 0000 | -$101,010 00 |
| 3/2/2021 | 1,000 | $103 0000 | -$103,000 0000 | | $0 0000 | -$103,000 00 |
| 3/2/2021 | 1,000 | $105 0000 | -$105,000 0000 | | $0 0000 | -$105,000 00 |
| 3/3/2021 | 1,000 | $91 7500 | -$91,750 0000 | | $0 0000 | -$91,750 00 |
| 3/3/2021 | 1,000 | $92 0000 | -$92,000 0000 | | $0 0000 | -$92,000 00 |
| 3/3/2021 | 1,000 | $94 7100 | -$94,710 0000 | | $0 0000 | -$94,710 00 |
| 3/3/2021 | 1,000 | $95 0000 | -$95,000 0000 | | $0 0000 | -$95,000 00 |
| 3/3/2021 | 1,000 | $96 8500 | -$96,850 0000 | | $0 0000 | -$96,850 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $92 7500 | $92,750 0000 | $92,750 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $93 3800 | $93,380 0000 | $93,380 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $93 5000 | $93,500 0000 | $93,500 00 |
| 3/4/2021 | 1,000 | $87 0000 | -$87,000 0000 | | $0 0000 | -$87,000 00 |
| 3/4/2021 | 1,000 | $88 5000 | -$88,500 0000 | | $0 0000 | -$88,500 00 |
| 3/4/2021 | 1,000 | $89 0000 | -$89,000 0000 | | $0 0000 | -$89,000 00 |
| 3/4/2021 | 1,000 | $91 0100 | -$91,010 0000 | | $0 0000 | -$91,010 00 |
| 3/4/2021 | -2 | | $0 0000 | $87 0000 | $174 0000 | $174 00 |
| 3/4/2021 | -998 | | $0 0000 | $87 0000 | $86,826 0000 | $86,826 00 |
| 3/4/2021 | -1,000 | | $0 0000 | $89 5000 | $89,500 0000 | $89,500 00 |
| 3/4/2021 | -1,000 | | $0 0000 | $92 5000 | $92,500 0000 | $92,500 00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/5/2021 | 1,000 | $82 5000 | -$82,500 0000 | | $0 0000 | -$82,500 00 |
| 3/5/2021 | -2,000 | | $0 0000 | $86 7500 | $173,500 0000 | $173,500 00 |
| 3/8/2021 | 1,000 | $83 2800 | -$83,280 0000 | | $0 0000 | -$83,280 00 |
| 3/8/2021 | 1,000 | $86 4000 | -$86,400 0000 | | $0 0000 | -$86,400 00 |
| 3/8/2021 | 1,000 | $87 0000 | -$87,000 0000 | | $0 0000 | -$87,000 00 |
| 3/8/2021 | 1,000 | $87 0000 | -$87,000 0000 | | $0 0000 | -$87,000 00 |
| 3/8/2021 | 1,000 | $90 0000 | -$90,000 0000 | | $0 0000 | -$90,000 00 |
| 3/8/2021 | -200 | | $0 0000 | $85 0100 | $17,002 0000 | $17,002 00 |
| 3/8/2021 | -800 | | $0 0000 | $85 1000 | $68,080 0000 | $68,080 00 |
| 3/8/2021 | -1,000 | | $0 0000 | $88 5000 | $88,500 0000 | $88,500 00 |
| 3/8/2021 | -1,000 | | $0 0000 | $89 0000 | $89,000 0000 | $89,000 00 |
| 3/9/2021 | 1,000 | $83 5000 | -$83,500 0000 | | $0 0000 | -$83,500 00 |
| 3/9/2021 | -2,000 | | $0 0000 | $85 7500 | $171,500 0000 | $171,500 00 |
| 3/10/2021 | 1,000 | $85 7500 | -$85,750 0000 | | $0 0000 | -$85,750 00 |
| 3/10/2021 | 1,000 | $86 2500 | -$86,250 0000 | | $0 0000 | -$86,250 00 |
| 3/11/2021 | 1,000 | $86 0000 | -$86,000 0000 | | $0 0000 | -$86,000 00 |
| 3/11/2021 | 1,000 | $86 1000 | -$86,100 0000 | | $0 0000 | -$86,100 00 |
| 3/11/2021 | 1,000 | $86 5000 | -$86,500 0000 | | $0 0000 | -$86,500 00 |
| 3/11/2021 | -75 | | $0 0000 | $87 0000 | $6,525 0000 | $6,525 00 |
| 3/11/2021 | -925 | | $0 0000 | $87 0000 | $80,475 0000 | $80,475 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $86 0000 | $86,000 0000 | $86,000 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $86 5000 | $86,500 0000 | $86,500 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $87 4600 | $87,460 0000 | $87,460 00 |
| 3/12/2021 | 1,000 | $83 5000 | -$83,500 0000 | | $0 0000 | -$83,500 00 |
