ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
CRAIG W. SMITH (164886)
csmith@robbinsllp.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsllp.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Movants David Hu and*
*Li Zhong Hu and [Proposed] Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR., <br><br> Defendants. | Case No.: 4:22-cv-01413-HSG <br><br> CLASS ACTION <br><br> DECLARATION OF GREGORY E. DEL GAIZO IN SUPPORT OF MOVANT HU FAMILY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL <br><br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Courtroom: 2 – 4th Floor <br> Hearing Date: November 3, 2022 <br> Hearing Time: 2:00 p.m. |

DECLARATION OF GREGORY E. DEL GAIZO
Case No. 4:22-cv-01413-HSG

I, Gregory E. Del Gaizo, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner with the law firm Robbins LLP, counsel for Movants David Hu and Li Zhong Hu (the "Hu Family") in the above-captioned actions.  I submit this Declaration in support of the Hu Family's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:    Published Notice, *Pomerantz Law Firm Announces the Filing of a Class Action Against C3.ai, Inc. and Certain Officers*, Globe Newswire (Mar. 4, 2022);

Exhibit B:    Certifications of Movants David Hu and Li Zhong Hu;

Exhibit C:    Chart of Movants David Hu's and Li Zhong Hu's Purchases and Losses; and

Exhibit D:    Firm resume of Robbins LLP.

I declare under penalty of perjury, on this 3rd day of May, 2022, under the laws of the United States of America that the foregoing is true and correct.

/s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

- 1 -

DECLARATION OF GREGORY E. DEL GAIZO
Case No. 4:22-cv-01413-HSG

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed May 3, 2022.

/s/Gregory E. Del Gaizo
GREGORY E. DEL GAIZO

1565832

DECLARATION OF GREGORY E. DEL GAIZO
Case No. 4:22-cv-01413-HSG