# Exhibit C

| David Hu's Accounts | Loss Amount |
|---|---|
| TD Ameritrade Common Stock | $ (204,000.65) |
| Robinhood Common Stock | $ (8,064.03) |
| TD Ameritrade Options | $ 8,542.00 |
| **Total Loss** | **$ (203,522.68)** |

| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
|---|---|---|---|---|---|
| | C3.ai, Inc. Loss Calculation - David Hu | | | | |
| | Class Period: December 9, 2020 - February 15, 2022 | | | | |
| 12/10/2020 | BUY | 100 | 123.38 | (12,338.00) | - |
| 12/10/2020 | BUY | 100 | 123.00 | (12,300.00) | - |
| 12/10/2020 | BUY | 100 | 116.28 | (11,628.00) | - |
| 12/11/2020 | SELL | (300) | 123.12 | - | 36,936.00 |
| 12/11/2020 | BUY | 200 | 118.00 | (23,600.00) | - |
| 12/11/2020 | BUY | 500 | 118.00 | (59,000.00) | - |
| 12/14/2020 | BUY | 100 | 116.00 | (11,600.00) | - |
| 12/14/2020 | BUY | 200 | 116.00 | (23,200.00) | - |
| 12/14/2020 | BUY | 200 | 111.45 | (22,290.14) | - |
| 12/14/2020 | BUY | 200 | 111.00 | (22,200.00) | - |
| 12/14/2020 | BUY | 200 | 103.00 | (20,600.00) | - |
| 1/4/2021 | BUY | 100 | 123.00 | (12,300.00) | - |
| 1/4/2021 | BUY | 200 | 122.00 | (24,400.00) | - |
| 1/4/2021 | BUY | 300 | 120.28 | (36,084.00) | - |
| 1/6/2021 | BUY | 300 | 115.00 | (34,500.00) | - |
| 1/8/2021 | SELL | (770) | 142.99 | - | 110,102.30 |
| 1/8/2021 | SELL | (230) | 142.97 | - | 32,882.09 |
| 1/8/2021 | SELL | (1000) | 143.88 | - | 143,880.00 |
| 1/8/2021 | SELL | (198) | 143.05 | - | 28,323.90 |
| 1/8/2021 | SELL | (302) | 143.00 | - | 43,186.00 |
| 1/12/2021 | BUY | 500 | 127.66 | (63,830.60) | - |
| 1/19/2021 | BUY | 500 | 128.00 | (64,000.00) | - |
| 1/20/2021 | BUY | 300 | 125.00 | (37,500.00) | - |
| 1/22/2021 | BUY | 300 | 125.00 | (37,500.00) | - |
| 1/25/2021 | BUY | 1000 | 138.90 | (138,900.00) | - |
| 1/25/2021 | SELL | (1000) | 149.78 | - | 149,780.00 |
| 1/27/2021 | SELL | (1000) | 150.88 | - | 150,880.00 |
| 1/27/2021 | SELL | (600) | 154.65 | - | 92,787.96 |
| 2/1/2021 | BUY | 300 | 135.00 | (40,500.00) | - |
| 2/2/2021 | BUY | 300 | 150.22 | (45,064.59) | - |
| 2/2/2021 | SELL | (600) | 152.00 | - | 91,200.00 |
| 2/16/2021 | BUY | 300 | 148.00 | (44,400.00) | - |
| 2/17/2021 | BUY | 100 | 143.87 | (14,387.00) | - |
| 2/17/2021 | BUY | 100 | 143.84 | (14,384.00) | - |
| 2/17/2021 | BUY | 200 | 139.00 | (27,800.00) | - |
| 2/17/2021 | BUY | 300 | 138.00 | (41,400.00) | - |
| 2/18/2021 | BUY | 500 | 133.38 | (66,690.00) | - |
| 2/18/2021 | BUY | 500 | 132.00 | (66,000.00) | - |
| 2/19/2021 | BUY | 550 | 135.28 | (74,404.00) | - |
| 2/19/2021 | BUY | 300 | 134.00 | (40,200.00) | - |
| Shares Remaining | | 2,850 | LIFO Subtotal | | $ 126,648.92 |
| 90-Day Average Price[1] | | 20.71 | Retained Value | | $ 59,015.43 |

|  |  |  | Cost Basis of Shares Retained | $ | (389,665.00) |
|  |  |  | Loss | $ | (204,000.65) |

(1) Using the average closing price between February 16, 2022 and the present.

