Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR.,<br><br>                              Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MARK SAMARGHANDI'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: Thursday, Aug. 18, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:  Haywood S. Gilliam, Jr.<br><br>ORAL ARGUMENT REQUESTED |

011089-11/1893712 V1

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Mark Samarghandi ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Opposition to Competing Motions to Appoint Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as Exhibit A is a true and correct copy of Loss Calculations excluding in-and out trades for Yining Cai and Yingjie Cai.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of May 2022, at San Diego, California.


    /s/ Lucas E. Gilmore
    LUCAS E. GILMORE

GILMORE DECL. ISO OPP. TO COMPETING MOTS. FOR APPOINTMENT AS LEAD PL. AND APPROVAL OF COUNSEL - 1
Case No.: 4:22-cv-01413-HSG
011089-11/1893712 V1