# Exhibit A

|  | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Yingjie Cai | $879,601.00 | $879,601.00 |
| Yining Cai | $280,602.50 | $280,602.50 |
|  | $1,160,203.50 | $1,160,203.50 |

**Loss Analysis for Yingjie Cai - C3.ai, Inc. (AI)**
**Class Period 12/09/20 - 02/15/22**

| | Date | Shares | PURCHASES Share Price | | Amount Paid | | Date | Shares | SALES Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period | 01/21/21 | 20,000 | $130.2000 | | $2,604,000.00 | | 06/09/21 | 20,000 | $63.5000 | | $1,270,000.00 |
| Purchases | 06/09/21 | 20,280 | $64.0800 | | $1,299,542.40 | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Post Class | | | | | | Post Class | | | | | |
| Purchases | | | | | | Sales | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 20,280 | Total Amt. Paid in CP | $1,299,542.40 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold 0 | Post CP Amount Sold $0.00

Total Shares Sold to Current 0 | Total Amt. Sold to Current $0.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP 20,280 (CP Retained Shares)

Net Amount Paid in CP $1,299,542.40

Net Amount Paid in CP Minus Sold to Current Date $1,299,542.40 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) 20,280 Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date 20,280 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $20.71

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $419,941.40

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $419,941.40 **ALTERNATIVE**

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $879,601.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $879,601.00

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $879,601.00 **ALTERNATIVE**

**Loss Analysis for Yining Cai - C3.ai, Inc. (AI)**
**Class Period 12/09/20 - 02/15/22**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 01/21/21 | 10,000 | $133.5000 | $1,335,000.00 | | 06/18/21 | 10,000 | $59.2300 | $592,300.00 |
| Purchases | 06/18/21 | 10,140 | $48.3800 | $490,573.20 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 10,140 | Total Amt. Paid in CP | $490,573.20 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold **0**  Post CP Amount Sold **$0.00**

Total Shares Sold to Current **0**  Total Amt. Sold to Current **$0.00** **ALTERNATIVE**

Actual Net Shares Acquired in CP **10,140** (CP Retained Shares)

Net Amount Paid in CP **$490,573.20**

Net Amount Paid in CP Minus Sold to Current Date **$490,573.20** **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) **10,140** Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date **10,140** Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP **$20.71**

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price **$209,970.70**

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price **$209,970.70** **ALTERNATIVE**

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price **$280,602.50** **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) **$280,602.50**

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) **$280,602.50** **ALTERNATIVE**