**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR.,<br><br>            Defendants. | Case No. 4:22-cv-01413-HSG<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF YINING CAI IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION**<br><br>CLASS ACTION<br><br>Judge: Haywood S. Gilliam, Jr.<br>Hearing: November 3, 2022<br>Time: 2:00 p.m.<br>Ctrm: 2 – 4th Floor (Oakland) |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF YINING CAI IN FURTHER
SUPPORT OF HER LEAD PLAINTIFF MOTION
4:22-cv-01413-HSG

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for movant Yining Cai ("Movant"). I make this declaration in support of Movant's Reply Memorandum of Yining Cai in Further Support of Her Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      Movant's LIFO Dura Loss Chart.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th of May 2022.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF YINING CAI IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION
4:22-cv-01413-HSG

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 24, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF YINING CAI IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 24, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF YINING CAI IN FURTHER
SUPPORT OF HER LEAD PLAINTIFF MOTION
4:22-cv-01413-HSG