# Exhibit 1

**C3.ai, Inc. Loss Chart**
**between December 9, 2020 and February 15, 2022**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 20.82607837 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yingjie Cai* | 1/21/2021 | 20,000 | ($130.20) | ($2,604,000.00) | 6/9/2021 | 20,000 | $63.50 | $1,269,942.00 | | | | |
| | 6/9/2021 | 20,280 | ($64.08) | ($1,299,542.40) | | | | | | | | |
| | | 280 | | ($17,942.40) | | | | | | | | |
| | | 20,280 | | ($2,621,942.40) | | | 0 | | $0.00 | 20,280 | $422,352.87 | ($2,199,589.53) | |
| | | | | | | | | | | | | |
| Yining Cai | 1/21/2021 | 10,000 | ($133.50) | ($1,335,000.00) | 6/18/2021 | 10,000 | $59.23 | $592,279.43 | | | | |
| | 6/18/2021 | 10,140 | ($48.38) | ($490,573.20) | | | | | | | | |
| | | 140 | | ($6,773.20) | | | | | | | | |
| | | 10,140 | | ($1,341,773.20) | | | 0 | | $0.00 | 10,140 | $211,176.43 | ($1,130,596.77) | |
| | | | | | | | | | | **Total Loss** | ($3,330,186.30) | |

*Yingjie Cai is movant Yining Cai's father. He has assigned all his claims to Yining Cai.