Reed R. Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
reed@hbsslaw.com

*Attorneys for Lead Plaintiff Movant*
*Mark Samarghandi*

Harry A. Olivar, Jr.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Attorneys for C3.ai, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST,<br><br>            Plaintiff,<br><br>      vs.<br><br>C3.AI, INC., et al.,<br><br>            Defendants. | Case No. 4:22-cv-01413-HSG<br><br>**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE** |

Lead Plaintiff movant Mark Samarghandi ("Mr. Samarghandi") and Defendant C3.ai, Inc. ("C3 AI") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, the initial complaint in this putative class action was filed on March 4, 2022 (ECF No. 1);

WHEREAS, a Lead Plaintiff has not yet been appointed;

WHEREAS, Mr. Samarghandi's pending motion for appointment as Lead Plaintiff and approval of his selection of Lead Counsel (ECF No. 30, the "Motion") is now unopposed (*see* ECF No. 57);

WHEREAS, Mr. Samarghandi expects that his Motion will be granted;

WHEREAS, the parties are not aware of service having been effected on any Defendant;

WHEREAS, an initial Case Management Conference has been set for August 18, 2022 (ECF No. 44);

WHEREAS, Defendant C3 AI, and perhaps other defendants, plan to file a motion or motions to dismiss any amended complaint, and the Private Securities Litigation Reform Act of 1995 stays all discovery pending resolution of all motions to dismiss;

WHEREAS, no party has previously requested or received time for an extension to answer or otherwise respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Mr. Samarghandi and C3 AI, subject to approval of the Court, that:

1. With the Lead Plaintiff motion now unopposed, the August 18, 2022 conference shall be adjourned and rescheduled for a date after the resolution of Defendants' forthcoming motion(s) to dismiss;

2. Mr. Samarghandi shall have 60 days after appointment as Lead Plaintiff to file an amended complaint;

3. Defendants shall answer, move, or otherwise respond to the amended complaint within 60 days of Lead Plaintiff's filing of the amended complaint;

4. If Defendants move to dismiss, Lead Plaintiff's opposition papers shall be filed within 60 days of the motion(s) to dismiss;

5. Defendants' reply brief(s) in support of the motion(s) to dismiss shall be filed within 30 days of Lead Plaintiff's opposition; and

6. This schedule may be modified by agreement of the parties, as approved by the Court.

DATED: August 8, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Attorneys for C3.ai, Inc.*

DATED: August 8, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Reed R. Kathrein*
Reed R. Kathrein
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
reed@hbsslaw.com

*Attorneys for Lead Plaintiff Movant Mark Samarghandi*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 8/9/2022

_____
**HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE**