UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAREN SURI,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMAS M. SIEBEL, et al.,<br><br>          Defendants. | Case No. 22-cv-03031-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *The Reckstin Family Trust v. C3.ai, Inc. et al*., 22-cv-01413-HSG.

**IT IS SO ORDERED.**

Dated: August 29, 2022



WILLIAM H. ORRICK
United States District Judge