Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for Lead Plaintiff
Mark Samarghandi*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR.,<br><br>                    Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Mark Samarghandi and Defendant C3.ai (together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on March 4, 2022, Plaintiff The Reckstin Family Trust filed the above-captioned securities fraud class action (the "Complaint," ECF No. 1) asserting claims under the Securities Exchange Act of 1934;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, pursuant to an August 9, 2022 stipulation between Lead Plaintiff movant Mark Samarghandi and Defendant C3.ai and order (the "August 9, 2022 Order," ECF No. 62), the Court established the following schedule:

    i. Mr. Samarghandi shall have 60 days after appointment as Lead Plaintiff to file an amended complaint;

    ii. Defendants shall answer, move, or otherwise respond to the amended complaint within 60 days of Lead Plaintiff's filing of the amended complaint;

    iii. If Defendants move to dismiss, Lead Plaintiff's opposition papers shall be filed within 60 days of the motion(s) to dismiss;

    iv. If Defendants move to dismiss, Lead Plaintiff's opposition papers shall be filed within 60 days of the motion(s) to dismiss;

    v. Defendants' reply brief(s) in support of the motion(s) to dismiss shall be filed within 30 days of Lead Plaintiff's opposition; and

    vi. This schedule may be modified by agreement of the parties, as approved by the Court.

WHEREAS, on December 12, 2022, the Court issued an Order, which among other things, appointed Mark Samarghandi as Lead Plaintiff and Hagens Berman Sobol Shapiro LLP as Lead Counsel in the above-captioned action (the "Lead Plaintiff Order," ECF No. 66);

WHEREAS, on December 12, 2022, the Court set the Initial Case Management Conference for this action for January 17, 2023, at 2:00 p.m.;

WHEREAS, pursuant to the August 9, 2022 Order and the Lead Plaintiff Order, Lead Plaintiff has requested, and Defendants have consented to, a slight modification of the current schedule to accommodate Lead Plaintiff's counsel's schedule, moving the date of each filing a few days as set forth below.

WHEREAS, in light of Plaintiff's anticipated filing of an amended complaint, Defendants' anticipated filing of a motion to dismiss the claims asserted against them in response to the amended complaint, and the PSLRA's general stay of discovery during the pendency of any motion to dismiss, counsel for the Parties respectfully submit that good cause exists to continue the existing January 17, 2023 Initial Case Management Conference and associated deadlines until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that:

1. Lead Plaintiff shall file a consolidated amended complaint no later than February 15, 2023;

2. Defendants' motion to dismiss the amended complaint shall be filed on or before April 14, 2023;

3. Lead Plaintiff's opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before June 14, 2023;

4. Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before July 18, 2023;

5. The Initial Case Management Conference scheduled for January 17, 2023, shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset, if necessary, for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's amended complaint, or such other date as the Court shall determine to be appropriate; and

6. All associated ADR Program deadlines likewise shall be deferred.

STIPULATION AND SCHEDULING ORDER – 2
Case No. 4:22-cv-01413-HSG

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Respectfully submitted, |
| 3 | DATED: January 6, 2023        **HAGENS BERMAN SOBOL SHAPIRO LLP** |

DATED: January 6, 2023

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:     */s/ Reed R. Kathrein*
         REED R. KATHREIN

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice forthcoming*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Mark Samarghandi and Lead Counsel*

DATED: January 6, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:     */s/ Harry A. Olivar, Jr.*
         HARRY A. OLIVAR, JR.

Harry A. Olivar, Jr.
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
harryolivar@quinnemanuel.com

*Attorneys for C3.ai*

STIPULATION AND SCHEDULING ORDER – 3
Case No. 4:22-cv-01413-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing **STIPULATION AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: January 6, 2023            By: _/s/ Reed R. Kathrein_
                                         Reed R. Kathrein (139304)

**ORDER GRANTING STIPULATION**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: 1/10/23

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND SCHEDULING ORDER – 4
Case No. 4:22-cv-01413-HSG