1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 4:22-cv-01413-HSG |
| ) | CLASS ACTION |
| Plaintiff, ) ) | ORDER GRANTING NOTICE OF MOTION AND MOTION TO WITHDRAW AS |
| vs. ) ) | COUNSEL |
| C3.AI, INC., et al., ) ) | |
| Defendants. ) ) | |

1  Upon consideration of Notice of Motion and Motion to Withdraw as Counsel, and for good
2  cause shown, it is HEREBY ORDERED that Shawn A. Williams, Danielle S. Myers, Jennifer N.
3  Caringal, Michael Albert, and Juan Carlos Sanchez of Robbins Geller Rudman & Dowd LLP are
4  hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys
5  and law firm from the docket as well as the ECF Service List.

6  IT IS SO ORDERED.

7  DATED:      2/16/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE