Harry A. Olivar, Jr.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice* forthcoming)
David Myre
Jesse Bernstein (*pro hac vice* forthcoming)
Jacob J. Waldman (*pro hac vice* forthcoming)
Leigha Empson (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for C3 Defendants*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C3.AI, INC., et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-01413-HSG<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF, STIPULATION, AND ORDER TO EXTEND PAGE LIMITS**<br><br>Judge: Hon. Haywood S. Gilliam<br>Hearing Date: Submitted for determination without hearing pursuant to Local Rule 7-11 |

Pursuant to Local Rule 7-11, Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and additional named plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel (collectively, "Plaintiffs") and Defendants C3.ai, Inc. ("C3") and Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together with C3, the "C3 Defendants"), by and between the undersigned counsel for the parties, stipulate and jointly move the court for Administrative Relief to extend the page limitations of L.R. 7-2 and 7-3. The Amended Complaint (ECF No. 71) includes several complex causes of action alleged against numerous Defendants. Accordingly, C3 Defendants propose that their memorandum in support of their forthcoming motion to dismiss the Amended Complaint ("C3 Defendants' Motion") may exceed the page limitation by ten (10) pages, for a combined memorandum of up to thirty-five (35) pages.

WHEREAS, on January 6, 2023, the Lead Plaintiff and C3 entered into a Stipulation and [Proposed] Order regarding Lead Plaintiff's time to file an amended complaint and C3's response thereto (the "Scheduling Stipulation") (ECF No. 67);

WHEREAS, on January 10, 2023, the Court so-ordered the Scheduling Stipulation, establishing the schedule by which, *inter alia*, Lead Plaintiff would file his amended pleading and C3 would respond (ECF No. 68, the "Scheduling Order");

WHEREAS, on February 15, 2023, Plaintiffs filed their Amended Complaint (ECF No. 71);

WHEREAS, the Amended Complaint is seventy-two pages long and asserts five different causes of action against sixteen defendants;

WHEREAS, in accordance with the Scheduling Order, the five C3 Defendants intend to file a joint motion to dismiss the Amended Complaint no later than April 14, 2023;

WHEREAS, Civil L.R. 7-2(b) provides that a memorandum in support of a motion may not exceed 25 pages in length;

WHEREAS, in consideration of the length of the Amended Complaint and the number of causes of action alleged against the five C3 Defendants therein, and the fact that the C3 Defendants intend to raise several bases for dismissal in a combined memorandum, the C3 Defendants request that the five of them be granted an additional ten (10) pages for a combined motion to dismiss so that they may include a full and complete statement of their arguments in a combined memorandum;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for Plaintiffs and C3 Defendants, subject to the approval of the Court, as follows:

1. The five C3 Defendants' combined memorandum in support of their motion to dismiss may be up to 35 pages in length;

2. The parties will confer on any appropriate extension of pages for Plaintiffs' Opposition and Defendants' reply brief(s) and will request relief from the Court as appropriate.

DATED: March 28, 2023                    Respectfully submitted,

                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By: /s/ Harry A. Olivar. Jr.
                                            Harry A. Olivar, Jr.
                                            865 S. Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
                                            (213) 443-3000
                                            harryolivar@quinnemanuel.com

                                            Michael B. Carlinsky (*pro hac vice* forthcoming)
                                            David Myre
                                            Jesse Bernstein (*pro hac vice* forthcoming)
                                            Jacob J. Waldman (*pro hac vice* forthcoming)
                                            Leigha Empson (*pro hac vice* forthcoming)
                                            51 Madison Ave., 22nd Floor
                                            New York, NY 10010
                                            (212) 849-7000
                                            michaelcarlinsky@quinnemanuel.com
                                            davidmyre@quinnemanuel.com
                                            jessebernstein@quinnemanuel.com
                                            jacobwaldman@quinnemanuel.com
                                            leighaempson@quinnemanuel.com

                                            *Attorneys for C3 Defendants.*

| | | |
|---|---|---|
| 1 | DATED: March 28, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By: */s/ Reed R. Kathrein* |
| 4 | | Reed R. Kathrein |
| | | 715 Hearst Ave., Suite 202 |
| 5 | | Berkeley, CA 94710 |
| | | (510) 725-3000 |
| 6 | | reed@hbsslaw.com |
| 7 | | *Attorneys for Lead Plaintiff Mark Samarghandi* |
| 8 | | |
| 9 | DATED: March 28, 2023 | THE ROSEN LAW FIRM, P.A. |
| 10 | | |
| 11 | | By: */s/ Laurence M. Rosen* |
| | | Laurence M. Rosen |
| 12 | | 355 S. Grand Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| 13 | | (213) 785-2610 |
| | | lrosen@rosenlegal.com |
| 14 | | |
| 15 | | *Attorneys for Lead Plaintiff Mark Samarghandi* |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 3/29/2023

**HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE**