1
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4  The Reckstin Family Trust, et al.   ,     Case No. 4:22-cv-01413-HSG
5           Plaintiff(s),
6            v.                                **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER (CIVIL LOCAL RULE 11-3)**
7   C3.AI, INC., et al   ,
8           Defendant(s).
9

10   I, Leigha Empson , an active member in good standing of the bar of
11   New York , hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: see attached   in the
13   above-entitled action. My local co-counsel in this case is Harry A. Olivar Jr. , an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California. Local co-counsel's bar number is: 143089 .

16   51 Madison Ave., 22nd Floor, New York, NY 10010        865 S Figueroa St., 10th Floor, Los Angeles, CA 90017
17   MY ADDRESS OF RECORD                                    LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18   (212) 849-7000                                          (213) 443-3000
19   MY TELEPHONE # OF RECORD                                LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20   leighaempson@quinnemanuel.com                           harryolivar@quinnemanuel.com
     MY EMAIL ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22        I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: 5606967 .
24        A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26        I have been granted pro hac vice admission by the Court 0  times in the 12 months
27   preceding this application.
28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2023

Leigha Empson
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leigha Empson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/5/2023

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

<u>Attachment to Application for Admission *Pro Hac Vice*</u> – <u>**Parties Represented:**</u>

C3.ai, Inc.
Edward Y. Abbo
David Barter
Thomas M. Siebel
Lorenzo Simonelli



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Leigha Elizabeth Empson

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on April 16, 2018, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on March 27, 2023.



*Clerk of the Court*

CertID-00111268



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020