Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>C3.AI, INC., et al.,<br><br>                                    Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED CLASS ACTION COMPLAINT** |

<small>1</small> Pursuant to Civil Local Rule 7-12, Lead Plaintiff Mark Samarghandi and Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel (together, "Plaintiffs"); and Defendants C3, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, Baker Hughes Company, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc. ("Defendants" and, collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order.

WHEREAS, on February 15, 2023, Plaintiffs filed their Amended Class Action Complaint (ECF No. 271) (the "Amended Complaint");

WHEREAS, Baker Hughes Company ("Baker Hughes") acknowledges that on March 16, 2023, Baker Hughes was served with a copy of the Amended Complaint;

WHEREAS, on March 17, 2023, counsel for C3, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli acknowledges that counsel confirmed via email that they would accept service of the Amended Complaint on behalf of their clients;

WHEREAS, counsel for Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc. ("Underwriter Defendants") acknowledges that on April 7, 2023, they identified themselves to counsel for Plaintiffs and indicated that they had only recently been retained;

WHEREAS, in accordance with the Court's January 10, 2023 Order Granting Stipulation (ECF No. 68), Defendants' Motion(s) to Dismiss the Amended Complaint are currently due on April 14, 2023;

WHEREAS counsel for the Parties have conferred and have agreed to extend the time for Defendants C3, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes to answer or otherwise respond to the Amended Complaint to May 1, 2023, and for the Underwriter Defendants to answer or otherwise respond to the Amended Complaint to May 15, 2023;

<small>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT – 1</small>

<small>Case No.: 4:22-cv-01413-HSG</small>

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. Defendants C3, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes shall move, answer, or otherwise respond to the Amended Complaint by May 1, 2023;

2. The Underwriter Defendants shall file their motion to dismiss the Amended Complaint no later than May 15, 2023;

3. Plaintiffs shall file their omnibus response to any motions to dismiss the Amended Complaint by June 30, 2023; and

4. Defendants shall file their replies in support of their motion to dismiss the Amended Complaint by August 2, 2023.

IT IS SO STIPULATED.

DATED: April 10, 2023                     Respectfully submitted,

/s/ Reed R. Kathrein
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
THE ROSEN LAW FIRM, P.A.
Los Angeles, CA 90071
Telephone: (213) 785-2610

|   |   |   |
|---|---|---|
| 1 |  | Facsimile: (213) 226-4684 |
| 2 |  | lrosen@rosenlegal.com |
| 3 |  | Jonathan Stern (pro hac vice application forthcoming) |
|   |  | THE ROSEN LAW FIRM, P.A. |
| 4 |  | 275 Madison Ave., 40th Floor |
|   |  | New York, NY 10016 |
| 5 |  | Telephone: (212) 686-1060 |
|   |  | Facsimile: (212) 202-3827 |
| 6 |  | jstern@rosenlegal.com |
| 7 |  | *Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel* |
| 8 | DATED: April 10, 2023 | Respectfully submitted, |
| 9 |  | */s/ Harry A. Olivar, Jr.* |
|   |  | Harry A. Olivar, Jr. |
| 10 |  | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |  | 865 S. Figueroa Street, 10th Floor |
| 11 |  | Los Angeles, CA 90017 |
|   |  | Telephone: (213) 443-3000 |
| 12 |  | harryolivar@quinnemanuel.com |
| 13 |  | *Counsel for Defendants C3, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli* |
| 14 |  |  |
| 15 | DATED: April 10, 2023 | Respectfully submitted, |
| 16 |  | */s/ Jessica Valenzuela* |
|   |  | Jessica Valenzuela (SBN 220934) |
| 17 |  | GIBSON, DUNN & CRUTCHER LLP |
|   |  | 1881 Page Mill Road |
| 18 |  | Palo Alto, CA 94304 |
|   |  | Telephone: (650) 849-5300 |
| 19 |  | Facsimile: (650) 849-5333 |
|   |  | JValenzuela@gibsondunn.com |
| 20 |  | George B. Adams (SBN 321904)\ |
| 21 |  | GIBSON, DUNN & CRUTCHER LLP |
|   |  | 555 Mission Street |
| 22 |  | San Francisco, CA 94105 |
|   |  | Telephone: (415) 393-8200 |
| 23 |  | Facsimile: (415) 393-8306 |
|   |  | GAdams@gibsondunn.com |
| 24 |  | *Counsel for Defendant Baker Hughes Company* |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

| | | |
|---|---|---|
| 1 | DATED: April 10, 2023 | Respectfully submitted, |
| 2 | | */s/ Simona G. Strauss* |
| | | Simona G. Strauss (SBN 203062) |
| 3 | | SIMPSON THACHER & BARTLETT LLP |
| | | 2475 Hanover Street |
| 4 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 251-5203 |
| 5 | | Facsimile: (650) 251-5002 |
| | | sstrauss@stblaw.com |
| 6 | | |
| 7 | | *Counsel for the Underwriter Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Deutsche Bank Securities, Inc.;* |
| 8 | | *Canaccord Genuity LLC; JMP Securities LLC; KeyBanc Capital Markets Inc.; Needham & Company,* |
| 9 | | *LLC; Piper Sandler & Co.; & Wedbush Securities Inc.* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: April 10, 2023                    By:    /s/ Reed R. Kathrein
                                                       REED R. KATHREIN (139304)

**ORDER GRANTING STIPULATION**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: 4/11/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge