**APPENDIX A**

*The Reckstin Family Trust v. C3.ai, Inc.*:  Alleged Misstatements[1]

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| 1 | 74 | 2020.12.09 | C3 AI | Reg. Stmt. Prospectus | Our strategic go-to-market alliances vastly extend our reach globally. Some of our most notable partners include Baker Hughes, FIS, IBM, and Microsoft. Each strategic partner is a leader in its industry, with a substantial installed customer base and extensive marketing, sales, and services resources that we can leverage to engage and serve customers anywhere in the world. Using our AI Suite as the development suite,  we leverage our model-driven architecture to efficiently build new cross-industry and industry-specific applications based on identifying requirements across our customer base of industry leaders and through our industry partners. **Our strategy with strategic partners is to establish a significant use case and prove the value of our AI Suite with a flagship customer in each industry in which we participate. We have done this with our strategic vertical industry partner in oil and gas, Baker Hughes,** as well as with our iconic global customers, some of whom are deploying C3 technology to optimize thousands of critical assets globally across their upstream, midstream, and downstream operations. |
| 2 | 75 | 2020.12.09 | C3 AI | Reg. Stmt. Prospectus | Baker Hughes: Oil, Gas, and Chemicals. In 2019, we a formed a strategic alliance with Baker Hughes, a $24 billion oil and gas services company. Under the terms of this alliance, Baker Hughes has standardized on C3 for all internal use AI applications. **In addition, we are jointly marketing and selling a range of Enterprise AI solutions to address the entire value of upstream, mid-stream, and downstream activity under the BHC3 brand to oil and gas companies globally with the active engagement of Baker Hughes, which has a 12,000-person sales organization.** |
| 3 | 77 | 2020.12.09 | C3 AI | Reg. Stmt. Prospectus | In June 2019, we entered into a three-year arrangement with Baker Hughes as both a leading customer and as a partner in the oil and gas industry. This arrangement included a subscription to our AI Suite for their own operations (which we refer to below as direct subscription fees), the exclusive right for Baker Hughes to resell our offerings worldwide in the oil and gas industry, and the non-exclusive right to resell our offerings in other industries. Under the arrangement, Baker Hughes made minimum, non-cancelable, total revenue commitments to us of $50.0 million, $100.0 million, and $170.0 million, which are inclusive of their direct subscription fees of $39.5 million per year, for each of the fiscal years ending April 30, 2020, 2021, and 2022, respectively, with the remainder to be generated from the resale of our solutions by the Baker Hughes sales organization. **During the fiscal year ended April 30, 2020, we recognized as revenue** |

---

[1] Paragraph references are to the Amended Complaint (ECF No. 71).  All text in the "Statement" column is taken directly from the Amended Complaint, including any bolding or italics.

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| | | | | | **the full value of the first year of the direct subscription agreement and the value of deals brought in by Baker Hughes through the reseller arrangement.** |
| 4 | 124 | 2021.02.24 | Siebel | KeyBanc Emerging Technology Summit | So the distribution model looks like geographically we're applying major account groups, enterprise groups, middle market groups and mass market groups. This is what we are doing with this capital that we raised to the markets. And then we are building vertical markets sales organizations for financial services, manufacturing, aerospace, health, telco, utilities and oil and gas. You see that we have made a number in each of these we're aligned with –we're aligning with a market partner, for example, in oil and gas we go to market with Baker  Hughes. **Baker Hughes has 12,000 people selling for us around the world into virtually every oil and gas company on the planet in for a safe energy,** clean energy, sustainability we go to market with ENGIE on Paris.<br><br>In financial services, we've formed an alliance with FIS, that is both selling our products and re-platforming their products on our – using the C3 AI suite in telco – excuse me, in defense, and intel – intelligence communities we go to market with Raytheon. We'll be announcing – in the next few weeks a new relationship in manufacturing. And then you can expect we will be forming a large relationship with in health and telecommunications. We have a very significant partnership with Microsoft, and AWS, and we go to market with Google and IBM and Intel, Nvidia is a large partner.<br><br>And so how does this work? So, this for example, if we're calling on Bank of America this will be my group in New York working with my financial services group, working FIS, partnering with IBM to make Bank of America successful. This would be Royal Dutch Shell, well (00:20:51) out of Amsterdam working with my sales and marketing group working with Baker Hughes, working with Microsoft to make them successful. So, that's the model. **And so, we're working towards – couple of years ago we had 16 sales teams and these – our sales teams are growing, we have 12,000 people at Baker Hughes,** tens of thousands of people at Microsoft. Thousands of people at FIS, more to follow, but we can see that the vision is across all geographies and all indices through these partnerships to have tens to hundreds of thousands of people standardizing on this technology stack and serving customers. |
