Harry A. Olivar, Jr. (Cal. Bar No. 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
David Myre (Cal. Bar No. 304600)
Jesse Bernstein (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for the C3 Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THE RECKSTIN FAMILY TRUST,

       Plaintiff,

     vs.

C3.AI, INC., et al.,

       Defendants.

Case No. 4:22-cv-01413-HSG

**[PROPOSED] ORDER GRANTING THE C3 DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

The Motion of Defendants C3.ai, Inc. ("C3") and Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together with C3, the "C3 Defendants") to Dismiss Plaintiffs' Amended Class Action Complaint was heard by this Court on August 17, 2023.  The Court, having considered the papers and the arguments of counsel, finds that the Motion should be granted with prejudice.

**IT IS HEREBY ORDERED THAT:**

1.     The C3 Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint is GRANTED with prejudice and without leave to amend.

DATED:                    , 2023

By_____
         Honorable Haywood S. Gilliam, Jr.

[PROPOSED] ORDER GRANTING THE C3 DEFENDANTS' MOTION TO DISMISS