Harry A. Olivar, Jr. (Cal. Bar No. 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
David Myre (Cal. Bar No. 304600)
Jesse Bernstein (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for the C3 Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, | Case No. 4:22-cv-01413-HSG |
| Plaintiff, | **DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF THE C3 DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| C3.AI, INC., et al., | |
| Defendants. | Judge:   Hon. Haywood S. Gilliam, Jr. |
| | Courtroom:   2, 4th Floor |
| | Hearing Date:   August 17, 2023 |
| | Hearing Time:   2:00 p.m. |

## DECLARATION OF HARRY A. OLIVAR, JR.

I, Harry A. Olivar, Jr., state that:

1.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants C3.ai, Inc. ("C3"), Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli  (collectively, the "C3 Defendants") in this matter.  I make this declaration in support of the C3 Defendants' Motion to Dismiss the Amended Complaint, filed concurrently herewith, and I have personal, firsthand knowledge of the facts set forth herein.

2.      Attached as **Exhibit A** is a true and correct copy of a Form 8-K and accompanying press release filed by C3 with the SEC on December 1, 2021, obtained from https://ir.c3.ai/static-files/ff60237e-6fbd-49ae-9ede-e25119121f1a.

3.      Attached as **Exhibit B** is a true and correct copy of excerpts of a Prospectus filed by C3 with the SEC on Form 424B4 on December 8, 2020, that was obtained at https://ir.c3.ai/static-files/7d238ab5-4c2a-4355-83dc-9304c6adfe34.

4.      Attached **as Exhibit C** is a true and correct copy of excerpts of a Registration Statement filed by C3 with the SEC on December 7, 2020, that was obtained at https://ir.c3.ai/static-files/0157c0c8-46bc-4c51-a81a-0463f68552e9.

5.      Attached as **Exhibit D** is a true and correct copy of excerpts of a Form 10-K filed by C3 with the SEC on June 25, 2021, obtained from https://ir.c3.ai/static-files/836d2506-4afa-4462-b1db-ea53db458eb2.

6.      Attached as **Exhibit E** is a true and correct copy of excerpts of a Form 10-K filed by C3 with the SEC on June 22, 2022, obtained from https://ir.c3.ai/static-files/4759757b-c509-4dcb-8968-8640cda1eab8.

7.      Attached as **Exhibit F** is a true and correct copy of excerpts of a Form 8-K and accompanying press release filed by C3 with the SEC on March 1, 2021, obtained from https://ir.c3.ai/static-files/a832c54b-4788-4013-bd98-88d925ce9f22.

8.      Attached as **Exhibit G** is a true and correct copy of a Form 8-K and accompanying press release filed by C3 with the SEC on June 2, 2021, obtained from https://ir.c3.ai/static-

files/238b7441-5949-4b9e-bc48-aba0cbf6cdaf.

9.      Attached as **Exhibit H** is a true and correct copy of a Form 8-K and accompanying press release filed by C3 with the SEC on September 1, 2021, obtained from https://ir.c3.ai/static-files/39f11613-d558-470b-b249-8b211e30710f.

10.     Attached as **Exhibit I** is a true and correct copy of excerpts of a Proxy Statement filed by C3 with the SEC on Schedule 14A on August 20, 2021, that was obtained at https://ir.c3.ai/static-files/21fc7b5a-e5fd-45ad-b80d-3d6b5ddc3c05.

11.     Attached as **Exhibit J** is a true and correct copy of excerpts of a Proxy Statement filed by C3 with the SEC on Schedule 14A on August 24, 2022, that was obtained at https://ir.c3.ai/static-files/ed080a86-8f3b-4813-9a1b-1221e423267b.

12.     Attached as **Exhibit K** is a true and correct copy of a Form 4 filed by Baker Hughes Holdings LLC with the SEC on April 8, 2021, that was obtained at https://ir.c3.ai/static-files/21126aeb-ade6-47fd-9e7d-80176b0e7476.

13.     Attached as **Exhibit L** is a true and correct copy of a Form 4 filed by Baker Hughes Holdings LLC with the SEC on April 9, 2021, that was obtained at https://ir.c3.ai/static-files/3aa7e0fe-66f6-44c3-99e2-55a66e43af8f.

14.     Attached as **Exhibit M** is a true and correct copy of a Form 4 filed by Baker Hughes Holdings LLC with the SEC on April 23, 2021, that was obtained at https://ir.c3.ai/static-files/9f5dd351-5cb2-43ea-a0c4-c1050d197da3.

15.     Attached as **Exhibit N** is a true and correct copy of a Form 144 filed by Baker Hughes Holdings LLC with the SEC on April 8, 2021, that was obtained at https://ir.c3.ai/static-files/952c2d50-1bae-44a2-a57b-542ee1e0a43e.

16.     Attached as **Exhibit O** is a true and correct copy of a Form 144 filed by Baker Hughes Holdings LLC with the SEC on April 16, 2021, that was obtained at https://ir.c3.ai/static-files/05a3c7ad-f0b0-4690-bfec-bac78807c0e9.

17.     Attached as **Exhibit P** is a true and correct copy of a report from Bank of America

Securities titled "Disappointing Q2; D/G to UP pending better visibility" dated December 2, 2021.

18.     Attached as **Exhibit Q** is a true and correct copy of a report from Deutsche Bank Research titled "2Q: A lot Going On...Maintain Hold Rating" dated December 2, 2021.

19.     Attached as **Exhibit R** is a true and correct copy of a report from J.P. Morgan titled "Sales Re-Org Creates a Speed-Bump, But Product Innovations Continue" dated December 2, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 1, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (Cal. Bar No. 143089)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Attorneys for the C3 Defendants*

OLIVAR DECLARATION IN SUPPORT OF THE C3 DEFENDANTS' MOTION TO DISMISS