# EXHIBIT C

**As filed with the Securities and Exchange Commission on December 7, 2020.**

Registration No. 333-250082

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**AMENDMENT NO. 3**
**TO**
**FORM S-1**
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# C3.ai, Inc.

**(Exact name of Registrant as specified in its charter)**

| Delaware | 7372 | 26-3999357 |
|---|---|---|
| **(State or other jurisdiction of** **incorporation or organization)** | **(Primary Standard Industrial** **Classification Code Number)** | **(I.R.S. Employer** **Identification Number)** |

**1300 Seaport Blvd, Suite 500**
**Redwood City, CA 94063**
**(650) 503-2200**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

**Thomas M. Siebel**
**Chief Executive Officer**
**C3.ai, Inc.**
**1300 Seaport Blvd, Suite 500**
**Redwood City, CA 94063**
**(650) 503-2200**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| Eric Jensen | Brady Mickelsen | Michael Nordtvedt |
|---|---|---|
| Calise Y. Cheng | General Counsel | Richard Blake |
| Sepideh Mousakhani | C3.ai, Inc. | Wilson Sonsini Goodrich & Rosati, |
| Cooley LLP | 1300 Seaport Blvd, Suite 500 | Professional Corporation |
| 3175 Hanover Street | Redwood City, CA 94063 | 650 Page Mill Road |
| Palo Alto, CA 94304 | (650) 503-2200 | Palo Alto, CA 94304 |
| (650) 843-5000 | | (650) 493-9300 |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after this Registration Statement is declared effective.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities To Be Registered | Amount to be Registered (1) | Proposed Maximum Price Per Shares (2) | Proposed Maximum Aggregate Offering Price(2) | Amount of Registration Fee(3) |
|---|---|---|---|---|
| Class A Common Stock, $0.001 par value per share | 17,825,000 | $38.00 | $677,350,000.00 | $73,898.89 |

(1)   Includes shares that the underwriters have the option to purchase, if any.
(2)   Estimated solely for purposes of calculating the registration fee pursuant to Rule 457(a) of the Securities Act of 1933, as amended.
(3)   The registrant previously paid registration fee of $66,120.06 in connection with prior filings of this registration statement.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**TABLE OF CONTENTS**

| | Page | | Page |
|---|---|---|---|
| PROSPECTUS SUMMARY | 1 | CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 150 |
| RISK FACTORS | 16 | PRINCIPAL STOCKHOLDERS | 153 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 52 | DESCRIPTION OF CAPITAL STOCK | 156 |
| MARKET, INDUSTRY, AND OTHER DATA | 53 | SHARES ELIGIBLE FOR FUTURE SALE | 162 |
| USE OF PROCEEDS | 54 | MATERIAL U.S. FEDERAL INCOME TAX CONSEQUENCES TO NON-U.S. HOLDERS OF OUR CLASS A COMMON STOCK | 165 |
| DIVIDEND POLICY | 55 | UNDERWRITERS | 169 |
| CAPITALIZATION | 56 | CONCURRENT PRIVATE PLACEMENTS | 179 |
| DILUTION | 59 | LEGAL MATTERS | 180 |
| SELECTED CONSOLIDATED FINANCIAL AND OTHER DATA | 61 | EXPERTS | 180 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 63 | WHERE YOU CAN FIND MORE INFORMATION | 180 |
| BUSINESS | 88 | INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F-1 |
| MANAGEMENT | 129 | | |
| EXECUTIVE COMPENSATION | 137 | | |

_____

Neither we, nor any of the underwriters have authorized anyone to provide you with any information or to make any representations other than those contained in this prospectus or in any free writing prospectuses we have prepared. Neither we, nor any of the underwriters take any responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. We are offering to sell, and seeking offers to buy, shares of our Class A common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of our Class A common stock. Our business, financial condition, results of operations, and future growth prospects may have changed since that date.

**Through and including            (the 25th day after the date of this prospectus), all dealers effecting transactions in these securities, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to a dealer's obligation to deliver a prospectus when acting as an underwriter and with respect to an unsold allotment or subscription.**

For investors outside the United States: Neither we, nor any of the underwriters have done anything that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. Persons outside of the United States who come into possession of this prospectus must inform themselves about, and observe any restrictions relating to, the offering of the shares of our Class A common stock and the distribution of this prospectus outside of the United States.

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Redwood City, State of California, on December 7, 2020.

**C3.ai, Inc.**

By: /s/ Thomas M. Siebel
_____
Thomas M. Siebel
Chief Executive Officer

## POWER OF ATTORNEY

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Thomas M. Siebel <br> Thomas M. Siebel | Chief Executive Officer and Chairman of the Board of Directors *(Principal Executive Officer)* | December 7, 2020 |
| /s/ David Barter <br> David Barter | Senior Vice President and Chief Financial Officer *(Principal Financial Officer and Principal Accounting Officer)* | December 7, 2020 |
| * <br> Patricia A. House | Director | December 7, 2020 |
| * <br> Richard Levin | Director | December 7, 2020 |
| * <br> Michael G. McCaffery | Director | December 7, 2020 |
| * <br> Nehal Raj | Director | December 7, 2020 |
| * <br> Condoleezza Rice | Director | December 7, 2020 |
| * <br> S. Shankar Sastry | Director | December 7, 2020 |
| * <br> Bruce Sewell | Director | December 7, 2020 |
| * <br> Lorenzo Simonelli | Director | December 7, 2020 |
| * <br> Stephen M. Ward Jr. | Director | December 7, 2020 |

By: /s/ David Barter
_____
Attorney-in-Fact

II-5