# EXHIBIT E

Case 4:22-cv-01413-HSG    Document 106-5    Filed 05/01/23    Page 1 of 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
# FORM 10-K

**(Mark One)**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended April 30, 2022**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-39744**

# C3.ai, Inc.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **26-3999357** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1300 Seaport Blvd, Suite 500** | |
| **Redwood City, CA** | **94063** |
| (Address of principal executive offices) | (Zip code) |

**Registrant's telephone number, including area code: (650) 503-2200**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, par value $0.001 per share** | **AI** | **New York Stock Exchange** |

Securities registered pursuant to section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.  ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐    No ☒

The aggregate market value of voting stock held by non-affiliates of the registrant on October 29, 2021 (the last business day of the registrant's fiscal second quarter), based on the closing price of $45.12 for shares of the registrant's Class A common stock as reported by the New York Stock Exchange, was approximately $3.3 billion.

As of June 15, 2022, the registrant had outstanding 103,650,130 shares of Class A common stock and 3,499,992 shares of Class B common stock.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive proxy statement relating to its 2022 annual meeting of shareholders (the "2022 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The 2022 Proxy Statement will be filed with the U.S. Securities and Exchange Commission within 120 days after the end of the registrant's fiscal year ended April 30, 2022.

1

**C3.AI, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Revenue Transactions with Baker Hughes Company*

In June 2019, the Company entered into multiple agreements with Baker Hughes Company ("Baker Hughes") under which Baker Hughes received a three-year subscription to use the Company's software. These agreements were revised in June 2020 to extend the term to five years and modify the subscription fees due. Under the revised agreements, Baker Hughes has made minimum, non-cancellable revenue commitments, which are inclusive of their direct subscription fees and third party revenue generated through a joint marketing arrangement with Baker Hughes, in the amount of $46.7 million in fiscal year 2020, $53.3 million in the fiscal year ending April 30, 2021, $75.0 million in the fiscal year ending April 30, 2022, $125.0 million in the fiscal year ending April 30, 2023, and $150.0 million in the fiscal year ending April 30, 2024. The Company also agreed to pay Baker Hughes a sales commission on subscriptions and services offerings it resold in excess of these minimum revenue commitments.

The Company and Baker Hughes further revised these agreements in October 2021 to extend the term by an additional year, for a total of six years, with an expiration date in the fiscal year ending April 30, 2025, to modify the amount of Baker Hughes' annual commitments to $85.0 million in fiscal year 2023, $110.0 million in fiscal year 2024, and $125.0 million in fiscal year 2025, and to revise the structure of the arrangement to further incentivize Baker Hughes' sales of the Company's products and services.

A portion of the transaction price in the Company's arrangement with Baker Hughes is variable. Beginning in the fiscal year ending April 30, 2023, Baker Hughes' annual commitments will be reduced by any revenue the Company generates from certain customers. Known and estimable revenue from certain customers related to the arrangement is a form of variable consideration, which was determined at contract inception and reduces the revenues recognized from the arrangement. At the end of each reporting period, the Company reviews and updates the estimate as additional information becomes available.

Pursuant to the revised arrangement, the Company acknowledged that Baker Hughes had met its minimum annual revenue commitment for the fiscal year ending April 30, 2022 and recognized $16.0 million of sales commission as deferred costs during the fiscal quarter ended October 31, 2021 related to this arrangement, which will be amortized over an expected period of five years.

Revenues recognized under the arrangement were as follows (in thousands):

| | Fiscal Year Ended April 30, | | | | | |
|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2020 |
| Direct subscription | $ | 60,425 | $ | 30,557 | $ | 40,425 |
| Direct professional services | | 16,872 | | 4,825 | | 292 |
| Total revenue from direct subscription and professional services | | 77,297 | | 35,382 | | 40,717 |
| Total revenue from certain customers in Oil and Gas field related to the Baker Hughes arrangement | | 27,732 | | 20,491 | | 5,929 |
| Total revenue related to the arrangement | $ | 105,029 | $ | 55,873 | $ | 46,646 |

As of April 30, 2022 and 2021, balances related to Baker Hughes that are reported within accounts receivable, net (inclusive of unbilled receivables of $16.5 million and $2.8 million, respectively) included $35.8 million and $15.2 million, respectively and deferred revenue, current included $0.1 million and $7.7 million, respectively.

The Company recognized cost of subscription revenue related to services purchased from Baker Hughes of $0.6 million, $0.1 million and nil for the fiscal years ended April 30, 2022, 2021 and 2020, respectively. The Company recognized sales and marketing expenses related to Baker Hughes of $8.2 million, less than $0.1 million and nil for the fiscal years ended April 30, 2022, 2021 and 2020, respectively. As of April 30, 2022 and 2021, accounts payable related to Baker Hughes included $18.5 million and $0.1 million, respectively.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**C3.ai, Inc.**

Date: June 22, 2022

By:   /s/ Thomas M. Siebel

Thomas M. Siebel
Chief Executive Officer
*(Principal Executive Officer)*

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Thomas M. Siebel and Juho Parkkinen, and each one of them, as his or her true and lawful attorney-in-fact and agent, with the power of substitution and re-substitution, for him or her and in their name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as they might or could do in person, hereby ratifying and confirming all that each of said attorneys-in-fact, or his or her substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Thomas M. Siebel<br>Thomas M. Siebel | Chief Executive Officer and Chairman of the Board<br>*(Principal Executive Officer)* | June 22, 2022 |
| /s/ Juho Parkkinen<br>Juho Parkkinen | Senior Vice President and Chief Financial Officer<br>*(Principal Financial and Accounting Officer)* | June 22, 2022 |
| /s/ Patricia A. House<br>Patricia A. House | Director | June 22, 2022 |
| /s/ Richard C. Levin<br>Richard C. Levin | Director | June 22, 2022 |
| /s/ Michael G. McCaffery<br>Michael G. McCaffery | Director | June 22, 2022 |
| /s/ Condoleezza Rice<br>Condoleezza Rice | Director | June 22, 2022 |
| /s/ S. Shankar Sastry<br>S. Shankar Sastry | Director | June 22, 2022 |
| /s/ Bruce Sewell<br>Bruce Sewell | Director | June 22, 2022 |
| /s/ Lisa A. Davis<br>Lisa A. Davis | Director | June 22, 2022 |
| /s/ Jim H. Snabe<br>Jim H. Snabe | Director | June 22, 2022 |
| /s/ Stephen M. Ward, Jr.<br>Stephen M. Ward, Jr. | Director | June 22, 2022 |

134