# EXHIBIT I

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material Pursuant to § 240.14a-12

## C3.ai, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)    Title of each class of securities to which transaction applies:

    (2)    Aggregate number of securities to which transaction applies:

    (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)    Proposed maximum aggregate value of transaction:

    (5)    Total fee paid:

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)    Amount Previously Paid:

    (2)    Form, Schedule or Registration Statement No.:

    (3)    Filing Party:

    (4)    Date Filed:



**Proxy Statement for 2021 Annual Meeting of Stockholders**
**To Be Held on October 6, 2021**

**Table of Contents**

| | Page No. |
|---|---|
| Questions and Answers | 1 |
| Information Regarding Our Board of Directors and Corporate Governance | 7 |
| Non-Employee Director Compensation | 16 |
| Proposal One - Election of Directors | 18 |
| Proposal Two - Ratification of Independent Registered Public Accounting Firm | 19 |
| Report of the Audit Committee of the Board of Directors | 20 |
| Executive Officers | 21 |
| Executive Compensation | 22 |
| Equity Compensation Plan Information | 26 |
| Security Ownership of Certain Beneficial Owners and Management | 27 |
| Transactions with Related Persons | 30 |
| Other Matters | 32 |

C3.ai

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth information regarding the ownership of our common stock as of August 1, 2021 by:

- each named executive officer;

- each of our directors;

- our directors and executive officers as a group; and

- each person known by us to own beneficially more than 5% of our Class A or Class B common stock.

We have determined beneficial ownership in accordance with SEC rules and regulations, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole investment power with respect to all shares that they beneficially own, subject to community property laws.

We have based percentage ownership on 100,367,938 shares of Class A common stock and 3,499,992 shares of Class B common stock outstanding as of August 1, 2021. In computing the number of shares beneficially owned by a person and the percentage ownership of such person, we deemed to be outstanding all shares subject to options held by the person that are currently exercisable or would be exercisable within 60 days of August 1, 2021. However, except as described above, we did not deem such shares outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o C3.ai, Inc., 1300 Seaport Blvd, Suite 500, Redwood City, California 94063.

| Name | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power(1) |
| --- | --- | --- | --- | --- | --- |
| | Shares | % | Shares | % | |
| *5% Stockholders* | | | | | |
| Thomas M. Siebel(2)(3) | 30,999,359 | 25.4% | 3,339,706 | 95.4% | 66.3% |
| Baker Hughes Holdings LLC(4) | 8,650,476 | 8.6% | — | * | 3.1% |
| Entities affiliated with TPG(5) | 6,015,992 | 6.0% | — | * | 2.2% |
| *Directors and Named Executive Officers* | | | | | |
| Thomas M. Siebel(2) | 30,990,143 | 25.4% | 2,839,706 | 81.1% | 57.8% |
| Shares subject to voting proxy(3) | 9,216 | * | 500,000 | 14.3% | 9.1% |
| Total | 30,999,359 | 25.4% | 3,339,706 | 95.4% | 66.3% |
| Edward Y. Abbo(6) | 1,561,824 | 1.5% | — | * | * |
| David Barter(7) | 1,166,667 | 1.1% | — | * | * |
| Patricia A. House(8) | 996,489 | 1.0% | 500,000 | 14.3% | 9.4% |
| Richard C. Levin(9) | 494,453 | * | — | * | * |
| Michael G. McCaffery(10) | 1,189,295 | 1.2% | — | * | * |
| Nehal Raj(11) | — | * | — | * | * |
| Condoleezza Rice(12) | 526,265 | * | — | * | * |
| S. Shankar Sastry(13) | 594,971 | * | — | * | * |
| Bruce Sewell(14) | 598,850 | * | — | * | * |
| Lorenzo Simonelli(4) | 8,650,476 | 8.6% | — | * | 3.1% |
| Jim H. Snabe(15) | 621,334 | * | — | * | * |
| Stephen M. Ward, Jr.(16) | 1,007,907 | 1.0% | — | * | * |
| *All directors and executive officers (16 persons)* | 51,351,634 | 39.3% | 3,339,706 | 95.4% | 71.1% |

\*   Less than 1 percent.

