# EXHIBIT J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material Pursuant to § 240.14a-12

## C3.ai, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required

☐   Fee paid previously with preliminary materials

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11



**Proxy Statement for 2022 Annual Meeting of Stockholders
To Be Held on October 5, 2022**

**Table of Contents**

| | Page No. |
|---|---|
| QUESTIONS AND ANSWERS | 1 |
| INFORMATION REGARDING OUR BOARD OF DIRECTORS AND CORPORATE GOVERNANCE | 7 |
| NON-EMPLOYEE DIRECTOR COMPENSATION | 16 |
| PROPOSAL ONE | 19 |
| PROPOSAL TWO | 20 |
| PROPOSAL THREE | 21 |
| PROPOSAL FOUR | 22 |
| REPORT OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS | 23 |
| EXECUTIVE OFFICERS | 24 |
| EXECUTIVE COMPENSATION | 25 |
| EQUITY COMPENSATION PLAN INFORMATION | 44 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 45 |
| TRANSACTIONS WITH RELATED PERSONS | 48 |
| OTHER MATTERS | 51 |

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information regarding the ownership of our common stock as of August 9, 2022 by:

- each named executive officer;

- each of our directors;

- our directors and executive officers as a group; and

- each person known by us to own beneficially more than 5% of our Class A or Class B common stock.

We have determined beneficial ownership in accordance with SEC rules and regulations, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole investment power with respect to all shares that they beneficially own, subject to community property laws.

We have based percentage ownership on 104,881,430 shares of Class A common stock and 3,499,992 shares of Class B common stock outstanding as of August 9, 2022. In computing the number of shares beneficially owned by a person and the percentage ownership of such person, we deemed to be outstanding all shares subject to options held by the person that are currently exercisable or would be exercisable within 60 days of August 9, 2022 and any shares convertible by such person. However, except as described above, we did not deem such shares outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o C3.ai, Inc., 1300 Seaport Blvd, Suite 500, Redwood City, California 94063.

45

| Name | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power(1) |
|---|---|---|---|---|---|
| | Shares | % | Shares | % | |
| *5% Stockholders* | | | | | |
| Thomas M. Siebel(2)(3) | 28,706,623 | 22.6 | 3,072,820 | 87.8 | 57.3 |
| Baker Hughes Holdings LLC(4) | 8,650,476 | 8.2 | — | — | 3.1 |
| Entities affiliated with Vanguard Group(5) | 6,134,997 | 5.8 | — | — | 2.2 |
| | | | | | |
| *Directors and Named Executive Officers* | | | | | |
| Thomas M. Siebel(2) | 28,697,407 | 22.6 | 2,572,820 | 73.5 | 48.4 |
| Shares subject to voting proxy(3) | 9,216 | * | 500,000 | 14.3 | 8.9 |
| Total | 28,706,623 | 22.6 | 3,072,820 | 87.8 | 57.3 |
| Edward Y. Abbo(6) | 1,826,295 | 1.7 | — | — | * |
| David Barter | — | — | — | — | — |
| Houman Behzadi(7) | 1,324,444 | 1.2 | — | — | * |
| Lisa A. Davis(8) | 59,984 | * | — | — | * |
| Patricia A. House(9) | 1,081,599 | 1.0 | 500,000 | 14.3 | 9.0 |
| Richard C. Levin(10) | 511,619 | * | — | — | * |
| Richard J. Lutton Jr. | — | — | — | — | — |
| Adeel Manzoor | — | — | — | — | — |
| Michael G. McCaffery(11) | 1,209,649 | 1.2 | — | — | * |
| Juho Parkkinen(12) | 51,440 | * | — | — | * |
| Condoleezza Rice(13) | 543,431 | * | — | — | * |
| S. Shankar Sastry(14) | 612,137 | * | — | — | * |
| Bruce Sewell(15) | 616,997 | * | — | — | * |
| Jim H. Snabe(16) | 638,500 | * | — | — | * |
| Stephen M. Ward, Jr.(17) | 1,026,054 | 1.0 | — | — | * |
| *All directors and executive officers (16 persons)* | 38,199,556 | 28.6% | 3,072,820 | 87.8% | 58.4% |

\* Less than 1%.

(1) Represents the voting power with respect to all shares of our Class A common stock and Class B common stock, voting together as a single class. Each share of Class A common stock will be entitled to one vote per share, and each share of Class B common stock will be entitled to 50 votes per share. The Class A common stock and Class B common stock will vote together on all matters (including the election of directors) submitted to a vote of stockholders, except under limited circumstances.

