# EXHIBIT L

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Baker Hughes Holdings LLC | 2. Issuer Name **and** Ticker or Trading Symbol <br> C3.ai, Inc. [ AI ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) <br> 17021 ALDINE WESTFIELD ROAD | 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/09/2021 | X  Director        X  10% Owner <br> ☐  Officer (give title below)        ☐  Other (specify below) |
| (Street) <br> HOUSTON        TX        77073 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☐ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 04/09/2021 | | S | | 189,188 | D | $60.8595[1] | 9,750,476[2] | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person* <br> Baker Hughes Holdings LLC |
|---|
| (Last)        (First)        (Middle) <br> 17021 ALDINE WESTFIELD ROAD |
| (Street) <br> HOUSTON        TX        77073 |
| (City)        (State)        (Zip) |

| 1. Name and Address of Reporting Person* <br> Baker Hughes Co |
|---|
| (Last)        (First)        (Middle) <br> 17021 ALDINE WESTFIELD ROAD |
| (Street) <br> HOUSTON        TX        77073 |
| (City)        (State)        (Zip) |

| 1. Name and Address of Reporting Person* <br> Simonelli Lorenzo |
|---|
| (Last)        (First)        (Middle) <br> C/O BAKER HUGHES COMPANY <br> 17021 ALDINE WESTFIELD ROAD |
| (Street) <br> HOUSTON        TX        77073 |

**Explanation of Responses:**

1. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $60.11 to $62.17, inclusive. Details on the number of shares sold at each separate price will be provided to the staff of the Securities and Exchange Commission upon request.

2. The reported securities are owned directly by Baker Hughes Holdings LLC ("Holdings"). Holdings is a majority owned indirect subsidiary of Baker Hughes Company ("Baker Hughes") and may be deemed to have beneficial ownership of the Class A Common Stock held directly by Holdings. Baker Hughes disclaims beneficial ownership of the reported securities except to the extent of their pecuniary interest therein.

## Remarks:

| | |
|---|---|
| /s/ Lee Whitley, as Authorized Signatory for Baker Hughes Holdings LLC | 04/09/2021 |
| /s/ Lee Whitley, as Authorized Signatory for Baker Hughes Company | 04/09/2021 |
| /s/ Lee Whitley, as Attorney-in-Fact for Lorenzo Simonelli | 04/09/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**