GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
   JValenzuela@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone:   650.849.5300
Facsimile:   650.849.5333

GEORGE B. ADAMS III, SBN 321904
   GAdams@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendant*
*Baker Hughes Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> C3.AI, INC., et al. <br><br> Defendants. | CASE NO. 4:22-cv-01413-HSG <br><br> **BAKER HUGHES'S NOTICE OF ERRATA RE (DKT. 108)** |

**TO THE COURT, ALL PARTIES AND COUNSEL, PLEASE TAKE NOTICE**:

On May 1, 2023, Defendant Baker Hughes Company ("Baker Hughes") attempted to file Motion to Dismiss Amended Complaint and Joinder in C3 Defendants' [105] Motion to Dismiss. (Dkt. 108). Defendants discovered that the wrong event code was inadvertently selected and promptly filed the Motion to Dismiss Amended Complaint and Joinder in C3 Defendants' [105] Motion to Dismiss (Dkt. 109).

Defendants request that Dkt. 108 be disregarded and/or removed from the docket.

Dated: May 1, 2023

          GIBSON, DUNN & CRUTCHER LLP

          By: */s/ George B. Adams*
                George B. Adams

          *Attorneys for Defendant Baker Hughes Company*