UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> C3.AI, INC., et al., <br><br> Defendant(s). | Case No. 4:22-cv-01413-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jonathan K. Youngwood, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see Underwriter Defendants listed in Attachment A in the above-entitled action. My local co-counsel in this case is Simona G. Strauss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203062.

| | |
|---|---|
| Simpson Thacher & Bartlett LLP <br> 425 Lexington Avenue <br> New York, NY 10017 | Simpson Thacher & Bartlett LLP <br> 2475 Hanover Street <br> Palo Alto, CA 94304 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 455-2000 | (650) 251-5000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jyoungwood@stblaw.com | sstrauss@stblaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2686525.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4   Dated: 4/18/2023                                                  Jonathan K. Youngwood
                                                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jonathan K. Youngwood  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:       5/9/2023

_____
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A – LIST OF UNDERWRITER DEFENDANTS

Morgan Stanley & Co. LLC

J.P. Morgan Securities LLC

BofA Securities, Inc.

Deutsche Bank Securities, Inc.

Canaccord Genuity LLC

JMP Securities LLC

KeyBanc Capital Markets Inc.

Needham & Company, LLC

Piper Sandler & Co.

Wedbush Securities Inc.



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jonathan K. Youngwood

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 1, 1995**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 22, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00076315