Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for
Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER REGARDING OMNIBUS BRIEFING AND PAGE LIMITS** |

|   |   |
|---|---|
| 1 | WHEREAS, on February 15, 2023, Lead Plaintiff Mark Samarghandi filed an Amended Class Action Complaint (ECF No. 71) alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against corporate defendants C3, Inc. and Baker Hughes Company, and individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli; and violations of the Securities Act of 1933 against underwriter defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc.

WHEREAS, on January 10, 2023, the Court entered a stipulation and order setting deadlines for Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 68);

WHEREAS, on April 11, 2023, the Court entered a stipulation and order extending time for Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 100);

WHEREAS, on May 1, 2023, Defendants collectively filed 55 pages of briefing across three motions to dismiss the Amended Class Action Complaint. *See* The C3 Defs.' Mot. to Dismiss (ECF No. 105); Baker Hughes' Mot. to Dismiss & Joinder (ECF No. 109); Underwriter Defs.' Mot. to Dismiss & Joinder (ECF No. 113);

WHEREAS, on May 1, 2023, the C3 Defendants also filed a request for judicial notice totaling 5 pages in length (ECF No. 105-2);

WHEREAS, Plaintiffs intend to file an omnibus opposition that collectively responds to Defendants' three motions to dismiss based on Plaintiffs' belief that such opposition would be in the interests of efficiency, preserving Court and party resources, and educating absent class members;

WHEREAS, Plaintiffs require additional pages in excess of those set by the Local Rules for a single opposition to address Defendants' separately filed motion-to-dismiss arguments; and

WHEREAS, Defendants consent that Plaintiffs may file a single, omnibus opposition to Defendants' motions to dismiss and request for judicial notice, the briefs or memoranda for which shall not collectively exceed 55 pages of text;

1–28

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, subject to Court approval, that:

1. Plaintiffs shall be permitted to file a single, omnibus opposition to Defendants' motions to dismiss and request for judicial notice, the briefs or memoranda for which shall not collectively exceed 55 pages of text.

IT IS SO STIPULATED.

DATED: May 31, 2023            Respectfully submitted,

*/s/ Reed R. Kathrein*
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

```
                    Jonathan Stern (pro hac vice application forthcoming)
                    THE ROSEN LAW FIRM, P.A.
                    275 Madison Ave., 40th Floor
                    New York, NY 10016
                    Telephone: (212) 686-1060
                    Facsimile: (212) 202-3827
                    jstern@rosenlegal.com

                    *Counsel for Additional Plaintiffs Sharon L. Zavalanski,
                    David Linder, and Elizabeth Wensel*
```

DATED: May 31, 2023                  Respectfully submitted,

```
                    /s/ Harry A. Olivar, Jr.
                    Harry A. Olivar, Jr. (SBN 143089)
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    865 S. Figueroa Street, 10th Floor
                    Los Angeles, CA 90017
                    Telephone: (213) 443-3000
                    harryolivar@quinnemanuel.com

                    David Edward Myre, III (SBN 304600)
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    555 Twin Dolphin Dr., 5th Floor
                    Redwood Shores, CA 94065
                    Telephone: (650) 801-5000
                    davidmyre@quinnemanuel.com

                    Jacob J. Waldman (pro hac vice)
                    Leigha Empson (pro hac vice)
                    Jesse A. Bernstein (pro hac vice)
                    Michael B. Carlinsky (pro hac vice)
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    51 Madison Avenue, 22nd Floor
                    New York, NY 10010
                    Telephone: (212) 849-7173
                    jacobwaldman@quinnemanuel.com
                    leighaempson@quinnemanuel.com
                    jessebernstein@quinnemanuel.com
                    michaelcarlinsky@quinnemanuel.com

                    *Counsel for Defendants C3, Inc., Thomas M. Siebel,
                    Edward Y. Abbo, David Barter, and Lorenzo Simonelli*
```

DATED: May 31, 2023                  Respectfully submitted,

```
                    /s/ Jessica Valenzuela
                    Jessica Valenzuela (SBN 220934)
                    GIBSON, DUNN & CRUTCHER LLP
                    1881 Page Mill Road
                    Palo Alto, CA 94304
                    Telephone: (650) 849-5300
                    Facsimile: (650) 849-5333
                    JValenzuela@gibsondunn.com
```

| | |
|---|---|
| 1 | George B. Adams (SBN 321904)\ |
| 2 | **GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 393-8200 |
| 4 | Facsimile: (415) 393-8306<br>GAdams@gibsondunn.com |
| 5 | *Counsel for Defendant Baker Hughes Company* |

DATED: May 31, 2023       Respectfully submitted,

/s/ Simona G. Strauss
Simona G. Strauss (SBN 203062)
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

Jonathan K. Youngwood (pro hac vice)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Ave
New York, NY 10017-3954
Telephone: (212) 455-3539
jyoungwood@stblaw.com

*Counsel for Underwriter Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Deutsche Bank Securities, Inc.; Canaccord Genuity LLC; JMP Securities LLC; KeyBanc Capital Markets Inc.; Needham & Company, LLC; Piper Sandler & Co.; and Wedbush Securities Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: May 31, 2023           By:   /s/ Reed R. Kathrein
                                    REED R. KATHREIN (139304)

**ORDER GRANTING STIPULATION**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: 6/8/2023

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge