Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>C3.AI, INC., et al.,<br><br>                       Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1    WHEREAS, on February 15, 2023, Lead Plaintiff Mark Samarghandi filed an Amended Class
2  Action Complaint (ECF No. 71) alleging violations of the Securities Act of 1933 and the Securities
3  Exchange Act of 1934 against corporate defendants C3, Inc. and Baker Hughes Company, and
4  individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli; and
5  violations of the Securities Act of 1933 against underwriter defendants Morgan Stanley & Co. LLC,
6  J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities Inc., Canaccord Genuity
7  LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler
8  & Co., and Wedbush Securities Inc. (the "Underwriter Defendants");

9    WHEREAS, on January 10, 2023, the Court entered a stipulation and order setting deadlines
10  for Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No.
11  68);

12    WHEREAS, on May 1, 2023, the Underwriter Defendants filed a motion to dismiss the
13  Amended Class Action Complaint. *See* Underwriter Defs.' Mot. to Dismiss & Joinder (ECF No. 113);

14    WHEREAS, having reviewed the Underwriter Defendants' Motion to Dismiss and Joinder,
15  Plaintiffs have determined that it is appropriate to voluntarily dismiss the claims as to the Underwriter
16  Defendants;

17    IT IS ACCORDINGLY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A), by and
18  between the undersigned counsel for the Parties, subject to Court approval, that:

19    1.    Plaintiffs voluntarily dismiss all claims against the Underwriter Defendants with
20        prejudice.

21    2.    As between the Underwriter Defendants and Plaintiffs, each side shall bear their own
22        costs and fees.

23    IT IS SO STIPULATED.

24

25

26

27

28

1   DATED: June 30, 2023                      Respectfully submitted,

2                                             */s/ Reed R. Kathrein*
                                              Reed R. Kathrein (SBN 139304)
3                                             Lucas E. Gilmore (SBN 250893)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
4                                             715 Hearst Avenue, Suite 300
                                              Berkeley, CA 94710
5                                             Telephone: (510) 725-3000
                                              Facsimile: (510) 725-3001
6                                             reed@hbsslaw.com
                                              lucasg@hbsslaw.com
7
                                              Steve W. Berman (pro hac vice)
8                                             Catherine Y.N. Gannon (pro hac vice)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
9                                             1301 Second Avenue, Suite 2000
                                              Seattle, WA 98101
10                                            Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594
11                                            steve@hbsslaw.com
                                              catherineg@hbsslaw.com
12
                                              *Lead Counsel and Counsel for*
13                                            *Lead Plaintiff Mark Samarghandi*

14                                            Laurence M. Rosen, Esq. (SBN 219683)
                                              355 S. Grand Avenue, Suite 2450
15                                            **THE ROSEN LAW FIRM, P.A.**
                                              Los Angeles, CA 90071
16                                            Telephone: (213) 785-2610
                                              Facsimile: (213) 226-4684
17                                            lrosen@rosenlegal.com

18                                            Jonathan Stern (pro hac vice application forthcoming)
                                              **THE ROSEN LAW FIRM, P.A.**
19                                            275 Madison Ave., 40th Floor
                                              New York, NY 10016
20                                            Telephone: (212) 686-1060
                                              Facsimile: (212) 202-3827
21                                            jstern@rosenlegal.com

22                                            *Counsel for Additional Plaintiffs Sharon L. Zavalanski,*
                                              *David Linder, and Elizabeth Wensel*
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: June 30, 2023

Respectfully submitted,

*/s/ Simona G. Strauss*
Simona G. Strauss (SBN 203062)
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

Jonathan K. Youngwood (pro hac vice)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Ave
New York, NY 10017-3954
Telephone: (212) 455-3539
jyoungwood@stblaw.com

*Counsel for Underwriter Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Deutsche Bank Securities Inc.; Canaccord Genuity LLC; JMP Securities LLC; KeyBanc Capital Markets Inc.; Needham & Company, LLC; Piper Sandler & Co.; and Wedbush Securities Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: June 30, 2023                    By:   */s/ Reed R. Kathrein*_____
                                                                    REED R. KATHREIN (139304)