## APPENDIX A: PLAINTIFFS' RESPONSES TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

| Ex. | DOCUMENT DESCRIPTION | DEFENDANTS' BASIS FOR CONSIDERATION | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| **JUDICIAL NOTICE DOCTRINE AND INCORPORATION BY REFERENCE** | | | |
| **C3 IPO DOCUMENTS AND 10K FROM CLASS PERIOD** | | | |
| B | C3 December 8, 2020 Prospectus | Incorporated by Reference (*e.g.*, Compl. ¶¶ 71, 74-78); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of contents for their truth as they assume facts that are disputed regarding C3's ability to influence, control, enforce, or bind its channel partners. |
| C | C3 December 7, 2020 Registration Statement | Incorporated by Reference (*e.g.*, Compl. ¶¶ 1, 2, 74, 75, 77); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to its use on pages 12-13 to "contradict the hearsay of FE-1"<br>- Object to notice of contents for their truth as they assume facts that are disputed regarding C3's risk disclosures and revenue numbers. |
| D | C3 June 25, 2021 Form 10-K | Incorporated by Reference (Compl. ¶¶ 140-41, 204); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of contents for their truth as they assume facts that are disputed regarding increased revenues and RPO. |
| **ANALYST REPORTS** | | | |
| P | December 2, 2021 Bank of America Analyst Report | Incorporated by Reference (Compl. ¶ 196); Judicial Notice of Analyst Report | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents for their truth as they assume facts that are disputed regarding loss causation. |

| Ex. | DOCUMENT DESCRIPTION | DEFENDANTS' BASIS FOR CONSIDERATION | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| Q | December 2, 2021 Deutsche Bank Analyst Report | Incorporated by Reference (Compl. ¶ 197); Judicial Notice of Analyst Report | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents for their truth as they assume facts that are disputed regarding loss causation. |
| R | December 2, 2021 J.P. Morgan Analyst Report | Incorporated by Reference (Compl. ¶ 198); Judicial Notice of Analyst Report | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents for their truth as they assume facts that are disputed regarding loss causation. |
| **INSIDER TRADING DOCS (FORM 4s)** | | | |
| K | Baker Hughes April 8, 2021 Form 4 | Incorporated by Reference (*e.g.*, Compl. ¶ 157); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents as they are being used to assume facts that are disputed (the lack of Simonelli's intent). |
| L | Baker Hughes April 9, 2021 Form 4 | Incorporated by Reference (*e.g.*, Compl. ¶ 157); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents as they are being used to assume facts that are disputed (the lack of Simonelli's intent). |
| M | Baker Hughes April 23, 2021 Form 4 | Incorporated by Reference (*e.g.*, Compl. ¶ 157); and Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice/incorporation of contents as they are being used to assume facts that are disputed (the lack of Simonelli's intent). |

| Ex. | DOCUMENT DESCRIPTION | DEFENDANTS' BASIS FOR CONSIDERATION | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| **JUDICIAL NOTICE DOCTRINE ONLY** | | | |
| C3 QUARTERLY REPORTS AND POST-CLASS PERIOD 10K | | | |
| F | C3 March 1, 2021 Form 8-K | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of its contents to assume facts that are disputed (that C3's revenue increased every single quarter of the Class Period and beat revenue guidance). |
| G | C3 June 2, 2021 Form 8-K | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of its contents to assume facts that are disputed (that C3's revenue increased every single quarter of the Class Period and beat revenue guidance). |
| H | C3 September 1, 2021 Form 8-K | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of its contents to assume facts that are disputed (that C3's revenue increased every single quarter of the Class Period and beat revenue guidance). |
| A | C3 December 1, 2021 Form 8-K | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of its contents to assume facts that are disputed (that C3's partnerships significantly increased C3's revenue and beat revenue guidance). |

| Ex. | DOCUMENT DESCRIPTION | DEFENDANTS' BASIS FOR CONSIDERATION | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| E | C3 June 22, 2022 Form 10-K | Judicial Notice of SEC Filing | - Admit to authenticity only.<br>- Object to judicial notice as it was published **7 months** after the end of the Class Period, not referenced in Complaint, and therefore irrelevant.<br>- Object to notice of its contents to assume facts that are disputed (that C3's partnerships significantly increased C3's revenue). |
| **PROXY STATEMENTS AND FORM 144s** | | | |
| I | August 20, 2021 Proxy | Judicial Notice of SEC Filing | - Admit to authenticity only. |
| J | August 24, 2022 Proxy | Judicial Notice of SEC Filing | - Admit to authenticity only.<br>- Object to notice of contents as they are being used to assume facts that are disputed (the Individual Defendants' intent). |
| N | Baker Hughes April 8, 2021 Form 144 | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during class period.<br>- Object to notice of contents as they are being used to assume facts that are disputed (the Individual Defendants' intent). |
| O | Baker Hughes April 16, 2021 Form 144 | Judicial Notice of SEC Filing | - Admit to authenticity and that it was publicly available during Class Period.<br>- Object to notice of contents as they are being used to assume facts that are disputed (the Individual Defendants' intent). |