## APPENDIX B: CONTEMPORANEOUS TRADE EXAMPLES

**A.     Examples of Contemporaneous Trades by Plaintiffs and Siebel**

| Party | Date | Transaction | No. Shares | Price |
|---|---|---|---|---|
| **Siebel** | **03/15/21** | **Sale** | **1,138,024** | **$84.01** |
| Samarghandi | 03/18/21 | Purchase | 100 | $75.43 |
| Samarghandi | 03/18/21 | Purchase | 200 | $75.43 |
| **Siebel** | **07/13/21** | **Sale** | **667,291** | **$53.65** |
| Samarghandi | 07/14/21 | Purchase | 50 | $51.5000 |
| Samarghandi | 07/14/21 | Purchase | 38 | $51.7500 |
| Samarghandi | 07/14/21 | Purchase | 62 | $51.7500 |
| Samarghandi | 07/14/21 | Purchase | 50 | $51.7000 |
| Samarghandi | 07/14/21 | Purchase | 50 | $52.0000 |
| Samarghandi | 07/14/21 | Purchase | 50 | $52.5000 |
| Samarghandi | 07/14/21 | Purchase | 50 | $52.9500 |
| Samarghandi | 07/14/21 | Purchase | 50 | $53.3200 |
| **Siebel** | **08/16/21** | **Sale** | **653,945** | **$46.22** |
| Samarghandi | 08/16/21 | Purchase | 250 | $46.4000 |
| Samarghandi | 08/16/21 | Purchase | 500 | $48.0000 |
| Samarghandi | 08/17/21 | Purchase | 250 | $45.0000 |
| Samarghandi | 08/17/21 | Purchase | 250 | $45.0000 |
| **Siebel** | **09/13/21** | **Sale** | **640,866** | **$49.13** |
| Samarghandi | 09/20/21 | Purchase | 150 | $47.1800 |
| **Siebel** | **11/15/21** | **Sale** | **615,488** | **$48.36** |
| Samarghandi | 11/18/21 | Purchase | 400 | $40.4900 |
| Samarghandi | 11/18/21 | Purchase | 100 | $40.6300 |
| Samarghandi | 11/18/21 | Purchase | 500 | $40.6500 |

| Samarghandi | 11/18/21 | Purchase | 500 | $40.8600 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 150 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 213 | $41.4500 |
| Samarghandi | 11/18/21 | Purchase | 12 | $41.4400 |
| Samarghandi | 11/18/21 | Purchase | 100 | $42.0000 |
| Samarghandi | 11/18/21 | Purchase | 25 | $42.9300 |
| Samarghandi | 11/18/21 | Purchase | 100 | $42.9300 |
| Samarghandi | 11/18/21 | Purchase | 400 | $40.4900 |

**B.     Examples of Contemporaneous Trades by Plaintiffs and Abbo**

| Party | Date | Transaction | No. Shares | Price |
|---|---|---|---|---|
| **Abbo** | **03/08/21** | **Sale** | **258,717** | **$86.09** |
| **Abbo** | **03/11/21** | **Sale** | **83,236** | **$86.65** |
| Zavalanski | 03/15/21 | Purchase | 25 | $89.65 |
| **Abbo** | **06/17/21** | **Sale** | **86,768** | **$59.28** |
| Samarghandi | 06/18/21 | Purchase | 100 | $59.23 |
| **Abbo** | **07/15/21** | **Sale** | **86,768** | **$51.69** |
| Samarghandi | 07/16/21 | Purchase | 100 | $50.72 |
| Samarghandi | 07/19/21 | Purchase | 150 | $49.57 |
| Samarghandi | 07/19/21 | Purchase | 100 | $49.63 |
| **Abbo** | **08/19/21** | **Sale** | **34,707** | **$44.96** |
| Linder | 08/24/21 | Purchase | 1,000 | $49.93 |

| Party | Date | Transaction | No. Shares | Price |
|---|---|---|---|---|
| Linder | 08/24/21 | Purchase | 1,000 | $49.92 |
| **Abbo** | **09/16/21** | **Sale** | **34,707** | **$50.30** |
| Samarghandi | 09/20/21 | Purchase | 150 | $47.18 |
| Samarghandi | 09/21/21 | Purchase | 350 | $46.95 |
| **Abbo** | **10/21/21** | **Sale** | **34,707** | **$47.65** |
| Samarghandi | 10/27/21 | Purchase | 250 | $43.9600 |
| Samarghandi | 10/27/21 | Purchase | 250 | $44.2900 |
| Samarghandi | 10/28/21 | Purchase | 250 | $44.4700 |
| **Abbo** | **11/18/21** | **Sale** | **23,138** | **$43.44** |
| Samarghandi | 11/18/21 | Purchase | 250 | $40.4600 |
| Samarghandi | 11/18/21 | Purchase | 400 | $40.4900 |
| Samarghandi | 11/18/21 | Purchase | 100 | $40.6300 |
| Samarghandi | 11/18/21 | Purchase | 500 | $40.6500 |
| Samarghandi | 11/18/21 | Purchase | 500 | $40.8600 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 150 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |

## C.    Examples of Contemporaneous Trades by Plaintiffs and Barter

| Party | Date | Transaction | No. Shares | Price |
|---|---|---|---|---|
| **Barter** | **11/12/21** | **Sale** | **14,844** | **$46.29** |
| Samarghandi | 11/18/21 | Purchase | 250 | $40.4600 |
| Samarghandi | 11/18/21 | Purchase | 400 | $40.4900 |
| Samarghandi | 11/18/21 | Purchase | 100 | $40.6300 |
| Samarghandi | 11/18/21 | Purchase | 500 | $40.6500 |
| Samarghandi | 11/18/21 | Purchase | 500 | $40.8600 |

| | | | | |
|---|---|---|---|---|
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 150 | $41.1700 |
| Samarghandi | 11/18/21 | Purchase | 100 | $41.1700 |

**D.    Examples of Contemporaneous Trades by Plaintiffs and Baker Hughes**

| Party | Date | Transaction | No. Shares | Price |
|---|---|---|---|---|
| **Baker Hughes** | **04/7/21** | **Sale** | **873,431** | **$64.25** |
| **Bakers Hughes** | **04/9/21** | **Sale** | **189,188** | **$60.86** |
| Samarghandi | 04/12/21 | Purchase | 1,000 | $60.00 |
| **Baker Hughes** | **4/22/21** | **Sale** | **170,000** | **$67.99** |
| Linder | 4/30/21 | Purchase | 1,000 | $64.26 |