**APPENDIX C: INSIDER TRADING PERCENTAGES**

| Description | Siebel | Abbo | Simonelli / BH | Barter |
|---|---|---|---|---|
| Number of Class A Common Shares beneficially owned in December 2020 | 34,836,577 | 2,080,308 | 10,813,095 | N/A |
| % of all outstanding C3 shares owned in December 2020 | 31.26% | 2.23% | 11.71% | N/A |
| % of all outstanding C3 shares owned in August 2022 | 22.6% | 1.7% | 8.2% | N/A |
| Number of beneficially owned shares sold during Class Period | 9,143,913 | 642,748 | 1,232,619 | 185,177 |
| Number of beneficially owned shares held in December 2021 | 25,692,664 | 1,437,560 | 9,580,476 | N/A |
| % of beneficially owned shares held in December 2021 | 73.75-1% | 69.1% | 88.6% | N/A |
| **Percentage of beneficially owned shares sold during Class Period** | **26.24%** | **30.9%** | **11.4%** | **N/A** |