**APPENDIX D: COMPARISON OF FALSE STATEMENTS IN INITIAL AND AMENDED COMPLAINT**

| INITIAL COMPLAINT STATEMENTS | AMENDED COMPLAINT STATEMENTS |
|---|---|
| • "We have established strategic relationships with technology leaders including AWS, Baker Hughes…." ECF No. 1 ¶ 38.<br><br>• "Strategic partnerships are core to our growth strategy with market-leading companies offering highly leveraged distribution channels to various markets. To date, we have established such a partnership with Baker Hughes to address the needs of the global oil and gas market…." *Id.*<br><br>• "We will expand our leveraged distribution channel with additional strategic partners like Baker Hughes, FIS, Microsoft, and Raytheon." *Id.*<br><br>• "We expect to enter into additional strategic development and distribution agreements, like those we have in place with Baker Hughes…." *Id.*<br><br>• "*Strategic Vertical Industry Partners*. We have developed an alliance program to partner with recognized leaders in their respective industries, such as Baker Hughes…." *Id.* ¶ 39.<br><br>• "Some of our most notable partners include Baker Hughes…." *Id.*<br><br>• "Our strategy with strategic partners is to establish a significant use case and prove the value of our AI Suite with a flagship customer in each industry in which we participate. We have done this with our strategic vertical industry partner in oil and gas, Baker Hughes." *Id.*<br><br>• "In June 2019, we entered into a three-year arrangement with Baker Hughes as both a leading customer and as a | • "Our strategy with strategic partners is to establish a significant use case and prove the value of our AI Suite with a flagship customer in each industry in which we participate. We have done this with our strategic vertical industry partner in oil and gas, Baker Hughes." ECF No. 71 ¶ 74.<br><br>• "In addition, we are jointly marketing and selling a range of Enterprise AI solutions to address the entire value of upstream, mid-stream, and downstream activity under the BHC3 brand to oil and gas companies globally with the active engagement of Baker Hughes, which has a 12,000-person sales organization." *Id.* ¶ 75.<br><br>• "During the fiscal year ended April 30, 2020, we recognized as revenue the full value of the first year of the direct subscription agreement and the value of deals brought in by Baker Hughes through the reseller arrangement." *Id.* ¶ 77. |

partner in the oil and gas industry. This arrangement included a subscription to our AI Suite for their own operations (which we refer to below as direct subscription fees), the exclusive right for Baker Hughes to resell our offerings worldwide in the oil and gas industry, and the non-exclusive right to resell our offerings in other industries. Under the arrangement, Baker Hughes made minimum, non-cancelable, total revenue commitments to us of $50.0 million, $100.0 million, and $170.0 million, which are inclusive of their direct subscription fees of $39.5 million per year, for each of the fiscal years ending April 30, 2020, 2021, and 2022, respectively, with the remainder to be generated from the resale of our solutions by the Baker Hughes sales organization." *Id.*

- "During the fiscal year ended April 30, 2020, we recognized as revenue the full value of the first year of the direct subscription agreement and the value of deals brought in by Baker Hughes through the reseller arrangement. This arrangement was revised in June 2020 to extend the term by an additional two years, for a total of five years, with an expiration date in the fiscal year ending April 30, 2024 and to modify the annual amount of Baker Hughes' commitments to $53.3 million, $75.0 million, $125.0 million, and $150.0 million, which are inclusive of their revised direct subscription fees of $27.2 million per year over the fiscal years ending April 30, 2021, 2022, 2023, and 2024, respectively. Any shortfalls against the total annual revenue commitment made to us by Baker Hughes will be assessed and recorded by us at the end of the fourth quarter of each fiscal year. We are obligated to pay Baker Hughes a sales commission on subscriptions to our products and services offerings it resells in excess of these minimum revenue commitments." *Id.*

- "Our RPO related to Baker Hughes, which includes both direct subscriptions and reseller arrangements, is comprised of $19.9 million related to deferred revenue and

| | |
|---|---|
| $20.0 million from non-cancellable contracts as of April 30, 2019, $2.4 million related to deferred revenue and $84.8 million from non-cancellable contracts as of April 30, 2020, and $16.9 million related to deferred revenue and $91.9 million of commitments from noncancellable contracts as of October 31, 2020." *Id.* <br><br> • "As of July 31, 2019, October 31, 2019, January 31, 2020, April 30, 2020, July 31, 2020, and October 31, 2020 the total remaining amount of Baker Hughes' minimum revenue commitments not yet contracted under the direct subscription fee or reseller arrangement, and thus subject to the shortfall annual provisions, under the entire arrangement was $194.0 million, $195.0 million, $190.3 million, $183.8 million, $270.9 million, and $249.9 million, respectively." *Id.* <br><br> • "We have established strategic relationships with technology leaders including Amazon Web Services, or AWS, Baker Hughes…." *Id.* ¶ 41. | |