**APPENDIX E: DEFENDANT SIEBEL'S PUBLIC STATEMENTS**
**REGARDING THE SIZE OF THE JOINT VENTURE SALESFORCE**

| Date | Statement |
|---|---|
| Feb. 24, 2021 | "Baker Hughes has **12,000 people selling for us** around the world into virtually every oil and gas company on the planet […] ." ECF No. 71 ¶ 124. |
| Feb. 24, 2021 | "[…] in partnership with Baker Hughes, **we have 12,000 people selling every day** into the oil and gas industry." *Id.* ¶ 126. |
| Mar. 1, 2021 | "So we've aligned in oil and gas with Baker Hughes […] that **gives us access to 12,000 people** now selling with us […] **12,000 salespeople is a lot of sales capacity**." *Id.* ¶ 128. |
| Mar. 2, 2021 | "And now with Baker Hughes, we have 12,000 salespeople selling for us around the world […]" *Id.* ¶ 132. |
| Mar. 2, 2021 | "[…] we go to market with Baker Hughes. **That gives us 12,000 people selling for us** […]. **It would take us 10 years to get to the [board] room of Aramco, okay, but for Baker Hughes**." *Id.* ¶ 134. |
| Mar. 2, 2021 | "[…] the second most mature partnership that we have [is with] Baker Hughes, I think **we're seven quarters into that [partnership] and now we have 12,000 people selling for us at Baker Hughes**." *Id.* ¶ 136. |
| May 24, 2021 | "I was thinking about our partnership with Baker Hughes and oil and gas, **we have 12,000 people selling C3 for us all around the world every day, 12,000 people**." *Id.* ¶ 138. |
| Aug. 12, 2021 | "And **Baker Hughes [h]as 12,000 people selling with us around the world** in oil and gas market." *Id.* ¶ 142. |
| Sept. 10, 2021 | "So we have go-to-market motion with [Baker Hughes] at virtually every major order of **12,000 people working with us in all divisions of Baker Hughes** […]."*Id.* ¶ 146. |
| Sept. 13, 2021 | "I mean, we're 700 people [at C3]. **I have 12,000 people selling for me at Baker Hughes** into oil and gas." *Id.* ¶ 148. |
| Nov. 29, 2021 | "Baker Hughes is of course one of the largest oil and gas service providers and **they have 12,000 people selling with us around the world every day** […]."*Id.* ¶ 151. |
| Nov. 29, 2021 | "We agreed that […] Baker Hughes would be our sole provider and that they would be **marketing our solutions through their 12,000-person sales organization** globally." *Id.* ¶ 153. |

- 1 -