### APPENDIX F: 10b5-1 TRADE INFORMATION

|  | Siebel | Abbo | Simonelli/ BH | Barter |
|---|---|---|---|---|
| Number of shares sold without 10b5-1 plan | 5,401,265 | 376,660 | 1,062,619 | 0 |
| Number of shares sold with undated 10b5-1 plan | 1,099,637 | 266,088 | 0 | 185,177 |
| Number of shares sold with proper 10b5-1 plan | 0 | 0 | 170,000 | 0 |
| **% of shares traded without any 10b5-1 plan** | **83%** | **58.6%** | **86.2%** | **0%** |
| **% of shares traded with undated 10b5-1 plan** | **17%** | **41.3%** | **0%** | **100%** |
| **Approximate Profits derived from shares traded without any 10b5-1 plan** | **$498 million** | **$26.4 million** | **$68.1 million** | **0** |
| **% of shares traded with proper 10b5-1 plan** | **0%** | **0%** | **13.8%** | **0%** |