Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

I, Reed R. Kathrein, declare as follows:

1.      I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Lead Counsel and counsel for Lead Plaintiff Mark Samarghandi in the above-captioned case. I am an attorney licensed to practice law in the State of California. I make this declaration in support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss.

2.      Attached as **Exhibit 1** is a true and correct copy of the Joint Venture Agreement between C3.ai and Baker Hughes, a GE company, LLC, dated June 6, 2019. This agreement was attached as Exhibit 10.10 to C3.ai's Registration Statement filed with the SEC on November 13, 2020.

3.      Attached as **Exhibit 2** is a true and correct copy of the Third Amendment to [the] Joint Venture Agreement between C3.ai and Baker Hughes, LLC, effective May 1, 2022. This amendment was attached as Exhibit 10.4 to C3.ai's quarterly report filed with the SEC on December 2, 2021.

4.      Attached as **Exhibit 3** is a true and correct copy of the CNBC article titled "Billionaire Tom Siebel faces tumult at C3.ai as investor lawsuit, short sellers question metrics," dated June 2, 2023, by Yasmin Khorram and Paige Tortorelli. The article is available at https://www.cnbc.com/2023/06/02/billionaire-tom-siebel-faces-controversy-at-ai-software-vendor-c3ai-.html.

5.      Attached as **Exhibit 4** is a true and correct copy of a video segment from the CNBC business show, "Last Call," concerning C3.ai. The video is available at https://www.cnbc.com/2023/06/02/billionaire-tom-siebel-faces-controversy-at-ai-software-vendor-c3ai-.html. Exhibit 4 is a video file and will be manually filed with the Clerk of the Court.

6.      Attached as **Exhibit 5** is a true and correct excerpt from C3.ai's Quarterly Report for the quarterly period ended October 31, 2021, filed with the SEC on Form 10-Q on December 2, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 30, 2023

/s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

*Counsel for Lead Plaintiff Mark Samarghandi*