# EXHIBIT 4

## [video]

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>C3.AI, INC., et al.,<br><br>     Defendants. | No. 4:22-cv-01413-HSG<br><br>**EXHIBIT 4: VIDEO** |

**PLAINTIFFS' MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT 4** to the DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' OMNIUBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

  PLEASE TAKE NOTICE that this filing is in physical form only, and is being maintained in the case file in the Clerk's office.

A true and correct copy of this filing will be served electronically on counsel of record via secured electronic mail. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Non-Graphical/Text Computer File (audio, video, etc.) on CD or other media.

Dated: June 30, 2023                                  Respectfully Submitted,

By: */s/ Reed R. Kathrein*
                Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Jonathan Stern (pro hac vice application forthcoming)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel*