Harry A. Olivar, Jr. (143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>C3.AI, INC., et al.,<br><br>             Defendants. | Case No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER EXTENDING TIME AND PAGE LIMITS FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS** |

Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3") Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together, the "C3 Defendants") and Defendant Baker Hughes Company ("Baker Hughes," and together with the C3 Defendants, "Defendants") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, on February 15, 2023, Lead Plaintiff filed an Amended Class Action Complaint (ECF No. 71, the "Amended Complaint") alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against corporate defendants C3 and Baker Hughes Company, and individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli; and violations of the Securities Act of 1933 against Underwriter Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc.;

WHEREAS, on May 1, 2023, the C3 Defendants, Baker Hughes, and the Underwriter Defendants collectively filed 55 pages of briefing across three motions to dismiss the Amended Class Action Complaint, as well as a five-page Request for Judicial Notice. *See* ECF Nos. 105, 105-2, 109, 113;

WHEREAS, on June 30, 2023, Plaintiffs[1] and the Underwriter Defendants filed a Stipulation of Voluntary Dismissal with Prejudice dismissing their claims against the Underwriter Defendants (ECF No. 118);

WHEREAS, on June 30, 2023, Plaintiffs filed a 55-page omnibus opposition and six attached appendices responding to the C3 Defendants' and Baker Hughes' Motions (ECF No. 119), as well as a four-page Request for Judicial Notice (ECF Nos. 119, 119-7);

WHEREAS, in order fully to address the arguments in Plaintiffs' omnibus opposition, the C3 Defendants respectfully request leave to file a reply of no more than 25 pages, or 10 pages greater

---

[1] Plaintiffs are Lead Plaintiff and additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wense.

than provided in the Local Rules (Baker Hughes does not seek additional pages for its reply);

WHEREAS, in light of the length of the opposition and volume of materials, all Defendants respectfully request that their time to file (i) reply briefs in support of their motions to dismiss, (ii) a reply brief in support of the C3 Defendants' Request for Judicial Notice, and (iii) opposition to Plaintiffs' Request for Judicial Notice, be extended by 14 days from the current deadline of August 2, 2023 to August 16, 2023;

WHEREAS, Plaintiffs consent to the requested relief;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1. The C3 Defendants' and Baker Hughes' replies in support of their motions to dismiss the Amended Complaint, the C3 Defendants' reply in support of their Request for Judicial Notice, and Defendants' opposition to Plaintiffs' Request for Judicial Notice, shall be filed no later than August 16, 2023;

2. The C3 Defendants may file a reply brief in support of their motion to dismiss of no more than 25 pages;

3. For the avoidance of doubt, the page limit specified in Paragraph 2 shall not apply to the briefs concerning the parties' Requests for Judicial Notice, the length of which shall be governed by the Local Rules;

3. This schedule may be modified by agreement of the parties, as approved by the Court.

DATED: July 18, 2023               Respectfully submitted,

                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By: /s/ Harry A. Olivar, Jr.
                                       Harry A. Olivar, Jr.
                                       865 S. Figueroa Street, 10th Floor
                                       Los Angeles, CA 90017
                                       (213) 443-3000
                                       harryolivar@quinnemanuel.com

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION TO DISMISS REPLIES

|   |   |
|---|---|
| 1 | David Edward Myre, III (SBN 304600) |
| 2 | 555 Twin Dolphin Dr., 5th Floor |
|   | Redwood Shores, CA 94065 |
| 3 | (650) 801-5000 |
|   | davidmyre@quinnemanuel.com |

David Edward Myre, III (SBN 304600)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
davidmyre@quinnemanuel.com

Michael B. Carlinsky (pro hac vice)
Jesse A. Bernstein (pro hac vice)
Jacob J. Waldman (pro hac vice)
Leigha Empson (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7173
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli*

DATED: July 13, 2023                    GIBSON, DUNN & CRUTCHER, LLP

By: */s/ Jessica Valenzuela*
Jessica Valenzuela (SBN 220934)
310 University Ave
Palo Alto, CA 94301
(650) 849-5300
JValenzuela@gibsondunn.com

George B. Adams (SBN 321904)
555 Mission Street
San Francisco, CA 94105
(415) 393-8200
GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

DATED: July 13, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
715 Hearst Ave., Suite 202
Berkeley, CA 94710

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION TO DISMISS REPLIES

|   |   |
|---|---|
| 1 | (510) 725-3000 |
| 2 | reed@hbsslaw.com |
|   | lucasg@hbsslaw.com |
| 3 |   |
|   | Steve W. Berman (pro hac vice) |
| 4 | Catherine Y.N. Gannon (pro hac vice) |
|   | 1301 Second Avenue, Suite 2000 |
| 5 | Seattle, WA 98101 |
|   | (206) 623-7292 |
| 6 | steve@hbsslaw.com |
| 7 | catherineg@hbsslaw.com |
|   |   |
| 8 | *Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi* |
| 9 |   |
| 10 | DATED: July 13, 2023     THE ROSEN LAW FIRM, P.A. |
| 11 |   |
| 12 | By: */s/ Laurence M. Rosen* |
|   |     Laurence M. Rosen (SBN 219683) |
| 13 |     355 S. Grand Avenue, Suite 2450 |
|   |     Los Angeles, CA 90071 |
| 14 |     (213) 785-2610 |
|   |     lrosen@rosenlegal.com |
| 15 |   |
| 16 |     Jonathan Stern (pro hac vice application forthcoming) |
| 17 |     275 Madison Ave., 40th Floor |
|   |     New York, NY 10016 |
| 18 |     (212) 686-1060 |
|   |     jstern@rosenlegal.com |
| 19 |   |
| 20 | *Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel* |
| 21 | **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.** |
| 22 | Dated: 7/18/2023 |
| 23 |   |
| 24 | *[signature]* |
|   | **HON. HAYWOOD S. GILLIAM, JR** |
|   | **UNITED STATES DISTRICT JUDGE** |