1  Reed R. Kathrein (139304)
   Lucas E. Gilmore (250893)
2  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   715 Hearst Ave., Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  lucasg@hbsslaw.com

6  Steve W. Berman (pro hac vice)
   Catherine Y.N. Gannon (pro hac vice)
7  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   1301 Second Avenue, Suite 2000
8  Seattle, WA 98101
   Telephone: (206) 623-7292
9  Facsimile: (206) 623-0594
   steve@hbsslaw.com
10 catherineg@hbsslaw.com

11 *Lead Counsel and Counsel for
   Lead Plaintiff Mark Samarghandi*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 
   THE RECKSTIN FAMILY TRUST, et al.,    No. 4:22-cv-01413-HSG
16 individually and on behalf of all others
   similarly situated,                    CLASS ACTION
17
                         Plaintiff,       **NOTICE OF CHANGE IN COUNSEL**
18
        v.                                Judge: Hon. Haywood S. Gilliam, Jr
19                                        Courtroom: 2 – 4th Floor
   C3.AI, INC., et al.,
20
                         Defendants.
21

NOTICE OF CHANGE IN COUNSEL
No. 4:22-cv-01413-HSG

1  PLEASE TAKE NOTICE that Wesley Wong (SBN 314652) is no longer affiliated with the law firm Hagens Berman Sobol Shapiro LLP. Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws his appearance in this matter as counsel for Plaintiffs and further requests that: (a) his name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to wesleyw@hbsslaw.com in the above-captioned case.

Hagens Berman Sobol Shapiro LLP will continue to represent Plaintiffs in this matter. No other changes are requested at this time regarding Plaintiffs' counsel of record.

DATED: July 26, 2023

Respectfully submitted,

/s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

*Counsel for Lead Plaintiff Mark Samarghandi*

NOTICE OF CHANGE IN COUNSEL – 1
No. 4:22-cv-01413-HSG