Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
56+95
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-7, Lead Plaintiff Mark Samarghandi ("Lead Plaintiff"), and Defendants C3, Inc. ("C3"), Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together, the "C3 Defendants"), and Baker Hughes Company ("Baker Hughes" and, together with the C3 Defendants, the "Defendants"), hereby agree and stipulate, through their respective counsel of record, that good cause exists to request an order from the Court continuing the hearing on Defendants' Motions to Dismiss, as follows:

WHEREAS, on January 10, 2023, the Court entered a stipulation and order setting deadlines for Plaintiffs' Amended Class Action Complaint, Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 68);

WHEREAS, on February 15, 2023, Lead Plaintiff Mark Samarghandi filed an Amended Class Action Complaint (ECF No. 71) alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against corporate defendants C3, Inc. and Baker Hughes Company, and individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli; and violations of the Securities Act of 1933 against underwriter defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc. (the "Underwriter Defendants").

WHEREAS, on April 11, 2023, the Court entered a stipulation and order extending time for Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 100);

WHEREAS, on May 1, 2023, the C3 Defendants, Baker Hughes, and the Underwriter Defendants filed motions to dismiss the Amended Class Action Complaint. *See* ECF Nos. 105, 109, 113;

WHEREAS, on June 30, 2023, Plaintiffs and the Underwriter Defendants filed a Stipulation of Voluntary Dismissal with Prejudice dismissing their claims against the Underwriter Defendants (ECF No. 118);

WHEREAS, on June 30, 2023, Plaintiffs filed an omnibus opposition responding to the C3 Defendants' and Baker Hughes' Motions to Dismiss (ECF No. 119);

1    WHEREAS, a hearing on Defendants' motions to dismiss was originally noted for August 17,

2    2023, at 2:00 p.m. (see ECF Nos. 105, 109, 113);

3    WHEREAS, pursuant to the Clerk's Notice, the hearing on Defendants' motions to dismiss

4    was continued to August 24, 2023, at 2:00 p.m. (ECF No. 126);

5    WHEREAS, counsel for Plaintiffs are unavailable to attend the hearing on the continued date

6    due to a longstanding work-related commitment taking place out-of-state between August 23 and

7    August 25, 2023;

8    WHEREAS, all parties consent to the requested relief;

9    IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned

10   counsel for the parties, subject to Court approval, that:

11   1.    The hearing on Defendants' Motions to Dismiss is hereby continued to November 2,

12   2023.

13   IT IS SO STIPULATED.

14   DATED: August 8, 2023                    Respectfully submitted,

15                                            */s/ Reed R. Kathrein*
                                              Reed R. Kathrein (SBN 139304)
16                                            Lucas E. Gilmore (SBN 250893)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
17                                            715 Hearst Avenue, Suite 300
                                              Berkeley, CA 94710
18                                            Telephone: (510) 725-3000
                                              Facsimile: (510) 725-3001
19                                            reed@hbsslaw.com
                                              lucasg@hbsslaw.com
20
                                              Steve W. Berman (pro hac vice)
21                                            Catherine Y.N. Gannon (pro hac vice)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
22                                            1301 Second Avenue, Suite 2000
                                              Seattle, WA 98101
23                                            Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594
24                                            steve@hbsslaw.com
                                              catherineg@hbsslaw.com
25
                                              *Lead Counsel and Counsel for*
26                                            *Lead Plaintiff Mark Samarghandi*

27                                            Laurence M. Rosen, Esq. (SBN 219683)
                                              355 S. Grand Avenue, Suite 2450
28                                            **THE ROSEN LAW FIRM, P.A.**

1   Los Angeles, CA 90071
    Telephone: (213) 785-2610
2   Facsimile: (213) 226-4684
    lrosen@rosenlegal.com
3
    Jonathan Stern (pro hac vice application forthcoming)
4   **THE ROSEN LAW FIRM, P.A.**
    275 Madison Ave., 40th Floor
5   New York, NY 10016
    Telephone: (212) 686-1060
6   Facsimile: (212) 202-3827
    jstern@rosenlegal.com
7
    *Counsel for Additional Plaintiffs Sharon L. Zavalanski,*
8   *David Linder, and Elizabeth Wensel*

9   DATED: August 8, 2023        Respectfully submitted,

10                               */s/ Harry A. Olivar, Jr.*
                                 Harry A. Olivar, Jr. (SBN 143089)
11                               **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                 865 S. Figueroa Street, 10th Floor
12                               Los Angeles, CA 90017
                                 Telephone: (213) 443-3000
13                               harryolivar@quinnemanuel.com

14                               David Edward Myre, III (SBN 304600)
                                 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
15                               555 Twin Dolphin Dr., 5th Floor
                                 Redwood Shores, CA 94065
16                               Telephone: (650) 801-5000
                                 davidmyre@quinnemanuel.com
17
                                 Jacob J. Waldman (pro hac vice)
18                               Leigha Empson (pro hac vice)
                                 Jesse A. Bernstein (pro hac vice)
19                               Michael B. Carlinsky (pro hac vice)
                                 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
20                               51 Madison Avenue, 22nd Floor
                                 New York, NY 10010
21                               Telephone: (212) 849-7173
                                 jacobwaldman@quinnemanuel.com
22                               leighaempson@quinnemanuel.com
                                 jessebernstein@quinnemanuel.com
23                               michaelcarlinsky@quinnemanuel.com

24                               *Counsel for Defendants C3, Inc., Thomas M. Siebel,*
                                 *Edward Y. Abbo, David Barter, and Lorenzo Simonelli*
25

26

27

28

1   DATED: August 8, 2023                    Respectfully submitted,

2                                            */s/ Jessica Valenzuela*
                                             Jessica Valenzuela (SBN 220934)
3                                            **GIBSON, DUNN & CRUTCHER LLP**
                                             1881 Page Mill Road
4                                            Palo Alto, CA 94304
                                             Telephone: (650) 849-5300
5                                            Facsimile: (650) 849-5333
                                             JValenzuela@gibsondunn.com
6
                                             George B. Adams (SBN 321904)\
7                                            **GIBSON, DUNN & CRUTCHER LLP**
                                             555 Mission Street
8                                            San Francisco, CA 94105
                                             Telephone: (415) 393-8200
9                                            Facsimile: (415) 393-8306
                                             GAdams@gibsondunn.com
10
11                                           *Counsel for Defendant Baker Hughes Company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: August 8, 2023             By:   /s/ Reed R. Kathrein
                                                        REED R. KATHREIN (139304)

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/10/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge