**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Leonard Janos*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, DAVID BARTER, PATRICIA A. HOUSE, RICHARD LEVIN, MICHAEL G. MCCAFFERY, NEHAL RAJ, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, LORENZO SIMONELLI, and STEPHEN M. WARD JR.,<br><br>Defendants. | Case No.: 4:22-cv-01413-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

|   |   |
|---|---|
| 1 | Upon consideration of Notice of Motion and Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED that Adam M. Apton of Levi & Korsinsky, LLP is hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List. |

Upon consideration of Notice of Motion and Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED that Adam M. Apton of Levi & Korsinsky, LLP is hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

Dated:   8/14/2023

*(signature)*
THE HONORABLE HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE