1  Harry A. Olivar, Jr. (Cal. Bar No. 143089)
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2  865 S. Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
   (213) 443-3000
4  harryolivar@quinnemanuel.com

5  *Counsel for Defendants C3.ai, Inc., Thomas M. Siebel,*
   *Edward Y. Abbo, David Barter, and Lorenzo Simonelli*
6

7  [Additional counsel on signature page]

8  
               **UNITED STATES DISTRICT COURT**
9  
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11  | THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated, | Case No. 4:22-cv-01413-HSG |
|---|---|
| | CLASS ACTION |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS** |
| vs. | |
| C3.AI, INC., et al., | |
| Defendants. | |

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION TO DISMISS REPLIES

Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3"), Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together, the "C3 Defendants"), and Defendant Baker Hughes Company ("Baker Hughes," and together with the C3 Defendants, "Defendants") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, on February 15, 2023, Lead Plaintiff filed an Amended Class Action Complaint (ECF No. 71, the "Amended Complaint") alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against Defendants; and violations of the Securities Act of 1933 against Underwriter Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc.;

WHEREAS, on May 1, 2023, the C3 Defendants, Baker Hughes, and the Underwriter Defendants collectively filed 55 pages of briefing across three motions to dismiss the Amended Class Action Complaint, as well as a five-page Request for Judicial Notice. *See* ECF Nos. 105, 105-2, 109, 113;

WHEREAS, on June 30, 2023, Plaintiffs[1] and the Underwriter Defendants filed a Stipulation of Voluntary Dismissal with Prejudice dismissing their claims against the Underwriter Defendants (ECF No. 118);

WHEREAS, on June 30, 2023, Plaintiffs filed a 55-page omnibus opposition and six attached appendices responding to the C3 Defendants' and Baker Hughes' Motions (ECF No. 119), as well as a four-page Request for Judicial Notice (ECF Nos. 119, 119-7);

WHEREAS, on July 18, 2023, the Parties submitted a stipulation requesting the Court grant the C3 Defendants leave to file a reply of no more than 25 pages, or 10 pages greater than provided in the Local Rules (Baker Hughes did not seek additional pages for its reply) and further requesting

---

[1] Plaintiffs are Lead Plaintiff and additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wense.

1. the Court grant Defendants a 14-day extension of time to August 16, 2023 to file (i) reply briefs in support of their motions to dismiss, (ii) a reply brief in support of the C3 Defendants' Request for Judicial Notice, and (iii) opposition to Plaintiffs' Request for Judicial Notice (ECF No. 124);

WHEREAS, the Court so-ordered the Parties' stipulation the same day (ECF No. 125);

WHEREAS, in light of the length of the opposition and volume of materials, and to permit Defendants sufficient time to exchange and review each other's briefing in an attempt to minimize the duplication of arguments, all Defendants respectfully request that their time to file (i) reply briefs in support of their motions to dismiss, (ii) a reply brief in support of the C3 Defendants' Request for Judicial Notice, and (iii) opposition to Plaintiffs' Request for Judicial Notice, be extended by 7 days from the current deadline of August 16, 2023 to August 23, 2023;

WHEREAS, the hearing date for Defendants' motions to dismiss is currently set for November 2, 2023 (ECF No. 131) and would not be affected as a result of Defendants' requested brief extension;

WHEREAS, Plaintiffs consent to the requested relief;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1. The C3 Defendants' and Baker Hughes' replies in support of their motions to dismiss the Amended Complaint, the C3 Defendants' reply in support of their Request for Judicial Notice, and Defendants' opposition to Plaintiffs' Request for Judicial Notice, shall be filed no later than August 23, 2023;

2. This schedule may be modified by agreement of the parties, as approved by the Court.

DATED: August 14, 2023          Respectfully submitted,

                                QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By: /s/ Harry A. Olivar, Jr.
                                    Harry A. Olivar, Jr.
                                    865 S. Figueroa Street, 10th Floor
                                    Los Angeles, CA 90017

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION TO DISMISS REPLIES

```
                                          (213) 443-3000
                                          harryolivar@quinnemanuel.com

                                          David Edward Myre, III (SBN 304600)
                                          555 Twin Dolphin Dr., 5th Floor
                                          Redwood Shores, CA 94065
                                          (650) 801-5000
                                          davidmyre@quinnemanuel.com

                                          Michael B. Carlinsky (pro hac vice)
                                          Jesse A. Bernstein (pro hac vice)
                                          Jacob J. Waldman (pro hac vice)
                                          Leigha Empson (pro hac vice)
                                          51 Madison Avenue, 22nd Floor
                                          New York, NY 10010
                                          (212) 849-7173
                                          michaelcarlinsky@quinnemanuel.com
                                          jessebernstein@quinnemanuel.com
                                          jacobwaldman@quinnemanuel.com
                                          leighaempson@quinnemanuel.com
```

*Attorneys for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli*

DATED:  August 14, 2023                    GIBSON, DUNN & CRUTCHER, LLP


                                           By:*/s/ Jessica Valenzuela*
                                              Jessica Valenzuela (SBN 220934)
                                              310 University Ave
                                              Palo Alto, CA 94301
                                              (650) 849-5300
                                              JValenzuela@gibsondunn.com

                                              George B. Adams (SBN 321904)
                                              555 Mission Street
                                              San Francisco, CA 94105
                                              (415) 393-8200
                                              GAdams@gibsondunn.com

                                           *Counsel for Defendant Baker Hughes Company*

DATED:  August 14, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP


                                           By:*/s/ Reed R. Kathrein*

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION TO DISMISS REPLIES

|   |   |
|---|---|
|   | Reed R. Kathrein (SBN 139304)<br>Lucas E. Gilmore (SBN 250893)<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>reed@hbsslaw.com<br>lucasg@hbsslaw.com<br><br>Steve W. Berman (pro hac vice)<br>Catherine Y.N. Gannon (pro hac vice)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br><br>*Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi* |
| DATED: August 14, 2023 | THE ROSEN LAW FIRM, P.A.<br><br>By: */s/ Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 785-2610<br>lrosen@rosenlegal.com<br><br>Jonathan Stern (pro hac vice application forthcoming)<br>275 Madison Ave., 40th Floor<br>New York, NY 10016<br>(212) 686-1060<br>jstern@rosenlegal.com<br><br>*Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel* |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 8/14/2023

*[signature]*

**HON. HAYWOOD S. GILLIAM, JR**
**UNITED STATES DISTRICT JUDGE**