Harry A. Olivar, Jr. (Cal. Bar No. 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
David Myre (Cal. Bar No. 304600)
Jesse Bernstein (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for the C3 Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-01413-HSG<br><br>**SUPPLEMENTAL DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF THE C3 DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br>Hearing Date:   November 2, 2023<br>Hearing Time:   2:00 p.m. |

Case No. 4:22-cv-01413-HSG

SUPPLEMENTAL OLIVAR DECLARATION IN SUPPORT OF C3 DEFENDANTS' MOTION TO DISMISS

**SUPPLEMENTAL DECLARATION OF HARRY A. OLIVAR, JR.**

I, Harry A. Olivar, Jr., state that:

1.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants C3.ai, Inc. ("C3"), Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli  (collectively, the "C3 Defendants") in this matter.  I make this declaration in support of the C3 Defendants' Reply in support of their Motion to Dismiss the Amended Complaint, filed concurrently herewith, and I have personal knowledge of the facts set forth herein.

2.      Attached as **Exhibit S** is a true and correct copy of excerpts from the Form 10-K that C3 filed with the SEC on June 25, 2021, available at https://ir.c3.ai/static-files/836d2506-4afa-4462-b1db-ea53db458eb2.

3.      Attached as **Exhibit T** is a true and correct copy of excerpts from the Form 10-K that C3 filed with the SEC on June 22, 2022, available at https://ir.c3.ai/static-files/4759757b-c509-4dcb-8968-8640cda1eab8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed August 23, 2023 in Los Angeles, California.

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.