Harry A. Olivar, Jr. (Cal. Bar No. 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
David Myre (Cal. Bar No. 304600)
Jesse Bernstein (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for the C3 Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST,<br><br>                Plaintiff,<br><br>        vs.<br><br>C3.AI, INC., et al.,<br><br>                Defendants. | Case No. 4:22-cv-01413-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br>Hearing Date:  November 2, 2023<br>Hearing Time:  2:00 p.m. |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-7, Lead Plaintiff Mark Samarghandi ("Lead Plaintiff"), and Defendants C3, Inc. ("C3"), Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together, the "C3 Defendants"), and Baker Hughes Company ("Baker Hughes" and, together with the C3 Defendants, the "Defendants"), hereby agree and stipulate, through their respective counsel of record, that good cause exists to request an order from the Court continuing the hearing on Defendants' Motions to Dismiss, as follows:

WHEREAS, on January 10, 2023, the Court entered a stipulation and order setting deadlines for Plaintiffs' Amended Class Action Complaint, Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 68);

WHEREAS, on February 15, 2023, Lead Plaintiff Mark Samarghandi filed an Amended Class Action Complaint (ECF No. 71) alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against corporate defendants C3, Inc. and Baker Hughes Company, and individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli; and violations of the Securities Act of 1933 against underwriter defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Deutsche Bank Securities, Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Needham & Company, LLC, Piper Sandler & Co., and Wedbush Securities Inc. (the "Underwriter Defendants");

WHEREAS, on April 11, 2023, the Court entered a stipulation and order extending time for Defendants' motions to dismiss, Plaintiffs' opposition thereto, and Defendants' replies (ECF No. 100);

WHEREAS, on May 1, 2023, the C3 Defendants, Baker Hughes, and the Underwriter Defendants filed motions to dismiss the Amended Class Action Complaint. See ECF Nos. 105, 109, 113;

WHEREAS, on June 30, 2023, Plaintiffs and the Underwriter Defendants filed a Stipulation of Voluntary Dismissal with Prejudice dismissing their claims against the Underwriter Defendants (ECF No. 118);

WHEREAS, on June 30, 2023, Plaintiffs filed an omnibus opposition responding to the C3 Defendants' and Baker Hughes' Motions to Dismiss (ECF No. 119);

WHEREAS, a hearing on Defendants' motions to dismiss was originally noticed for August 17, 2023, at 2:00 p.m. (see ECF Nos. 105, 109, 113);

WHEREAS, pursuant to the Clerk's Notice, the hearing on Defendants' motions to dismiss was continued to August 24, 2023, at 2:00 p.m. (ECF No. 126);

WHEREAS, counsel for Plaintiffs were unavailable to attend the hearing on the continued date due to a longstanding work-related commitment taking place out-of-state between August 23 and August 25, 2023;

WHEREAS, on August 10, 2023, the Court executed the parties' Stipulation and [Proposed] Order continuing the hearing date until November 2, 2023 (ECF No. 131);

WHEREAS, counsel for the C3 Defendants now has an unavoidable conflict on November 2, 2023 in connection with an arbitration;

WHEREAS, all parties consent to the requested relief;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to Court approval, that:

1. The hearing on Defendants' Motions to Dismiss is hereby continued to January 11, 2024.

IT IS SO STIPULATED.

DATED: October 18, 2023              Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (Cal. Bar No. 143089)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
David Myre (Cal. Bar No. 304600)
Jesse Bernstein (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
51 Madison Ave., 22nd Floor
New York, NY 10010

(212) 849-7000
michaelcarlinsky@quinnemanuel.com
davidmyre@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for the C3 Defendants*

**GIBSON, DUNN & CRUTCHER, LLP**

*/s/ Jessica Valenzuela*
Jessica Valenzuela (SBN 220934)
310 University Ave
Palo Alto, CA 94301
(650) 849-5300
JValenzuela@gibsondunn.com

George B. Adams (SBN 321904)
555 Mission Street
San Francisco, CA 94105
(415) 393-8200
GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: October 18, 2023

*Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION IT IS SO ORDERED

DATED: 10/19/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge