Harry A. Olivar, Jr. (143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSES** |

Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3") Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli (together, the "Defendants") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, on February 15, 2023, Lead Plaintiff filed an Amended Class Action Complaint (ECF No. 71, the "First Amended Complaint") alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934;

WHEREAS, on May 1, 2023, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 105);

WHEREAS, on February 22, 2024, the Court entered an order granting in part and denying in part Defendants' Motion to Dismiss and giving Plaintiffs[1] 21 days to file a second amended complaint (ECF No. 154);

WHEREAS, Plaintiffs intend to file a second amended complaint but seek a brief extension of the March 14, 2024 deadline set by the Court (ECF No. 154);

WHEREAS, Defendants consent to the requested extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1. Given Plaintiffs' anticipated second amended complaint, Defendants' deadline to move, answer, or otherwise respond to the First Amended Complaint (currently March 7, 2024) is vacated;

2. Plaintiffs will file a second amended complaint no later than April 4, 2024;

3. Defendants shall answer, move, or otherwise respond to the second amended complaint ("SAC") no later than May 17, 2024;

4. If Defendants move to dismiss the SAC, Plaintiffs' opposition papers shall be filed no later than July 1, 2024;

5. Defendants' reply brief in support of the motion to dismiss the SAC shall be filed no

---

[1] Plaintiffs are Lead Plaintiff and additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel.

1  later than July 30, 2024;

2      6.    This schedule may be modified by agreement of the parties, as approved by the

3  Court.

4  DATED: March 7, 2024                  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Harry A. Olivar, Jr.*
    Harry A. Olivar, Jr.
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    harryolivar@quinnemanuel.com

    David Edward Myre, III (SBN 304600)
    555 Twin Dolphin Dr., 5th Floor
    Redwood Shores, CA 94065
    (650) 801-5000
    davidmyre@quinnemanuel.com

    Michael B. Carlinsky (pro hac vice)
    Jesse A. Bernstein (pro hac vice)
    Jacob J. Waldman (pro hac vice)
    Leigha Empson (pro hac vice)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7173
    michaelcarlinsky@quinnemanuel.com
    jessebernstein@quinnemanuel.com
    jacobwaldman@quinnemanuel.com
    leighaempson@quinnemanuel.com

*Attorneys for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli*

DATED: March 7, 2024                  HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Reed R. Kathrein*
    Reed R. Kathrein (SBN 139304)
    Lucas E. Gilmore (SBN 250893)
    715 Hearst Ave., Suite 202

|   |   |
|---|---|
|   | Berkeley, CA 94710<br>(510) 725-3000<br>reed@hbsslaw.com<br>lucasg@hbsslaw.com |
|   | Steve W. Berman (pro hac vice)<br>Catherine Y.N. Gannon (pro hac vice)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com |
|   | *Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi* |
| DATED:  March 7, 2024 | THE ROSEN LAW FIRM, P.A. |
|   | By: */s/ Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 785-2610<br>lrosen@rosenlegal.com |
|   | Jonathan Stern (pro hac vice application forthcoming)<br>275 Madison Ave., 40th Floor<br>New York, NY 10016<br>(212) 686-1060<br>jstern@rosenlegal.com |
|   | *Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel* |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 3/8/2024

_____
**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**