GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
310 University Avenue
Palo Alto, California 94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant
Baker Hughes Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE RECKSTIN FAMILY TRUST, et al., | CASE NO. 4:22-cv-01413-HSG |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT BAKER HUGHES COMPANY'S RESPONSE** |
| v. | |
| C3.AI, INC., et al. | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND
DEFENDANT BAKER HUGHES COMPANY'S RESPONSE
CASE NO. 4:22-CV-01413-HSG

Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendant Baker Hughes Company ("Baker Hughes") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, on February 15, 2023, Lead Plaintiff filed an Amended Class Action Complaint (ECF No. 71, the "First Amended Complaint") alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934;

WHEREAS, on May 1, 2023, Defendants filed motions to dismiss the First Amended Complaint (ECF No. 105, 109);

WHEREAS, on February 22, 2024, the Court entered an order granting in part and denying in part the motion to dismiss by C3.ai, Inc. ("C3") and Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli ("Individual Defendants"), granting Baker Hughes' motion to dismiss, and giving Plaintiffs[1] 21 days to file a second amended complaint (ECF No. 154);

WHEREAS, on March 7, 2024, Lead Plaintiff and Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli entered into a stipulation (the "Original Stipulation") extending Plaintiffs' deadline to file a second amended complaint to April 4, 2024 and providing a briefing schedule for anticipated motions to dismiss by C3 and the Individual Defendants (ECF. No 155);

WHEREAS, this Court granted the Original Stipulation on March 8, 2024 (ECF No. 157);

WHEREAS, Plaintiffs filed a second amended complaint on April 4, 2024 against Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes (ECF No. 158); and

WHEREAS, the Parties wish to clarify and confirm that the briefing schedule agreed to in the Original Stipulation applies to Baker Hughes as well.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1.   Defendant Baker Hughes shall answer, move, or otherwise respond to the second

---

[1] Plaintiffs are Lead Plaintiff and additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel.

1
STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT BAKER HUGHES COMPANY'S RESPONSE
CASE NO. 4:22-CV-01413-HSG

Gibson, Dunn & Crutcher LLP

amended complaint ("SAC") no later than May 17, 2024;

    2.    If Baker Hughes moves to dismiss the SAC, Plaintiffs' opposition papers shall be filed no later than July 1, 2024;

    3.    Baker Hughes' reply brief in support of the motion to dismiss the SAC shall be filed no later than July 30, 2024;

    4.    This schedule may be modified by agreement of the parties, as approved by the Court.

DATED: April 12, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jessica Valenzuela*
Jessica Valenzuela (SBN 220934)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
JValenzuela@gibsondunn.com

George B. Adams (SBN 321904)\
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

2
STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT BAKER HUGHES COMPANY'S RESPONSE
CASE NO. 4:22-CV-01413-HSG

Gibson, Dunn & Crutcher LLP

DATED: April 12, 2024                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Catherine Gannon*
   Reed R. Kathrein (SBN 139304)
   Lucas E. Gilmore (SBN 250893)
   715 Hearst Ave., Suite 202
   Berkeley, CA 94710
   (510) 725-3000
   reed@hbsslaw.com
   lucasg@hbsslaw.com

   Steve W. Berman (pro hac vice)
   Catherine Y.N. Gannon (pro hac vice)
   1301 Second Avenue, Suite 2000
   Seattle, WA 98101
   (206) 623-7292
   steve@hbsslaw.com
   catherineg@hbsslaw.com

   *Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi*

### Attestation Pursuant to Civil Local Rule 5-1(h)(3)

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: April 12, 2024

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:  */s/ Jessica Valenzuela*
                                             Jessica Valenzuela

                                        *Attorneys for Defendant Baker Hughes Company*

3
STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT BAKER HUGHES COMPANY'S RESPONSE
CASE NO. 4:22-CV-01413-HSG

Gibson, Dunn & Crutcher LLP

1   **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

2   Dated:  4/12/2024

3   _____
**HON. HAYWOOD S. GILLIAM, JR.**
4   **UNITED STATES DISTRICT JUDGE**

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT BAKER HUGHES COMPANY'S RESPONSE
CASE NO. 4:22-CV-01413-HSG