| 3/12/2021 | 1,000 | $84 7500 | -$84,750 0000 | | $0 0000 | -$84,750 00 |
| 3/12/2021 | -1,000 | | $0 0000 | $84 7500 | $84,750 0000 | $84,750 00 |
| 3/17/2021 | 1,000 | $82 0000 | -$82,000 0000 | | $0 0000 | -$82,000 00 |
| 3/23/2021 | 1,000 | $71 1300 | -$71,130 0000 | | $0 0000 | -$71,130 00 |
| 4/14/2021 | 1,000 | $69 1000 | -$69,100 0000 | | $0 0000 | -$69,100 00 |
| 4/14/2021 | 1,000 | $70 8100 | -$70,810 0000 | | $0 0000 | -$70,810 00 |
| 4/14/2021 | 1,000 | $71 1900 | -$71,190 0000 | | $0 0000 | -$71,190 00 |
| 4/14/2021 | -910 | | $0 0000 | $69 4200 | $63,172 2000 | $63,172 20 |
| 4/14/2021 | -1,000 | | $0 0000 | $71 4500 | $71,450 0000 | $71,450 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $71 6000 | $71,600 0000 | $71,600 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $72 6500 | $72,650 0000 | $72,650 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $73 0000 | $73,000 0000 | $73,000 00 |
| 4/15/2021 | 1,000 | $69 2500 | -$69,250 0000 | | $0 0000 | -$69,250 00 |
| 4/15/2021 | 910 | $69 2500 | -$63,017 5000 | | $0 0000 | -$63,017 50 |
| 4/15/2021 | -1,000 | | $0 0000 | $70 2500 | $70,250 0000 | $70,250 00 |
| 6/3/2021 | 968 | $65 0000 | -$62,920 0000 | | $0 0000 | -$62,920 00 |
| 6/3/2021 | 32 | $65 0000 | -$2,080 0000 | | $0 0000 | -$2,080 00 |
| 10/5/2021 | -500 | | $0 0000 | $43 8000 | $21,900 0000 | $21,900 00 |
| 10/5/2021 | -500 | | $0 0000 | $43 8000 | $21,900 0000 | $21,900 00 |
| 10/6/2021 | -1,000 | | $0 0000 | $43 8000 | $43,800 0000 | $43,800 00 |
| 12/10/2021 | 1,000 | $36 0000 | -$36,000 0000 | | $0 0000 | -$36,000 00 |
| 12/28/2021* | 3,450 | | $0 0000 | | $0 0000 | $0 00 |
| 1/11/2022 | -50 | | $0 0000 | $30 0000 | $1,500 0000 | $1,500 00 |
| 1/19/2022 | -25 | | $0 0000 | $27 3500 | $683 7500 | $683 75 |
| 1/19/2022 | -25 | | $0 0000 | $27 5300 | $688 2500 | $688 25 |
| 1/20/2022 | -50 | | $0 0000 | $27 5000 | $1,375 0000 | $1,375 00 |
| 1/20/2022 | -234 | | $0 0000 | $26 9700 | $6,310 9800 | $6,310 98 |
| 1/20/2022 | -250 | | $0 0000 | $27 0500 | $6,762 5000 | $6,762 50 |
| 1/20/2022 | -250 | | $0 0000 | $27 0500 | $6,762 5000 | $6,762 50 |
| 1/20/2022 | -300 | | $0 0000 | $27 5000 | $8,250 0000 | $8,250 00 |
| 1/20/2022 | -1,416 | | $0 0000 | $26 9500 | $38,161 2000 | $38,161 20 |
| 1/26/2022 | -50 | | $0 0000 | $25 0000 | $1,250 0000 | $1,250 00 |
| 1/27/2022 | -200 | | $0 0000 | $24 0000 | $4,800 0000 | $4,800 00 |
| 1/27/2022 | -300 | | $0 0000 | $24 0000 | $7,200 0000 | $7,200 00 |
| 1/27/2022 | -1,300 | | $0 0000 | $23 2500 | $30,225 0000 | $30,225 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 2500 | $58,125 0000 | $58,125 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 3800 | $58,450 0000 | $58,450 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 5000 | $58,750 0000 | $58,750 00 |
| 2/16/2022 | -500 | | $0 0000 | $24 7000 | $12,350 0005 | $12,350 00 |
| 2/16/2022 | -500 | | $0 0000 | $24 7000 | $12,350 0005 | $12,350 00 |
| 2/16/2022 | -500 | | $0 0000 | $24 7000 | $12,350 0005 | $12,350 00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2022 | -1,000 | | $0 0000 | $24 9800 | $24,980 0000 | $24,980 00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$652,553.44** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0 00 |
| | | | $20 7740 | 0 | **Total:** | **-$652,553.44** |