| | | | | | |
|---|---|---|---|---|---|
| **C3.ai, Inc. Loss Calculation - David Hu** | | | | | |
| **Class Period: December 9, 2020 - February 15, 2022** | | | | | |
| **Date** | **Transaction Type** | **Shares** | **Price Per Share** | **Total Paid** | **Total Received** |
| 3/2/2021 | BUY | 88 | 100.00 | (8,800.00) | - |
| 3/18/2021 | BUY | 12 | 78.87 | (946.44) | - |
| 8/9/2021 | SELL | (18.73267) | 50.40 | - | 944.13 |
| 8/9/2021 | SELL | (0.019557) | 51.13 | - | 1.00 |
| **Shares Remaining** | | **81.24777** | **LIFO Subtotal** | | $          - |
| **90-Day Average Price**[1] | | **20.71** | **Retained Value** | | $    1,682.41 |
| | | | **Cost Basis of Shares Retained** | | $  (9,746.44) |
| | | | **Loss** | | $  (8,064.03) |
| (1) Using the average closing price between February 16, 2022 and the present. | | | | | |

| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
|---|---|---|---|---|---|
| C3.ai, Inc. Loss Calculation - David Hu |
| Class Period: December 9, 2020 - February 15, 2022 |
| 3/10/2021 | Sold 1 AI March 19, 2021 95.0 Call @ 1.9 | (100) | 1.90 | - | 190.00 |
| 3/15/2021 | Sold 4 AI Mar 19 2021 100.0 Call @ 1.21 | (400) | 1.21 | - | 484.00 |
| 3/15/2021 | Sold 6 AI Mar 19 2021 100.0 Call @ 1.2 | (600) | 1.20 | - | 720.00 |
| 3/15/2021 | Sold 5 AI Mar 19 2021 85.0 Put @ 2.4 | (500) | 2.40 | - | 1,200.00 |
| 3/17/2021 | Bought 5 AI Mar 19 2021 85.0 Put @ 4.6 | 500 | 4.60 | (2,300.00) | - |
| 4/22/2021 | Sold 3 AI Jun 18 2021 100.0 Call @ 2.22 | (300) | 2.22 | - | 666.00 |
| 4/22/2021 | Sold 25 AI Jun 18 2021 100.0 Call @ 2.21 | (2500) | 2.21 | - | 5,525.00 |
| 4/27/2021 | Sold 10 AI Jul 16 2021 60.0 Put @ 4.7 | (1000) | 4.70 | - | 4,700.00 |
| 5/6/2021 | Bought 5 AI Jul 16 2021 60.0 Put @ 10.3 | 500 | 10.30 | (5,150.00) | - |
| 5/6/2021 | Bought 1 AI Jul 16 2021 60.0 Put @ 10.29 | 100 | 10.29 | (1,029.00) | - |
| 5/6/2021 | Bought 1 AI Jul 16 2021 60.0 Put @ 10.28 | 100 | 10.28 | (1,028.00) | - |
| 5/6/2021 | Bought 2 AI Jul 16 2021 60.0 Put @ 10.27 | 200 | 10.27 | (2,054.00) | - |
| 5/6/2021 | Bought 1 AI Jul 16 2021 60.0 Put @ 10.22 | 100 | 10.22 | (1,022.00) | - |
| 6/28/2021 | Sold 20 AI Dec 17 2021 100.0 Call @ 3.82 | (2000) | 3.82 | - | 7,640.00 |
| \multicolumn{2}{r}{Net Shares} | (5,900) | \multicolumn{2}{r}{Net Gain/(Loss)} | $   8,542.00 |

| Li Zhong Hu's Accounts | Loss Amount |
|---|---|
| TD Ameritrade Common Stock | $ (280,083.12) |
| TD Ameritrade Options | $ 160,099.00 |
| **Total Loss** | **$ (119,984.12)** |

| C3.ai, Inc. Loss Calculation - Li Zhong Hu | | | | | |
|---|---|---|---|---|---|
| Class Period: December 9, 2020 - February 15, 2022 | | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 12/10/2020 | BUY | 10 | 115.00 | (1,150.00) | - |
| 12/10/2020 | SELL | (10) | 127.80 | - | 1,278.00 |
| 12/14/2020 | BUY | 100 | 117.00 | (11,700.00) | - |
| 12/14/2020 | BUY | 100 | 114.80 | (11,480.00) | - |
| 12/14/2020 | BUY | 100 | 111.63 | (11,163.01) | - |
| 12/14/2020 | SELL | (100) | 115.48 | - | 11,548.00 |
| 12/14/2020 | BUY | 100 | 111.13 | (11,113.00) | - |
| 12/14/2020 | BUY | 50 | 110.00 | (5,500.00) | - |
| 12/14/2020 | BUY | 100 | 104.80 | (10,480.00) | - |