| 5 | 126 | 2021.02.24 | Siebel | KeyBanc Emerging Technology Summit | **Question – Michael Turits:** I think Tom one of the things that I've been fascinated with is the kind of the partnership that you have. And you touched on those a little bit. But some of them like Baker  Hughes are in specific areas like energy. Are those useful and are there others like so in other verticals that have been a supplement to what you – how you help out this specific different – specific vertical solutions?<br><br>**Answer – Thomas M. Siebel:** They're useful, they're invaluable and they're core to the strategy. Let's think about Baker Hughes. So, Baker Hughes is one of the three large oil and gas service providers, the other two being of course Halliburton and Schlumberger. Okay. We have partnered exclusively with Baker |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| | | | | | Hughes where they've agreed they're going to build all of their software solutions on the C3 AI Suite. This replaces with the previous stack that they brought over from GE. Okay. **So, Baker Hughes – this partnership – in partnership with Baker Hughes, we have 12,000 people selling every day into the oil and gas industry. Come on, for a company like us to get 12,000 people.** |
| 6 | 128 | 2021.03.01 | Siebel | Earnings Call | **Brad Sills, Analyst**<br>Oh, great. Hey, thanks guys for taking my question and congratulations on your first quarter as a public company. I wanted to ask about the vertical partner focus here. Obviously, you talked about some leverage that you'll see here from some of these partnerships could you help us understand for perhaps some of the newer ones like Raytheon FIS, these are relatively new verticals for the company.  What kind of resources are committed from these partners? How are you going to market together? How are you expected to get that leverage through these partnerships? Thank you so much.<br><br>**Thomas M. Siebel, Chairman and Chief Executive Officer**<br>Hey, Brad. I'll fill this one because it's kind of sales to marketing related. Well, as you know, we're going to market across three plains. We have horizontal market partners like say Microsoft would be the largest, but also IBM NVIDIA. We're building a geographic marketing organization in North America, Asia Pacific, okay, and in Europe. And then across all sectors, we have vertical market sales organizations in oil and gas, in utilities, in financial services, in precision health, et cetera. And you can get expect that each of the – the goal is that each of these vertical markets we will align with a leveraged market partner. So the classic case is Baker Hughes**. So we've aligned in oil and gas with Baker Hughes, this is a 24 roughly, I think, billion-dollar oil services company that gives us access to 12,000 people now selling with us around the world. And there's virtually not one of the largest, say 20 or 30 oil companies, that we're not in active sales motion with, whether it's Aramco, ADNOC, Rosneft Gazprom, Shell, and 12,000 salespeople is a lot of sales capacity.** |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| 7 | 130 | 2021.03.02 | Abbo | Morgan Stanley Virtual Conference | **Connor Lynagh**<br>Got it. So, Ed, same question to you, but reversed. Why Baker Hughes? How did you go about selecting an industry partner?<br><br>**Edward Y. Abbo, President and Chief Technology Officer**<br>Well, first of all, the software we're talking about really is – requires the main knowledge and domain expertise and obviously, Baker Hughes has extensive domain knowledge in this industry as a leader in oil field services. So it was not it was not difficult to make that selection or Conner, we're not talking about general purpose software like SAP and ERP enterprise resource planning software. We're really talking about software that is deep domain experience and expertise and the AI in ML models are basically capturing the inherent processes and the know-how of the industry to basically improve the operations of that particular industry. **And so there is no better partner than Baker Hughes. They basically have a long-standing deep relationships with almost all oil and gas companies, independent national companies out there. The collaboration is I would say is very deep if you will. So we're collaborating on product. We're collaborating on the customer engagement to make them successful and Uwem [Ukpong] and I speak on a multiple times on a weekly basis. So it's really a very deep partnership between the two companies. Our objective is to drive digital transformation for large – medium and large oil and gas companies. So that's why we chose Baker Hughes.** |
| 8 | 132 | 2021.03.02 | Siebel | JMP Securities Conference | After that we formed a relationship with Baker Hughes and – but we saw we leveraged our relationship with Shell and our relation with Baker Hughes. And now with Baker Hughes, we have 12,000 salespeople selling for us around the world into every oil and gas company on the planet, Aramco, ADNOC, Gazprom, Rosneft, Exxon, you name it. |