C3.ai

(1) Represents the voting power with respect to all shares of our Class A common stock and Class B common stock, voting together as a single class. Each share of Class A common stock will be entitled to one vote per share, and each share of Class B common stock will be entitled to 50 votes per share. The Class A common stock and Class B common stock will vote together on all matters (including the election of directors) submitted to a vote of stockholders, except under limited circumstances.

(2) Consists of (a) 9,216 shares of Class A common stock held by First Virtual Holdings, LLC, (b) 1,756,390 shares of Class A common stock held by Thomas M. Siebel, (c) 170,294 shares of Class A common stock held by Siebel Asset Management, L.P., (d) 72,695 shares of Class A common stock held by Siebel Asset Management III, L.P., (e) 1,237,115 shares of Class A common stock held by The Siebel 2011 Irrevocable Children's Trust, (f) 5,891,272 shares of Class A common stock held by The Siebel Living Trust u/a/d 7/27/1993, (g) 19,013,455 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, of which 7,614,434 were vested as of August 1, 2021, (h) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC, (i) 2,035,182 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993 and (j) the following shares over which Mr. Siebel has sole dispositive power: (i) 82,109 shares of Class B common stock held by The Siebel 2014 Annuity Trust I u/a/d 10/22/2014, (ii) 82,109 shares of Class B common stock held by The Siebel 2014 Annuity Trust II u/a/d 10/22/2014, (iii) 23,758 shares of Class B common stock held by The Siebel 2017 Annuity Trust I u/a/d 11/28/2017, (iv) 23,758 shares of Class B common stock held by The Siebel 2017 Annuity Trust II u/a/d 11/28/2017, (v) 18,353 shares of Class B common stock held by The Siebel 2018 Annuity Trust I u/a/d 12/13/2018, (vi) 18,353 shares of Class B common stock held by The Siebel 2018 Annuity Trust II u/a/d 12/13/2018, (vii) 17,792 shares of Class B common stock held by The Siebel 2020 Annuity Trust I u/a/d 3/4/2020, (viii) 17,792 shares of Class B common stock held by The Siebel 2020 Annuity Trust II u/a/d 3/4/2020, (ix) 10,250 shares of Class B common stock held by The Siebel 2020 Annuity Trust III u/a/d 12/3/2020, and (x) 10,250 shares of Class B common stock held by The Siebel 2020 Annuity Trust IV u/a/d 12/3/2020.

(3) Consists of 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy pursuant to a voting agreement between Mr. Siebel and Patricia A. House. We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Exchange Act as Mr. Siebel exercises voting control over these shares.

(4) Based solely on the Schedule 13F filed on July 16, 2021. All shares of Class A common stock are held by Baker Hughes Holdings LLC, or Baker Hughes. The address for Baker Hughes and Mr. Simonelli is 17021 Aldine Westfield Road, Houston, Texas 77073.

(5) Consists of (a) 3,593,350 shares of Class A common stock held by TPG Growth III Cadia Successor, L.P., a Delaware limited partnership, (b) 1,634,232 shares of Class A common stock held by The Rise Fund Cadia, L.P., a Delaware limited partnership, and (d) 788,410 shares of Class A common stock held by TPG Tech Adjacencies Cadia, L.P., a Delaware limited partnership (together with TPG Growth III Cadia Successor, L.P. and The Rise Fund Cadia, L.P., the "TPG Funds"). The general partner of TPG Growth III Cadia Succsessor, L.P. is TPG Growth GenPar III, L.P., a Delaware limited partnership, whose general partner is TPG Growth GenPar III Advisors, LLC, a Delaware limited liability company, whose sole member is TPG Holdings I, L.P., a Delaware limited partnership ("TPG Holdings I"), whose general partner is TPG Holdings I-A, LLC, a Delaware limited liability company, whose sole member is TPG Group Holdings (SBS), L.P., a Delaware limited partnership, whose general partner TPG Group Holdings (SBS) Advisors, LLC, a Delaware limited liability company, whose sole member is TPG Group Holdings (SBS) Advisors, Inc., a Delaware corporation. The general partner of The Rise Fund Cadia, L.P. is The Rise Fund GenPar, L.P., a Delaware limited partnership, whose general partner is The Rise Fund GenPar Advisors, LLC, a Delaware limited liability company, whose sole member is TPG Holdings I. The general partner of TPG Tech Adjacencies Cadia, L.P. is TPG Tech Adjacencies SPV GP, LLC, a Cayman limited liability company, whose general partner is TPG Tech Adjacencies GenPar Advisors, LLC, a Delaware limited liability company, whose sole member is TPG Holdings I. David Bonderman and James G. Coulter are sole stockholders of TPG Group Holdings (SBS) Advisors, Inc. and may therefore be deemed to beneficially own the securities held by the TPG Funds. Messrs. Bonderman and Coulter disclaim beneficial ownership of the securities held by the TPG Funds except to the extent of their pecuniary interest therein. The address of TPG Group Holdings (SBS) Advisors, Inc. and Messrs. Bonderman and Coulter is c/o TPG Global, LLC, 301 Commerce Street, Suite 3300, Fort Worth, Texas 76102.