(2) Consists of (a) 9,216 shares of Class A common stock held by First Virtual Holdings, LLC, (b) 1,703,265 shares of Class A common stock held by Thomas M. Siebel, (c) 170,294 shares of Class A common stock held by Siebel Asset Management, L.P., (d) 72,695 shares of Class A common stock held by Siebel Asset Management III, L.P., (e) 1,237,115 shares of Class A common stock held by The Siebel 2011 Irrevocable Children's Trust, (f) 3,523,609 shares of Class A common stock held by The Siebel Living Trust u/a/d 7/27/1993, (g) 19,408,393 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, of which 12,361,216 were vested and unexercised as of August 9, 2022, (h) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC, (i) 2,059,592 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993, (k) 6,614 shares of Class B common stock held by The Siebel 2020 Annuity Trust III u/a/d 3/4/2020, and (l) 6,614 shares of Class B common stock held by The Siebel 2020 Annuity Trust IV u/a/d 3/4/2020.

(3) Consists of 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy pursuant to a voting agreement between Mr. Siebel and Patricia A. House. We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Exchange Act as Mr. Siebel exercises voting control over these shares.

(4) Based solely on the Schedule 13G/A filed on August 11, 2022. All shares of Class A common stock are held by Baker Hughes Holdings LLC, or Baker Hughes. The address for Baker Hughes is 17021 Aldine Westfield Road, Houston, Texas 77073.

46

(5)  Based upon the information provided by The Vanguard Group - 23-1945930, or Vanguard, in a Schedule 13G filed on February 9, 2022, and reporting ownership as of December 31, 2021. The principal business address of Vanguard is 100 Vanguard Blvd., Malvern, PA 19355. Vanguard has sole voting power over zero shares of Class A common stock, shared voting power over 29,425 shares of Class A common stock, sole dispositive power over 6,057,165 shares of Class A common stock and shared dispositive power over 77,832 shares of common stock.

(6)  Consists of (a) 112,473 shares of Class A common stock held by Mr. Abbo, (b) 149,577 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Casey Cecile Abbo, (c) 149,578 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Dana Lauren Abbo, (d) 149,578 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Layla Grace Abbo, (c) 1,082,016 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 932,028 of which were vested and unexercised as of August 9, 2022, and (d) 183,073 shares of Class A common stock issuable upon vesting of RSUs within 60 days of August 9, 2022.

(7)  Consists of (a) 231,433 shares of Class A common stock held by Mr. Behzadi, (b) 909,928 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 778,688 of which were vested and unexercised as of August 9, 2022, and (c) 183,073 shares of Class A common stock issuable upon vesting of RSUs within 60 days of August 9, 2022.

(8)  Consists of 59,984 shares of Class A common stock subject to options held by Ms. Davis which are exercisable within 60 days of August 9, 2022, 5,998 of which were vested as of such date.

(9)  Consists of (a) 96,211 shares of Class A common stock held by Ms. House, (b) 217,755 shares of Class A common stock held by the Patricia A. House 2020 2 Year GRAT created UTA dated September 22, 2020, (c) 500,000 shares of Class B common stock held by Ms. House, and (d) 267,633 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 65,993 of which were vested and unexercised as of August 9, 2022.

(10)  Consists of (a) 257,664 shares of Class A common stock held by Dr. Levin, 23,996 of which were subject to a right of repurchase by us as of August 9, 2022, and (b) 253,955 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 117,690 of which were vested and unexercised as of August 9, 2022.

(11)  Consists of (a) 321,699 shares of Class A common stock held by Mr. McCaffery, 123,594 of which were subject to a right of repurchase by us as of August 9, 2022, (b) 665,929 shares of Class A common stock held by the McCaffery Family Trust as amended 12/18/00, and (c) 222,021 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, none of which were vested and unexercised as of August 9, 2022.

(12)  Consists of (a) 12,108 shares of Class A common stock held by Mr. Parkkinen, (b) 30,665 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 30,665 of which were vested and unexercised as of August 9, 2022, and (c) 8,667 shares of Class A common stock issuable upon vesting of RSUs within 60 days of August 9, 2022.

(13)  Consists of (a) 74,387 shares of Class A common stock held by Dr. Rice, (b) 587 shares of Class A common stock held by the Condoleezza Rice Trust U/A/D 11/24/99 and (c) 468,457 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 304,680 of which were vested and unexercised as of August 9, 2022.

(14)  Consists of (a) 24,640 shares of Class A common stock held by Mr. Sastry and (b) 587,497 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 419,554 of which were vested and unexercised as of August 9, 2022.

(15)  Consists of 616,997 shares of Class A common stock subject to options exercisable held by Mr. Sewell which are within 60 days of August 9, 2022, 328,668 of which were vested and unexercised as of August 9, 2022.

(16)  Consists of (a) 10,000 shares of Class A common stock held by Mr. Snabe, (b) 28,000 shares of Class A common stock held by BJHS Invest ApS, of which Mr. Snabe is the sole member, and (c) 600,500 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 252,584 of which were vested and unexercised as of August 9, 2022.

(17)  Consists of (a) 480,089 shares of Class A common stock held by Mr. Ward and (b) 545,965 shares of Class A common stock subject to options exercisable within 60 days of August 9, 2022, 320,962 of which were vested and unexercised as of August 9, 2022.

47