**Name:**       Dennis Martinez
**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/2/2021 | 1,000 | $29 8200 | -$29,820 0000 | | $0 0000 | -$29,820 00 |
| 12/2/2021 | 600 | $28 2900 | -$16,974 0000 | | $0 0000 | -$16,974 00 |
| 12/2/2021 | 400 | $28 2600 | -$11,304 0000 | | $0 0000 | -$11,304 00 |
| 12/2/2021 | 331 | $29 4500 | -$9,747 9500 | | $0 0000 | -$9,747 95 |
| 12/2/2021 | 200 | $29 4300 | -$5,886 0000 | | $0 0000 | -$5,886 00 |
| 12/2/2021 | 179 | $29 4600 | -$5,273 3400 | | $0 0000 | -$5,273 34 |
| 12/2/2021 | 120 | $29 4700 | -$3,536 4000 | | $0 0000 | -$3,536 40 |
| 12/2/2021 | 100 | $29 4300 | -$2,943 0000 | | $0 0000 | -$2,943 00 |
| 12/2/2021 | 70 | $29 4400 | -$2,060 8000 | | $0 0000 | -$2,060 80 |
| 12/9/2021 | -1,500 | | $0 0000 | $41 3500 | $62,025 0000 | $62,025 00 |
| 12/10/2021 | 500 | $38 5000 | -$19,250 0000 | | $0 0000 | -$19,250 00 |
| 12/10/2021 | 500 | $38 6500 | -$19,325 0000 | | $0 0000 | -$19,325 00 |
| 12/10/2021 | 450 | $37 0000 | -$16,650 0000 | | $0 0000 | -$16,650 00 |
| 12/10/2021 | 440 | $37 7500 | -$16,610 0000 | | $0 0000 | -$16,610 00 |
| 12/10/2021 | 400 | $38 5500 | -$15,420 0000 | | $0 0000 | -$15,420 00 |
| 12/10/2021 | 100 | $38 5400 | -$3,854 0000 | | $0 0000 | -$3,854 00 |
| 12/10/2021 | 10 | $37 7400 | -$377 4000 | | $0 0000 | -$377 40 |
| 12/10/2021 | -10 | | $0 0000 | $38 1200 | $381 2000 | $381 20 |
| 12/10/2021 | -440 | | $0 0000 | $38 1100 | $16,768 4000 | $16,768 40 |
| 12/28/2021* | -3,450 | | $0 0000 | | $0 0000 | $0 00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$99,857.29** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0 00 |
| | | | $20 7740 | 0 | **Total:** | **-$99,857.29** |