| 12/16/2020 | SELL | (50) | 109.01 | - | 5,450.50 |
| 12/16/2020 | SELL | (100) | 111.00 | - | 11,100.00 |
| 12/16/2020 | SELL | (200) | 111.34 | - | 22,267.38 |
| 12/16/2020 | SELL | (100) | 111.94 | - | 11,193.98 |
| 1/4/2021 | BUY | 100 | 122.00 | (12,200.00) | - |
| 1/4/2021 | BUY | 100 | 120.00 | (12,000.00) | - |
| 1/4/2021 | SELL | (100) | 123.50 | - | 12,350.00 |
| 1/4/2021 | SELL | (100) | 123.80 | - | 12,380.00 |
| 1/4/2021 | BUY | 100 | 122.00 | (12,200.00) | - |
| 1/4/2021 | SELL | (100) | 125.00 | - | 12,500.00 |
| 1/4/2021 | BUY | 100 | 122.00 | (12,200.00) | - |
| 1/4/2021 | BUY | 100 | 121.00 | (12,100.00) | - |
| 1/5/2021 | SELL | (100) | 122.38 | - | 12,238.00 |
| 1/5/2021 | SELL | (100) | 128.00 | - | 12,800.00 |
| 1/5/2021 | BUY | 100 | 121.00 | (12,100.00) | - |
| 1/5/2021 | SELL | (100) | 124.50 | - | 12,450.00 |
| 1/5/2021 | BUY | 100 | 122.32 | (12,232.00) | - |
| 1/6/2021 | BUY | 100 | 120.00 | (12,000.00) | - |
| 1/6/2021 | BUY | 100 | 118.00 | (11,800.00) | - |
| 1/6/2021 | BUY | 100 | 115.00 | (11,500.00) | - |
| 1/6/2021 | BUY | 100 | 113.00 | (11,300.00) | - |
| 1/7/2021 | SELL | (100) | 119.00 | - | 11,900.00 |
| 1/7/2021 | SELL | (100) | 119.28 | - | 11,928.00 |
| 1/7/2021 | SELL | (100) | 119.55 | - | 11,955.00 |
| 1/7/2021 | SELL | (100) | 120.25 | - | 12,025.00 |
| 1/7/2021 | SELL | (100) | 123.00 | - | 12,300.00 |
| 1/12/2021 | BUY | 100 | 128.00 | (12,800.00) | - |
| 1/12/2021 | SELL | (100) | 130.11 | - | 13,011.01 |
| 1/19/2021 | BUY | 100 | 127.00 | (12,700.00) | - |
| 1/20/2021 | BUY | 100 | 126.00 | (12,600.00) | - |
| 1/20/2021 | BUY | 200 | 124.00 | (24,800.00) | - |
| 1/20/2021 | SELL | (200) | 129.07 | - | 25,814.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/20/2021 | SELL | (100) | 130.00 | - | 13,000.00 |
| 1/21/2021 | SELL | (100) | 131.25 | - | 13,125.00 |
| 1/22/2021 | BUY | 100 | 125.80 | (12,580.00) | - |
| 1/22/2021 | BUY | 100 | 124.00 | (12,400.00) | - |
| 1/22/2021 | SELL | (100) | 127.00 | - | 12,700.00 |
| 1/25/2021 | SELL | (100) | 129.00 | - | 12,900.00 |
| 2/25/2021 | BUY | 100 | 120.00 | (12,000.00) | - |
| 2/25/2021 | BUY | 100 | 115.00 | (11,500.00) | - |
| 2/26/2021 | BUY | 100 | 110.42 | (11,042.00) | - |
| 2/26/2021 | BUY | 100 | 110.00 | (11,000.00) | - |
| 3/1/2021 | BUY | 100 | 107.26 | (10,726.00) | - |
| 3/2/2021 | BUY | 100 | 103.80 | (10,380.00) | - |
| 3/2/2021 | BUY | 100 | 98.88 | (9,888.00) | - |
| 3/3/2021 | BUY | 100 | 95.00 | (9,500.00) | - |
| 3/3/2021 | BUY | 100 | 93.50 | (9,350.00) | - |
| 3/3/2021 | BUY | 100 | 92.80 | (9,280.00) | - |
| 3/3/2021 | BUY | 100 | 91.78 | (9,178.00) | - |
| 3/4/2021 | BUY | 100 | 88.00 | (8,800.00) | - |
| 3/4/2021 | BUY | 100 | 85.20 | (8,520.00) | - |
| 3/11/2021 | SELL | (200) | 87.55 | - | 17,510.00 |
| 3/11/2021 | SELL | (200) | 87.83 | - | 17,566.00 |
| 3/11/2021 | SELL | (100) | 88.00 | - | 8,800.00 |
| 3/12/2021 | SELL | (100) | 88.00 | - | 8,800.00 |
| 3/12/2021 | SELL | (100) | 88.33 | - | 8,833.00 |
| 3/22/2021 | BUY | 600 | 80.00 | (48,000.00) | - |
| 3/22/2021 | BUY | 800 | 85.00 | (68,000.00) | - |
| 3/22/2021 | BUY | 100 | 90.00 | (9,000.00) | - |