| 9 | 134 | 2021.03.02 | Siebel | JMP Securities Conference | **Patrick Walravens, Analyst**<br>All right, good. So this leads us really nicely to the question someone in the audience, just asked, which is and I'll just read it to you, which is, could you talk a bit about your go-to-market strategy and how you would grow your number of customers?<br><br>**Thomas M. Siebel, Founder and Chief Executive Officer**<br>Yes, we have a pretty complex go-to-market strategy. So we have horizon, we have geographical organizations, APAC EMEA. Okay and the North American Group, within which we are building a major accounts group, a enterprise sales group, a middle market group and a mass market group. Then we're building vertical market sales organizations for oil and gas, for utilities for tele-communications, for healthcare, for aerospace and for defense. Okay. And within each of those, we're building a major accounts group, a strategic accounts group, a middle market group and a mass market group. **Then associated with** |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| | | | | | each of the verticals we're aligning with a market partner, which gives us market leverage, for example at oil and gas, we go to market with Baker Hughes.  That gives us 12,000 people selling for us and allows us to walk immediately into the board room of Aramco. It would take us 10 years to get to the more –[board] room of Aramco, okay, but for Baker Hughes. |
| 10 | 136 | 2021.03.02 | Siebel | JMP Securities Conference | I think that Microsoft – I mean, these guys at Microsoft – Now, let's talk a little bit about what's going on with Microsoft today? We are in sales motion, an enterprise sales motion aligned with the Azure people, and SAT, and JP, and (inaudible) and probably 200 accounts around the world, in major account selling were, four legged sales calls and if it's oil and gas, it's a six legged sales call. For example at, Shell, okay, we'll have Baker Hughes, we'll have C3 and we will have Microsoft and we'll bring all of our services. And Shell way quite honestly doesn't know where Microsoft lets off and C3 starts and Baker Hughes picks up, and they don't care. They just know that they have all the services that they need. **So that we have a similar relationship with them in CRM. I would say the second most mature partnership that we have Baker Hughes, I think we're seven quarters into that and now we have 12,000 people selling for us at Baker Hughes** |
| 11 | 138 | 2021.05.24 | Siebel | JP Morgan Global Tech Conference | The – I was thinking about our partnership with Baker Hughes and oil and gas, we have 12,000 people selling C3 for us all around the world every day, 12,000 people. |
| 12 | 140 | 2021.06.25 | C3 AI | 10-K | Strategic partnerships are core to our growth strategy with market leading companies offering highly leveraged distribution channels to various markets. Examples of these partnerships are listed below:<br><br>• *Baker Hughes: Oil, Gas, and Chemicals*. In 2019, we a formed a strategic alliance with Baker Hughes, a $24 billion oil and gas services company. Under the terms of this alliance, Baker Hughes has standardized on C3 AI for all internal use AI applications. **In addition, we are jointly marketing and selling a range of Enterprise AI solutions to address the entire value of upstream, mid-stream, and downstream activity under the BHC3 brand to oil and gas companies globally with the active engagement of Baker Hughes, which has a 12,000-person sales organization.** |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| 13 | 142 | 2021.08.12 | Siebel | Canaccord's 41st Annual Growth Conference | We're forming major account groups, enterprise sales groups, middle market groups and then mass market groups in each vertical market where we've been building out very significant market partners, who distribute these products with us for example in oil and gas at Baker Hughes. **And Baker Hughes as 12,000 people selling with us around the world in oil and gas market, and since then we've penetrated Baker Hughes,** Shell, Coke, MEG, LyondellBasell, Georgia – Flint Hills Research. |
| 14 | 144 | 2021.09.01 | C3 AI | 10-Q | ***In addition to the activities of our field sales organization***, our success in attracting new customers will depend on our ability to expand our ecosystem of strategic partners and the number of industry verticals that they serve. ***Our strategic go-to-market alliances vastly extend our reach globally. Some of our most notable partners include Baker Hughes***… Each strategic partner is a leader in its industry, with a substantial installed customer base and extensive marketing, sales, and services resources that we can leverage to engage and serve customers anywhere in the world. Using our C3 AI Suite as the development suite, we leverage our model-driven architecture to efficiently build new cross-industry and industry-specific applications based on identifying requirements across our customer base of industry leaders and through our industry partners. Our strategy with strategic partners is to establish a significant use case and prove the value of our C3 AI Suite with a flagship customer in each industry in which we participate. We have done this with our strategic vertical industry partner in oil and gas, Baker Hughes, as well as with our iconic global customers, some of whom are deploying C3 AI technology to optimize thousands of critical assets globally across their upstream, midstream, and downstream operations. We establish formal sales and marketing plans with each partner, including specific sales goals and dedicated budgets, and we work closely with these partners to identify specific target accounts. |