(6) Consists of (a) 531,338 shares of Class A common stock held by Mr. Abbo, (b) 43,733 shares of Class A common stock held by the Abbo 2012 Children's Trust, and (c) 986,753 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 722,871 of which were vested as of such date.

(7) Consists of 1,166,667 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, none of which were vested as of such date.

(8) Consists of (a) 25,733 shares of Class A common stock held by Ms. House, 15,602 of which were subject to a right of repurchase by us as of August 1, 2021, (b) 317,755 shares of Class A common stock held by the Patricia A. House 2020 2 Year GRAT created UTA dated September 22, 2020, (c) 500,000 shares of Class B common stock held by Ms. House, and (d) 153,001 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 24,369 of which were vested as of such date.

Security Ownership of Certain Beneficial Owners and Management    Case 4:22-cv-01413-HSG    Document 106-9    Filed 05/01/23    Page 6 of 6

C3.ai

(9)  Consists of (a) 257,664 shares of Class A common stock held by Dr. Levin, 60,244 of which were subject to a right of repurchase by us as of August 1, 2021, and (b) 236,789 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 62,714 of which were vested as of such date.

(10) Consists of (a) 321,699 shares of Class A common stock held by Mr. McCaffery, 212,089 of which were subject to a right of repurchase by us as of August 1, 2021, (b) 665,929 shares of Class A common stock held by the McCaffery Family Trust as amended 12/18/00, and (c) 201,667 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 30,253 of which were vested as of such date.

(11) Nehal Raj is a partner at TPG. Mr. Raj has no voting or investment power over, and disclaims beneficial ownership of, the shares held by the TPG Funds listed in footnote (3) above. The address of Mr. Raj is c/o TPG Global, LLC, 301 Commerce Street, Suite 3300, Fort Worth, Texas 76102.

(12) Consists of (a) 74,387 shares of Class A common stock held by Dr. Rice, (b) 587 shares of Class A common stock held by the Condoleezza Rice Trust U/A/D 11/24/99, and (c) 451,291 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 204,000 of which were vested as of such date.

(13) Consists of (a) 24,640 shares of Class A common stock held by Mr. Sastry and (b) 570,331 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 309,965 of which were vested as of such date.

(14) Consists of 598,850 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 178,452 of which were vested as of such date.

(15) Consists of (a) 10,000 shares of Class A common stock held by Mr. Snabe, (b) 28,000 shares of Class A common stock held by BJHS Invest ApS, of which Mr. Snabe is the sole member, and (c) 583,334 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 104,873 of which were vested as of such date.

(16) Consists of (a) 480,089 shares of Class A common stock held by Mr. Ward, 6,250 of which were subject to a right of repurchase by us as of August 1, 2021, and (b) 527,818 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 193,349 of which were vested as of such date.

(17) Consists of (a) 21,021,172 shares of Class A common stock, 294,185 of which were subject to a right to repurchase by us as of August 1, 2021, (b) 3,339,706 shares of Class B common stock, and (c) 26,990,756 shares of Class A common stock subject to options exercisable within 60 days of August 1, 2021, 10,380,464 of which were vested as of such date.