**Name:**       Christie Sweeney

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/25/2021 | 1,000 | $115 0000 | -$115,000 0000 | | $0 0000 | -$115,000 00 |
| 2/26/2021 | 900 | $112 7500 | -$101,475 0000 | | $0 0000 | -$101,475 00 |
| 2/26/2021 | 100 | $112 7000 | -$11,270 0000 | | $0 0000 | -$11,270 00 |
| 2/26/2021 | -1,000 | | $0 0000 | $116 7600 | $116,760 0000 | $116,760 00 |
| 3/1/2021 | 250 | $110 0000 | -$27,500 0000 | | $0 0000 | -$27,500 00 |
| 3/1/2021 | 100 | $107 0000 | -$10,700 0000 | | $0 0000 | -$10,700 00 |
| 3/1/2021 | -500 | | $0 0000 | $120 5000 | $60,250 0000 | $60,250 00 |
| 3/2/2021 | 100 | $103 0000 | -$10,300 0000 | | $0 0000 | -$10,300 00 |
| 3/3/2021 | 750 | $95 0000 | -$71,250 0000 | | $0 0000 | -$71,250 00 |
| 3/3/2021 | 100 | $100 0000 | -$10,000 0000 | | $0 0000 | -$10,000 00 |
| 3/3/2021 | 100 | $100 0000 | -$10,000 0000 | | $0 0000 | -$10,000 00 |
| 3/3/2021 | 100 | $100 0000 | -$10,000 0000 | | $0 0000 | -$10,000 00 |
| 3/4/2021 | 250 | $85 0200 | -$21,255 0000 | | $0 0000 | -$21,255 00 |
| 3/4/2021 | 250 | $86 0000 | -$21,500 0000 | | $0 0000 | -$21,500 00 |
| 3/4/2021 | 250 | $90 0500 | -$22,512 5000 | | $0 0000 | -$22,512 50 |
| 3/4/2021 | 250 | $91 0200 | -$22,755 0000 | | $0 0000 | -$22,755 00 |
| 3/4/2021 | 150 | $91 0000 | -$13,650 0000 | | $0 0000 | -$13,650 00 |
| 3/4/2021 | 100 | $87 0000 | -$8,700 0000 | | $0 0000 | -$8,700 00 |
| 3/10/2021 | 250 | $85 0000 | -$21,250 0000 | | $0 0000 | -$21,250 00 |
| 10/4/2021 | 2,500 | $43 7800 | -$109,450 0000 | | $0 0000 | -$109,450 00 |
| 10/27/2021 | -108 | | $0 0000 | $43 9500 | $4,746 6000 | $4,746 60 |
| 10/27/2021 | -200 | | $0 0000 | $43 9300 | $8,786 0000 | $8,786 00 |
| 10/27/2021 | -593 | | $0 0000 | $43 9400 | $26,056 4200 | $26,056 42 |
| 10/27/2021 | -1,599 | | $0 0000 | $43 9200 | $70,228 0800 | $70,228 08 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/31/2021 | 3,500 | $31 5800 | -$110,530 0000 | | $0 0000 | -$110,530 00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **7,000** | | | | **Subtotal:** | **-$442,270.40** |
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $145,418 27 |
| | | $20 7740 | | 7,000 | **Total:** | **-$296,852.13** |

| Exchange Act Summary | |
|---|---|
| Dennis Martinez: | -$752,410 73 |
| Christine Sweeney: | -$296,852 13 |
| **Combined Total:** | **-$1,049,262.86** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 16, 2022 and May 2, 2022   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price

*On December 28, 2021, Dennis Martinez transferred 3,450 shares from Account 2 to Account 1