| 3/22/2021 | SELL | (100) | 76.68 | - | 7,668.00 |
| 3/22/2021 | SELL | (100) | 77.32 | - | 7,732.00 |
| 3/22/2021 | SELL | (100) | 77.80 | - | 7,780.00 |
| 3/23/2021 | BUY | 100 | 73.00 | (7,300.00) | - |
| 3/31/2021 | SELL | (100) | 68.00 | - | 6,800.00 |
| 4/9/2021 | BUY | 100 | 61.05 | (6,105.00) | - |
| 4/9/2021 | BUY | 100 | 60.80 | (6,080.00) | - |
| 4/13/2021 | SELL | (100) | 61.60 | - | 6,160.00 |
| 4/13/2021 | SELL | (100) | 62.00 | - | 6,200.00 |
| 4/14/2021 | SELL | (100) | 67.01 | - | 6,701.00 |
| 4/14/2021 | SELL | (200) | 71.00 | - | 14,200.00 |
| 4/19/2021 | BUY | 200 | 75.00 | (15,000.00) | - |
| 4/19/2021 | BUY | 400 | 80.00 | (32,000.00) | - |
| 4/19/2021 | BUY | 500 | 85.00 | (42,500.00) | - |
| 6/17/2021 | SELL | (100) | 59.00 | - | 5,900.00 |
| 6/17/2021 | SELL | (100) | 59.25 | - | 5,925.00 |
| 6/17/2021 | SELL | (200) | 59.50 | - | 11,900.00 |
| 6/17/2021 | SELL | (100) | 59.88 | - | 5,988.00 |
| 6/17/2021 | SELL | (200) | 60.00 | - | 12,000.00 |
| 6/18/2021 | SELL | (100) | 60.20 | - | 6,020.00 |

| Date | Transaction | Shares | Price | Debit | Credit |
|---|---|---|---|---|---|
| 6/18/2021 | SELL | (100) | 60.38 | - | 6,038.00 |
| 6/18/2021 | SELL | (100) | 60.50 | - | 6,050.00 |
| 6/18/2021 | BUY | 100 | 58.50 | (5,850.00) | - |
| 6/21/2021 | BUY | 1700 | 60.00 | (102,000.00) | - |
| 6/21/2021 | BUY | 200 | 70.00 | (14,000.00) | - |
| 6/21/2021 | BUY | 100 | 57.48 | (5,748.00) | - |
| 6/21/2021 | BUY | 100 | 57.30 | (5,730.00) | - |
| 6/22/2021 | SELL | (200) | 59.88 | - | 11,976.00 |
| 6/22/2021 | SELL | (200) | 60.00 | - | 12,000.00 |
| 6/23/2021 | SELL | (100) | 60.80 | - | 6,080.00 |
| 6/23/2021 | SELL | (100) | 61.00 | - | 6,100.00 |
| 6/23/2021 | SELL | (100) | 61.28 | - | 6,128.00 |
| 6/23/2021 | SELL | (100) | 61.50 | - | 6,150.00 |
| 6/23/2021 | SELL | (100) | 61.70 | - | 6,170.00 |
| 6/23/2021 | SELL | (100) | 61.85 | - | 6,185.00 |
| 6/24/2021 | SELL | (100) | 62.50 | - | 6,250.00 |
| 6/25/2021 | SELL | (100) | 63.68 | - | 6,368.00 |
| 6/25/2021 | SELL | (100) | 64.50 | - | 6,450.00 |
| 6/28/2021 | SELL | (100) | 65.50 | - | 6,550.00 |
| 6/28/2021 | SELL | (100) | 66.00 | - | 6,600.00 |
| 6/30/2021 | BUY | 100 | 62.50 | (6,250.00) | - |
| 7/1/2021 | BUY | 200 | 62.00 | (12,400.00) | - |
| 7/2/2021 | SELL | (100) | 64.28 | - | 6,428.00 |
| 7/2/2021 | SELL | (100) | 64.48 | - | 6,448.00 |
| 7/2/2021 | BUY | 200 | 62.28 | (12,456.00) | - |
| 7/2/2021 | BUY | 100 | 62.08 | (6,208.00) | - |
| 7/2/2021 | BUY | 200 | 61.68 | (12,336.00) | - |
| 7/2/2021 | BUY | 200 | 61.32 | (12,264.00) | - |
| 7/2/2021 | BUY | 200 | 60.98 | (12,196.00) | - |
| 7/6/2021 | BUY | 100 | 60.00 | (6,000.00) | - |
| 7/6/2021 | BUY | 100 | 59.48 | (5,948.00) | - |
| 7/7/2021 | BUY | 100 | 59.18 | (5,918.00) | - |
| 7/7/2021 | BUY | 100 | 59.00 | (5,900.00) | - |
| 7/7/2021 | BUY | 100 | 58.27 | (5,827.00) | - |
| 7/9/2021 | BUY | 100 | 57.55 | (5,755.00) | - |
| 7/12/2021 | BUY | 100 | 57.38 | (5,738.00) | - |
| 7/12/2021 | BUY | 100 | 57.00 | (5,700.00) | - |
| 7/12/2021 | BUY | 100 | 56.50 | (5,650.00) | - |
| 7/13/2021 | BUY | 100 | 55.10 | (5,510.00) | - |