| 15 | 146 | 2021.09.10 | Siebel | Deutsche Bank Tech Conference | **Patrick Colville**<br>Okay. Yes. And I guess, I mean, a key partner both historically and going forward, it's been Baker Hughes. C3 has got an amazingly close partnership with them and my conscience is they can use C3 software both internally in their environment and resells the software. Can you just help us I guess understand that partnership and just kind of help us understand how's it kind of doing in a moment?<br><br>**Thomas M. Siebel, Chairman and Chief Executive Officer**<br>Yes. Baker Hughes, we entered into a strategic partnership with them some years ago. They do use the application for some internal applications, like inventory optimization and what have you, and we go to market with them globally. **So we have go-to-market motion with them at virtually every major order of 12,000 people working with us in all divisions of Baker Hughes and we have sales marketing activities going on in virtually every oil and gas company in the world and they're in various stages of early stages, running pilots, in some cases, running production applications in places like Shell,** LyondellBasell, and Koch, but that's a strategic partnership and it's extraordinary positive. |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| 16 | 148 | 2021.09.13 | Siebel | Piper Sandler 2021 Global Tech Conference | **Arvind Ramnani, Analyst**<br>Terrific, terrific. And I think your go-to-market approach is also very unique, right. I mean, it's -- kind of building AI company is difficult, but also some of the approach you've taken is I think quite different. Looking to have really leveraged partners such as Baker Hughes, FIS in specific verticals, what is the rationale for partnering with these vertical leaders versus sort of really going after the market by yourself?<br><br>**Thomas M. Siebel, Chairman and Chief Executive Officer**<br>Well, it gives us market leverage, I mean, we're 700 people. I have 12,000 people selling for me at Baker Hughes into oil and gas. At FIS, I have thousands of people selling with me into the financial services and banking market. I saw with Microsoft across a wide range of markets. |
| 17 | 151 | 2021.11.29 | Siebel | KeyBanc Summit | **Michael Turtis**<br>So speak of these verticals, I want to switch over to your go-to-market strategy, which is quite powerful and unique in terms of the way that you've entered some of these verticals by partnering with some of the other participants in those vertical industries. So, I talked about Baker Hughes, about Raytheon, FIS, what would you want for the strategy in general? And then I'd like at some point maybe to finish on Microsoft because you've got a formal unannounced partnership there. But let's talk through some of these others as well.<br><br>**Thomas M. Siebel, Chairman and Chief Executive Officer**<br>Our market, we have a relatively complex go-to-market strategy where we are organized both geographically, vertically and by market partner. So I have geographic coverage for North America, for EMEA and for APAC. Within each of those, I have enterprise sales groups, middle market sales groups and then marketplace sales group, selling the mass audiences. Orthogonal to that we have the vertical market sales organization that we're developing product and fielding sales and service organizations for the oil and gas industry, for the utility industry, for the telecommunications industry, for the financial services industry, what have you. In each of those verticals I am forming partnerships with a highly leveraged market partner. For example, in oil gas, I go to market with Baker Hughes. **Baker Hughes is of course one of the largest oil and gas service providers and they have 12,000 people selling with us around the world every day to name the company, be it Rosneft Gazprom, Chevron, whoever it may be.** |

| Statement No. | ¶ | Date | Speaker | Source | Statement |
|---|---|---|---|---|---|
| 18 | 153 | 2021.11.29 | Siebel | KeyBanc Summit | **Michael Turits**<br>Tom, can you quantify the relationship with Baker Hughes a little bit. It seems some of your filings (inaudible), but let's walk through it because there's a resale component to that, there's a direct component to that. How has that evolved over time and how large is that partnership?<br><br>**Thomas M. Siebel, Chairman and Chief Executive Officer**<br>Well, let's look at the history of Baker Hughes. Baker Hughes, of course, was acquired by GE Oil & Gas. And so the leadership of GE Oil & Gas went over to run Baker Hughes and they took the Predix with them. So, Predix was their digital platform to reach the oil and gas industry. And after some time, they made this decision to switch from Predix to C3 AI for reasons that I'll let you ask them sometime.  And the nature of the relationship that we entered into with Baker Hughes, it was a strategic partnership where they took an equity position in C3 that was pretty significant. **We agreed that we would go to market with no other oil and gas service provider that Baker Hughes would be our sole provider and that they would be marketing our solutions through their 12,000-person sales organization globally.** |