# Securities Act

**Name:**        Dennis Martinez

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/23/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/23/2021 | 700 | $42 0000 | -$29,400 0000 | | $0 0000 | -$29,400 00 |
| 2/23/2021 | 350 | $42 0000 | -$14,700 0000 | | $0 0000 | -$14,700 00 |
| 2/23/2021 | 300 | $42 0000 | -$12,600 0000 | | $0 0000 | -$12,600 00 |
| 2/23/2021 | 200 | $42 0000 | -$8,400 0000 | | $0 0000 | -$8,400 00 |
| 2/23/2021 | 150 | $42 0000 | -$6,300 0000 | | $0 0000 | -$6,300 00 |
| 2/23/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 2/23/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 2/23/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 2/24/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/24/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/24/2021 | 904 | $42 0000 | -$37,968 0000 | | $0 0000 | -$37,968 00 |
| 2/24/2021 | 122 | $42 0000 | -$5,124 0000 | | $0 0000 | -$5,124 00 |
| 2/24/2021 | 96 | $42 0000 | -$4,032 0000 | | $0 0000 | -$4,032 00 |
| 2/24/2021 | -38 | | $0 0000 | $42 0000 | $1,596 0000 | $1,596 00 |
| 2/24/2021 | -45 | | $0 0000 | $42 0000 | $1,890 0000 | $1,890 00 |
| 2/24/2021 | -122 | | $0 0000 | $42 0000 | $5,124 0000 | $5,124 00 |
| 2/24/2021 | -201 | | $0 0000 | $42 0000 | $8,442 0000 | $8,442 00 |
| 2/24/2021 | -825 | | $0 0000 | $42 0000 | $34,650 0000 | $34,650 00 |
| 2/24/2021 | -1,891 | | $0 0000 | $42 0000 | $79,422 0000 | $79,422 00 |
| 2/25/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/25/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/25/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/25/2021 | -30 | | $0 0000 | $42 0000 | $1,260 0000 | $1,260 00 |
| 2/25/2021 | -2,970 | | $0 0000 | $42 0000 | $124,740 0000 | $124,740 00 |
| 2/26/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/26/2021 | -52 | $42 0000 | $0 0000 | | $5,921 7600 | $5,921 76 |
| 2/26/2021 | -498 | | $0 0000 | $42 0000 | $20,916 0000 | $20,916 00 |
| 2/26/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 2/26/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/1/2021 | 315 | $42 0000 | -$13,230 0000 | | $0 0000 | -$13,230 00 |
| 3/1/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/1/2021 | 185 | $42 0000 | -$7,770 0000 | | $0 0000 | -$7,770 00 |
| 3/1/2021 | 152 | $42 0000 | -$6,384 0000 | | $0 0000 | -$6,384 00 |
| 3/1/2021 | 98 | $42 0000 | -$4,116 0000 | | $0 0000 | -$4,116 00 |
| 3/1/2021 | -1,450 | | $0 0000 | $42 0000 | $60,900 0000 | $60,900 00 |
| 3/2/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/2/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/2/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/2/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/3/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/4/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/4/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/4/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/4/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/4/2021 | -2 | | $0 0000 | $42 0000 | $84 0000 | $84 00 |
| 3/4/2021 | -998 | | $0 0000 | $42 0000 | $41,916 0000 | $41,916 00 |
| 3/4/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/4/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/5/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/5/2021 | -2,000 | | $0 0000 | $42 0000 | $84,000 0000 | $84,000 00 |
| 3/8/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/8/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/8/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/8/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/8/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/8/2021 | -200 | | $0 0000 | $42 0000 | $8,400 0000 | $8,400 00 |
| 3/8/2021 | -800 | | $0 0000 | $42 0000 | $33,600 0000 | $33,600 00 |
| 3/8/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/8/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/9/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/9/2021 | -2,000 | | $0 0000 | $42 0000 | $84,000 0000 | $84,000 00 |
| 3/10/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/10/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/11/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/11/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/11/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/11/2021 | -75 | | $0 0000 | $42 0000 | $3,150 0000 | $3,150 00 |
| 3/11/2021 | -925 | | $0 0000 | $42 0000 | $38,850 0000 | $38,850 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/11/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/12/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/12/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/12/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/17/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 3/23/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 4/14/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 4/14/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 4/14/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 4/14/2021 | -910 | | $0 0000 | $42 0000 | $38,220 0000 | $38,220 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 4/14/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 4/15/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 4/15/2021 | 910 | $42 0000 | -$38,220 0000 | | $0 0000 | -$38,220 00 |
| 4/15/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 6/3/2021 | 968 | $42 0000 | -$40,656 0000 | | $0 0000 | -$40,656 00 |
| 6/3/2021 | 32 | $42 0000 | -$1,344 0000 | | $0 0000 | -$1,344 00 |
| 10/5/2021 | -500 | | $0 0000 | $42 0000 | $21,000 0000 | $21,000 00 |
| 10/5/2021 | -500 | | $0 0000 | $42 0000 | $21,000 0000 | $21,000 00 |
| 10/6/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 12/10/2021 | 1,000 | $36 0000 | -$36,000 0000 | | $0 0000 | -$36,000 00 |
| 12/28/2021* | 3,450 | | $0 0000 | | $0 0000 | $0 00 |
| 1/11/2022 | -50 | | $0 0000 | $30 0000 | $1,500 0000 | $1,500 00 |
| 1/19/2022 | -25 | | $0 0000 | $27 3500 | $683 7500 | $683 75 |
| 1/19/2022 | -25 | | $0 0000 | $27 5300 | $688 2500 | $688 25 |
| 1/20/2022 | -50 | | $0 0000 | $27 5000 | $1,375 0000 | $1,375 00 |
| 1/20/2022 | -234 | | $0 0000 | $26 9700 | $6,310 9800 | $6,310 98 |
| 1/20/2022 | -250 | | $0 0000 | $27 0500 | $6,762 5000 | $6,762 50 |
| 1/20/2022 | -250 | | $0 0000 | $27 0500 | $6,762 5000 | $6,762 50 |
| 1/20/2022 | -300 | | $0 0000 | $27 5000 | $8,250 0000 | $8,250 00 |
| 1/20/2022 | -1,416 | | $0 0000 | $26 9500 | $38,161 2000 | $38,161 20 |
| 1/26/2022 | -50 | | $0 0000 | $25 0000 | $1,250 0000 | $1,250 00 |
| 1/27/2022 | -200 | | $0 0000 | $24 0000 | $4,800 0000 | $4,800 00 |
| 1/27/2022 | -300 | | $0 0000 | $24 0000 | $7,200 0000 | $7,200 00 |
| 1/27/2022 | -1,300 | | $0 0000 | $23 2500 | $30,225 0000 | $30,225 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 2500 | $58,125 0000 | $58,125 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 3800 | $58,450 0000 | $58,450 00 |
| 1/27/2022 | -2,500 | | $0 0000 | $23 5000 | $58,750 0000 | $58,750 00 |
| 2/16/2022 | -500 | | $0 0000 | $24 2500 | $12,125 0000 | $12,125 00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2022 | -500 | | $0 0000 | $24 2600 | $12,130 0000 | $12,130 00 |
| 2/16/2022 | -500 | | $0 0000 | $24 3100 | $12,155 0000 | $12,155 00 |
| 2/16/2022 | -1,000 | | $0 0000 | $24 9800 | $24,980 0000 | $24,980 00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$101,578.06** |
|---|---|---|---|---|---|---|
| | | | **Retained Value** | **Shares Retained** | **Retained Value:** | $0 00 |
| | | | $20 0500 | 0 | **Total:** | **-$101,578.06** |