| 7/14/2021 | BUY | 100 | 53.80 | (5,380.00) | - |
| 7/14/2021 | BUY | 100 | 51.68 | (5,168.00) | - |
| 7/19/2021 | BUY | 300 | 55.00 | (16,500.00) | - |
| 7/19/2021 | BUY | 1900 | 60.00 | (114,000.00) | - |
| 7/19/2021 | BUY | 100 | 65.00 | (6,500.00) | - |
| 7/19/2021 | SELL | (200) | 51.50 | - | 10,300.00 |
| 8/24/2021 | SELL | (100) | 49.00 | - | 4,900.00 |
| 8/24/2021 | SELL | (100) | 49.23 | - | 4,923.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/24/2021 | SELL | (100) | 50.00 | - | 5,000.00 |
| 8/27/2021 | SELL | (100) | 51.25 | - | 5,125.00 |
| 8/30/2021 | BUY | 100 | 51.75 | (5,175.00) | - |
| 8/30/2021 | SELL | (200) | 52.00 | - | 10,400.00 |
| 9/1/2021 | SELL | (100) | 54.80 | - | 5,480.00 |
| 9/1/2021 | SELL | (100) | 55.28 | - | 5,528.00 |
| 9/1/2021 | SELL | (200) | 55.55 | - | 11,110.00 |
| 9/3/2021 | SELL | (100) | 50.70 | - | 5,070.37 |
| 9/3/2021 | SELL | (200) | 51.00 | - | 10,200.00 |
| 9/3/2021 | SELL | (100) | 51.92 | - | 5,192.00 |
| 9/9/2021 | SELL | (100) | 51.25 | - | 5,125.00 |
| 9/9/2021 | SELL | (200) | 51.33 | - | 10,266.00 |
| 9/9/2021 | SELL | (200) | 51.50 | - | 10,300.00 |
| 9/9/2021 | SELL | (500) | 52.00 | - | 26,000.00 |
| 9/10/2021 | BUY | 100 | 50.00 | (5,000.00) | - |
| 9/16/2021 | SELL | (100) | 50.50 | - | 5,050.00 |
| 9/16/2021 | SELL | (100) | 50.65 | - | 5,065.00 |
| 9/16/2021 | SELL | (100) | 50.80 | - | 5,080.00 |
| 9/16/2021 | SELL | (200) | 51.00 | - | 10,200.00 |
| 9/17/2021 | SELL | (100) | 51.18 | - | 5,118.00 |
| 9/20/2021 | BUY | 200 | 55.00 | (11,000.00) | - |
| 9/20/2021 | BUY | 200 | 60.00 | (12,000.00) | - |
| 9/20/2021 | BUY | 400 | 65.00 | (26,000.00) | - |
| 10/4/2021 | BUY | 200 | 43.68 | (8,736.00) | - |
| 10/5/2021 | SELL | (100) | 44.18 | - | 4,418.00 |
| 10/5/2021 | SELL | (100) | 44.25 | - | 4,425.00 |
| 10/5/2021 | SELL | (100) | 44.45 | - | 4,445.00 |
| 10/5/2021 | SELL | (100) | 44.50 | - | 4,450.00 |
| 10/8/2021 | SELL | (100) | 45.58 | - | 4,558.00 |
| 10/8/2021 | SELL | (100) | 45.81 | - | 4,581.00 |
| 10/13/2021 | SELL | (100) | 45.75 | - | 4,575.00 |
| 10/13/2021 | SELL | (200) | 46.00 | - | 9,200.00 |
| 10/13/2021 | SELL | (100) | 46.28 | - | 4,628.00 |
| 10/13/2021 | SELL | (200) | 46.53 | - | 9,306.00 |
| 10/13/2021 | SELL | (100) | 46.88 | - | 4,688.00 |
| 10/18/2021 | BUY | 600 | 50.00 | (30,000.00) | - |
| 10/18/2021 | BUY | 300 | 55.00 | (16,500.00) | - |
| 10/18/2021 | BUY | 200 | 60.00 | (12,000.00) | - |
| 10/18/2021 | BUY | 700 | 65.00 | (45,500.00) | - |
| 10/19/2021 | SELL | (100) | 46.90 | - | 4,690.00 |
| 10/19/2021 | SELL | (200) | 47.00 | - | 9,400.00 |
| 10/19/2021 | SELL | (200) | 47.15 | - | 9,430.00 |
| 10/19/2021 | SELL | (200) | 47.30 | - | 9,460.00 |
| 10/19/2021 | SELL | (200) | 47.45 | - | 9,490.00 |
| 10/19/2021 | SELL | (200) | 47.53 | - | 9,506.00 |
| 10/19/2021 | SELL | (200) | 47.63 | - | 9,526.00 |
| 10/19/2021 | SELL | (200) | 47.83 | - | 9,566.00 |

| 10/20/2021 | BUY | 200 | 46.88 | (9,376.00) | - |
|---|---|---|---|---|---|
| 10/21/2021 | SELL | (200) | 48.03 | - | 9,606.00 |
| 10/22/2021 | BUY | 100 | 46.73 | (4,673.00) | - |
| 10/22/2021 | BUY | 100 | 46.58 | (4,657.99) | - |