**Name:**       Dennis Martinez
**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/2/2021 | 1,000 | $29 8200 | -$29,820 0000 | | $0 0000 | -$29,820 00 |
| 12/2/2021 | 600 | $28 2900 | -$16,974 0000 | | $0 0000 | -$16,974 00 |
| 12/2/2021 | 400 | $28 2600 | -$11,304 0000 | | $0 0000 | -$11,304 00 |
| 12/2/2021 | 331 | $29 4500 | -$9,747 9500 | | $0 0000 | -$9,747 95 |
| 12/2/2021 | 200 | $29 4300 | -$5,886 0000 | | $0 0000 | -$5,886 00 |
| 12/2/2021 | 179 | $29 4600 | -$5,273 3400 | | $0 0000 | -$5,273 34 |
| 12/2/2021 | 120 | $29 4700 | -$3,536 4000 | | $0 0000 | -$3,536 40 |
| 12/2/2021 | 100 | $29 4300 | -$2,943 0000 | | $0 0000 | -$2,943 00 |
| 12/2/2021 | 70 | $29 4400 | -$2,060 8000 | | $0 0000 | -$2,060 80 |
| 12/9/2021 | -1,500 | | $0 0000 | $41 3500 | $62,025 0000 | $62,025 00 |
| 12/10/2021 | 500 | $38 5000 | -$19,250 0000 | | $0 0000 | -$19,250 00 |
| 12/10/2021 | 500 | $38 6500 | -$19,325 0000 | | $0 0000 | -$19,325 00 |
| 12/10/2021 | 450 | $37 0000 | -$16,650 0000 | | $0 0000 | -$16,650 00 |
| 12/10/2021 | 440 | $37 7500 | -$16,610 0000 | | $0 0000 | -$16,610 00 |
| 12/10/2021 | 400 | $38 5500 | -$15,420 0000 | | $0 0000 | -$15,420 00 |
| 12/10/2021 | 100 | $38 5400 | -$3,854 0000 | | $0 0000 | -$3,854 00 |
| 12/10/2021 | 10 | $37 7400 | -$377 4000 | | $0 0000 | -$377 40 |
| 12/10/2021 | -10 | | $0 0000 | $38 1200 | $381 2000 | $381 20 |
| 12/10/2021 | -440 | | $0 0000 | $38 1100 | $16,768 4000 | $16,768 40 |
| 12/28/2021* | -3,450 | | $0 0000 | | $0 0000 | $0 00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$99,857.29** |
|---|---|---|---|---|---|---|
| | | | **Retained Value** | **Shares Retained** | **Retained Value:** | $0 00 |
| | | | $20 0500 | 0 | **Total:** | **-$99,857.29** |