| 10/22/2021 | BUY | 100 | 46.35 | (4,635.00) | - |
| 10/22/2021 | BUY | 200 | 46.00 | (9,200.00) | - |
| 10/26/2021 | SELL | (200) | 47.29 | - | 9,458.00 |
| 10/26/2021 | SELL | (100) | 47.55 | - | 4,755.00 |
| 10/26/2021 | SELL | (100) | 48.18 | - | 4,818.00 |
| 10/27/2021 | BUY | 100 | 44.95 | (4,495.00) | - |
| 10/27/2021 | BUY | 100 | 44.88 | (4,488.00) | - |
| 11/2/2021 | SELL | (100) | 45.69 | - | 4,569.01 |
| 11/2/2021 | SELL | (100) | 45.75 | - | 4,575.00 |
| 11/18/2021 | BUY | 200 | 43.90 | (8,779.98) | - |
| 11/18/2021 | BUY | 100 | 43.00 | (4,300.00) | - |
| 11/18/2021 | BUY | 100 | 42.00 | (4,200.00) | - |
| 11/18/2021 | BUY | 100 | 41.85 | (4,185.00) | - |
| 12/17/2021 | BUY | 800 | 55.00 | (44,000.00) | - |
| 12/20/2021 | BUY | 400 | 50.00 | (20,000.00) | - |
| 1/14/2022 | BUY | 300 | 55.00 | (16,500.00) | - |
| 1/20/2022 | BUY | 400 | 50.00 | (20,000.00) | - |
| **Shares Remaining** | | **6,900** | **LIFO Subtotal** | **$** | **24,753.39** |
| **90-Day Average Price[1]** | | **20.71** | **Retained Value** | **$** | **142,879.47** |
| | | | **Cost Basis of Shares Retained** | **$** | **(447,715.98)** |
| | | | **Loss** | **$** | **(280,083.12)** |
| (1) Using the average closing price between February 16, 2022 and the present. | | | | | |

| | C3.ai, Inc. Loss Calculation - Li Zhong Hu | | | | | |
|---|---|---|---|---|---|---|
| | Class Period: December 9, 2020 - February 15, 2022 | | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 3/1/2021 | Sold 4 March 19, 2021 125.0 Call @ 10 | (400) | 10.00 | - | 4,000.00 |
| 3/9/2021 | Sold 5 March 19, 2021 95.0 Call @2.3 | (500) | 2.30 | - | 1,150.00 |
| 3/12/2021 | Sold 5 March 19, 2021 85.0 Put @ 3 | (500) | 3.00 | - | 1,500.00 |
| 3/15/2021 | Sold 1 March 19, 2021 90.0 Put @ 5 | (100) | 5.00 | - | 500.00 |
| 3/15/2021 | Sold 3 March 19, 2021 85.0 Put @ 2.32 | (300) | 2.32 | - | 696.00 |
| 3/15/2021 | Sold 2 March 19, 2021 80.0 Put @ 0.94 | (200) | 0.94 | - | 188.00 |
| 3/15/2021 | Sold 1 March 19, 2021 80.0 Put @ 0.93 | (100) | 0.93 | - | 93.00 |
| 3/15/2021 | Sold 2 March 19, 2021 80.0 Put @ 1.15 | (200) | 1.15 | - | 230.00 |
| 3/18/2021 | Sold 1 March 19, 2021 80.0 Put @ 3.16 | (100) | 3.16 | - | 316.00 |
| 3/18/2021 | Sold 1 April 16, 2021 75.0 Put @ 7.05 | (100) | 7.05 | - | 705.00 |
| 3/19/2021 | Sold 1 April 16, 2021 85.0 Put @ 15.6 | (100) | 15.60 | - | 1,560.00 |
| 3/22/2021 | Sold 1 April 16, 2021 80.0 Put @ 10.05 | (100) | 10.05 | - | 1,005.00 |
| 3/22/2021 | Sold 1 April 16, 2021 80.0 Put @ 10.8 | (100) | 10.80 | - | 1,080.00 |
| 3/22/2021 | Sold 1 April 16, 2021 80.0 Put @ 11 | (100) | 11.00 | - | 1,100.00 |
| 3/23/2021 | Sold 1 April 16, 2021 85.0 Put @ 15.8 | (100) | 15.80 | - | 1,580.00 |
| 3/23/2021 | Sold 1 April 16, 2021 80.0 Put @ 11.95 | (100) | 11.95 | - | 1,195.00 |
| 3/23/2021 | Sold 1 April 16, 2021 85.0 Put @ 16 | (100) | 16.00 | - | 1,600.00 |
| 3/23/2021 | Sold 1 April 16, 2021 85.0 Put @ 16.05 | (100) | 16.05 | - | 1,605.00 |
| 3/23/2021 | Sold 1 April 16, 2021 85.0 Put @ 16.48 | (100) | 16.48 | - | 1,648.00 |
| 3/24/2021 | Sold 1 April 16, 2021 75.0 Put @ 9.05 | (100) | 9.05 | - | 905.00 |