**Name:**       Christie Sweeney

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/25/2021 | 1,000 | $42 0000 | -$42,000 0000 | | $0 0000 | -$42,000 00 |
| 2/26/2021 | 900 | $42 0000 | -$37,800 0000 | | $0 0000 | -$37,800 00 |
| 2/26/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 2/26/2021 | -1,000 | | $0 0000 | $42 0000 | $42,000 0000 | $42,000 00 |
| 3/1/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/1/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/1/2021 | -500 | | $0 0000 | $42 0000 | $21,000 0000 | $21,000 00 |
| 3/2/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/3/2021 | 750 | $42 0000 | -$31,500 0000 | | $0 0000 | -$31,500 00 |
| 3/3/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/3/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/3/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/4/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/4/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/4/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/4/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 3/4/2021 | 150 | $42 0000 | -$6,300 0000 | | $0 0000 | -$6,300 00 |
| 3/4/2021 | 100 | $42 0000 | -$4,200 0000 | | $0 0000 | -$4,200 00 |
| 3/10/2021 | 250 | $42 0000 | -$10,500 0000 | | $0 0000 | -$10,500 00 |
| 10/4/2021 | 2,500 | $42 0000 | -$105,000 0000 | | $0 0000 | -$105,000 00 |
| 10/27/2021 | -108 | | $0 0000 | $42 0000 | $4,536 0000 | $4,536 00 |
| 10/27/2021 | -200 | | $0 0000 | $42 0000 | $8,400 0000 | $8,400 00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|-------------|--------------|-----------|-----------|---------|
| 10/27/2021 | -593 | | $0 0000 | $42 0000 | $24,906 0000 | $24,906 00 |
| 10/27/2021 | -1,599 | | $0 0000 | $42 0000 | $67,158 0000 | $67,158 00 |
| 12/31/2021 | 3,500 | $31 5800 | -$110,530 0000 | | $0 0000 | -$110,530 00 |

| | | | | | | |
|------|--------|-------------|--------------|-----------|-----------|---------|
| **Shares Retained:** | **7,000** | | | | **Subtotal:** | **-$257,530.00** |
| | | | **Retained Value** | **Shares Retained** | **Retained Value:** | $140,350 00 |
| | | | $20 0500 | 7,000 | **Total:** | **-$117,180.00** |

| Securities Act Summary | |
|------------------------|---------------|
| Dennis Martinez: | -$201,435 35 |
| Christine Sweeney: | -$117,180 00 |
| **Combined Total:** | **-$318,615.35** |

Notes

Pursuant to 15 U S  Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought

*On December 28, 2021, Dennis Martinez transferred 3,450 shares from Account 2 to Account 1