| 3/26/2021 | Sold 1 May 21, 2021 80.0 Put @ 19 | (100) | 19.00 | - | 1,900.00 |
| 3/31/2021 | Sold 10 April 16, 2021 90.0 Call@ 0.82 | (1000) | 0.82 | - | 820.00 |
| 4/1/2021 | Sold 1 April 16, 2021 90.0 Call @1 | (100) | 1.00 | - | 100.00 |
| 4/7/2021 | Sold 1 May 21, 2021 70.0 Put @ 10.2 | (100) | 10.20 | - | 1,020.00 |
| 4/9/2021 | Sold 1 May 21, 2021 60.0 Put @ 5.55 | (100) | 5.55 | - | 555.00 |
| 4/12/2021 | Sold 1 May 21, 2021 60.0 Put @ 6.1 | (100) | 6.10 | - | 610.00 |
| 4/13/2021 | Sold 5 May 21, 2021 70.0 Call @ 3.45 | (500) | 3.45 | - | 1,725.00 |
| 4/19/2021 | Sold 2 May 21, 2021 65.0 Put @6.95 | (200) | 6.95 | - | 1,390.00 |
| 4/19/2021 | Bought 5 May 21, 2021 70.0 Call @ 3 | 500 | 3.00 | (1,500.00) | - |
| 4/19/2021 | Sold 1 May 21, 2021 60.0 Put @ 4.85 | (100) | 4.85 | - | 485.00 |
| 4/20/2021 | Sold 1 May 21, 2021 70.0 Put @ 11.95 | (100) | 11.95 | - | 1,195.00 |
| 4/20/2021 | Sold 1 May 21, 2021 60.0 Put @ 5.7 | (100) | 5.70 | - | 570.00 |
| 4/26/2021 | Sold 10 May 21, 2021 90.0 Call @ 1.25 | (1000) | 1.25 | - | 1,250.00 |
| 4/26/2021 | Sold 3 May 21, 2021 90.0 Call @ 1.41 | (300) | 1.41 | - | 423.00 |
| 5/3/2021 | Sold 1 June 18, 2021 60.0 Put @ 5.15 | (100) | 5.15 | - | 515.00 |
| 5/3/2021 | Sold 1 June 18, 2021 60.0 Put @ 5.6 | (100) | 5.60 | - | 560.00 |
| 5/3/2021 | Sold 1 June 18, 2021 55.0 Put @ 3.8 | (100) | 3.80 | - | 380.00 |
| 5/4/2021 | Sold 1 June 18, 2021 50.0 Put @ 2.35 | (100) | 2.35 | - | 235.00 |
| 5/4/2021 | Sold 1 June 18, 2021 55.0 Put @ 5 | (100) | 5.00 | - | 500.00 |
| 5/10/2021 | Sold 1 July 16, 2021 55.0 Put @ 7.35 | (100) | 7.35 | - | 735.00 |
| 5/11/2021 | Sold 1 October 15, 2021 50.0 Put @ 8.9 | (100) | 8.90 | - | 890.00 |
| 5/13/2021 | Sold 1 October 15, 2021 50.0 Put @ 9.05 | (100) | 9.05 | - | 905.00 |
| 5/13/2021 | Sold 1 October 15, 2021 50.0 Put @ 9.85 | (100) | 9.85 | - | 985.00 |
| 5/19/2021 | Sold 10 June 18, 2021 65.0 Call @ 3.2 | (1000) | 3.20 | - | 3,200.00 |
| 5/20/2021 | Sold 10 July 16, 2021 80.0 Call @ 2.35 | (1000) | 2.35 | - | 2,350.00 |

| Date | Description | Shares | Price | Cost | Proceeds |
|---|---|---|---|---|---|
| 5/21/2021 | Sold 3 June 18, 2021 65.0 Put @ 8.7 | (300) | 8.70 | - | 2,610.00 |
| 5/24/2021 | Sold 2 AI Jun 18 2021 60.0 Put @ 5.75 | (200) | 5.75 | - | 1,150.00 |
| 5/25/2021 | Sold 2 AI Jun 18 2021 60.0 Put @ 6.15 | (200) | 6.15 | - | 1,230.00 |
| 5/25/2021 | Sold 2 AI Jun 18 2021 55.0 Put @ 3.44 | (200) | 3.44 | - | 688.00 |
| 5/25/2021 | Sold 1 AI Jun 18 2021 55.0 Put @ 3.6 | (100) | 3.60 | - | 360.00 |
| 5/25/2021 | Sold 3 AI Jun 18 2021 50.0 Put @ 1.8 | (300) | 1.80 | - | 540.00 |
| 5/26/2021 | Sold 10 AI Jun 18 2021 70.0 Call @ 1.85 | (1000) | 1.85 | - | 1,850.00 |
| 5/28/2021 | Sold 2 AI Jun 18 2021 65.0 Put @ 6.5 | (200) | 6.50 | - | 1,300.00 |
| 5/28/2021 | Sold 3 AI Jun 18 2021 60.0 Put @ 4 | (300) | 4.00 | - | 1,200.00 |
| 5/28/2021 | Sold 3 AI Jun 18 2021 60.0 Put @ 4.32 | (300) | 4.32 | - | 1,296.00 |
| 6/2/2021 | Sold 2 AI Jun 18 2021 70.0 Put @ 4.25 | (200) | 4.25 | - | 850.00 |
| 6/3/2021 | Bought 2 AI Jun 18 2021 65.0 Put @ 4.05 | 200 | 4.05 | (810.00) | - |
| 6/7/2021 | Bought 5 AI Jul 16 2021 80.0 Call @ 1.4 | 500 | 1.40 | (700.00) | - |
| 6/7/2021 | Bought 3 AI Jun 18 2021 65.0 Put @ 5.5 | 300 | 5.50 | (1,650.00) | - |
| 6/10/2021 | Bought 1 AI Jul 16 2021 80.0 Call @ 1.35 | 100 | 1.35 | (135.00) | - |
| 7/19/2021 | Sold 2 AI Sep 17 2021 65.0 Put @ 16.5 | (200) | 16.50 | - | 3,300.00 |
| 7/19/2021 | Sold 2 AI Oct 15 2021 60.0 Put @ 13.7 | (200) | 13.70 | - | 2,740.00 |
| 7/21/2021 | Sold 1 AI Oct 15 2021 65.0 Put @ 14.88 | (100) | 14.88 | - | 1,488.00 |
| 8/17/2021 | Sold 1 AI Oct 15 2021 50.0 Put @ 8.1 | (100) | 8.10 | - | 810.00 |
| 8/23/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 1.3 | (200) | 1.30 | - | 260.00 |
| 8/24/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 1.6 | (200) | 1.60 | - | 320.00 |
| 8/24/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 1.75 | (200) | 1.75 | - | 350.00 |
| 8/24/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 1.85 | (200) | 1.85 | - | 370.00 |
| 8/24/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 2 | (200) | 2.00 | - | 400.00 |
| 8/24/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.1 | (200) | 1.10 | - | 220.00 |
| 8/27/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.2 | (200) | 1.20 | - | 240.00 |
| 8/27/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.3 | (200) | 1.30 | - | 260.00 |
| 8/27/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 2.5 | (200) | 2.50 | - | 500.00 |
| 8/27/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.35 | (200) | 1.35 | - | 270.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.35 | (200) | 1.35 | - | 270.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.4 | (200) | 1.40 | - | 280.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.43 | (200) | 1.43 | - | 286.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.56 | (200) | 1.56 | - | 312.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.6 | (200) | 1.60 | - | 320.00 |
| 8/30/2021 | Sold 2 AI Sep 17 2021 60.0 Call @ 1.7 | (200) | 1.70 | - | 340.00 |
| 8/31/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 2.6 | (200) | 2.60 | - | 520.00 |
| 8/31/2021 | Sold 2 AI Sep 17 2021 55.0 Call @ 2.65 | (200) | 2.65 | - | 530.00 |
| 11/18/2021 | Sold 2 AI Jan 21 2022 50.0 Put @ 8.9 | (200) | 8.90 | - | 1,780.00 |
| 11/18/2021 | Sold 2 AI Apr 14 2022 55.0 Put @ 15.2 | (200) | 15.20 | - | 3,040.00 |
| 11/18/2021 | Sold 2 AI Apr 14 2022 50.0 Put @ 12 | (200) | 12.00 | - | 2,400.00 |
| 11/18/2021 | Sold 1 AI Apr 14 2022 55.0 Put @ 16.2 | (100) | 16.20 | - | 1,620.00 |
| 11/18/2021 | Sold 1 AI Jun 17 2022 40.0 Put @ 8 | (100) | 8.00 | - | 800.00 |
| 11/19/2021 | Sold 2 AI Apr 14 2022 40.0 Put @ 7.6 | (200) | 7.60 | - | 1,520.00 |
| 11/19/2021 | Sold 1 AI Apr 14 2022 40.0 Put @ 8 | (100) | 8.00 | - | 800.00 |
| 11/22/2021 | Sold 1 AI Jun 17 2022 50.0 Put @ 17.35 | (100) | 17.35 | - | 1,735.00 |
| 11/23/2021 | Bought 3 AI Dec 17 2021 60.0 Call @ 0.4 | 300 | 0.40 | (120.00) | - |
| 12/1/2021 | Sold 1 AI Jun 17 2022 50.0 Put @ 18.15 | (100) | 18.15 | - | 1,815.00 |
| 12/2/2021 | Bought 20 AI Dec 17 2021 60.0 Call @ 0.1 | 2000 | 0.10 | (200.00) | - |
| | **Net Shares** | **(28,000)** | **Net Gain/(Loss)** | **$** | **160,099.00** |