Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>C3.AI, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO DISMISS BRIEFING DEADLINES AND PAGE LIMITS** |

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS — Case No. 4:22-cv-01413-HSG

011089-11/2623078 V1

1    WHEREAS, on March 7, 2024, Lead Plaintiff and Defendants C3.ai, Inc., Thomas M. Siebel,
2    Edward Y. Abbo, David Barter, and Lorenzo Simonelli entered into a stipulation (the "Original
3    Stipulation") extending Plaintiffs' deadline to file a second amended complaint to April 4, 2024, and
4    providing a briefing schedule for anticipated motions to dismiss by C3 and the Individual Defendants
5    (ECF. No 155);

6    WHEREAS, on March 8, 2024, this Court granted the Original Stipulation (ECF No. 157);

7    WHEREAS, on April 4, 2024, Lead Plaintiff Mark Samarghandi filed a Second Amended
8    Class Action Complaint (ECF No. 158) alleging violations of the Securities Act of 1933 and the
9    Securities Exchange Act of 1934 against corporate defendants C3, Inc. and Baker Hughes Company,
10   and individual defendants Thomas M. Siebel, Edward Y. Abbo, David Barter, and Lorenzo Simonelli;

11   WHEREAS, on April 12, 2024, Lead Plaintiff and Defendant Baker Hughes Company entered
12   into a stipulation (the "Baker Hughes Stipulation") setting the deadline for Baker Hughes to file a
13   motion to dismiss Plaintiffs' Second Amended Class Action Complaint, the deadline for Lead Plaintiff
14   to respond to the motion to dismiss, and the deadline for Baker Hughes to file a reply in support of
15   their motion to dismiss (ECF No. 159);

16   WHEREAS, on April 12, 2024, the Court granted the Baker Hughes Stipulation (ECF No.
17   160);

18   WHEREAS, on May 17, 2024, Defendants collectively filed 60 pages of briefing across three
19   motions to dismiss the Second Amended Class Action Complaint, as well as a request for judicial
20   notice. *See* The C3 Defs.' Mot. to Dismiss (ECF No. 167); The C3 Defs.' Request for Judicial Notice
21   (ECF No. 167-1); Def. Lorenzo Simonelli's Motion to Dismiss (ECF No. 170); and Baker Hughes'
22   Mot. to Dismiss & Joinder (ECF No. 171);

23   WHEREAS, Plaintiffs intend to file an omnibus opposition that collectively responds to
24   Defendants' three motions to dismiss and request for judicial notice, based on Plaintiffs' belief that
25   such opposition would be in the interests of efficiency, preserving Court and party resources, and
26   educating absent class members;

27   //
28   //

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS – 1                      Case No. 4:22-cv-01413-HSG

011089-11/2623078 V1

WHEREAS, Plaintiffs require additional pages in excess of those set by the Local Rules for a single opposition to address Defendants' separately filed motion-to-dismiss arguments;

WHEREAS, the parties stipulate and agree that Plaintiffs may file a single, omnibus opposition to Defendants' motions to dismiss and request for judicial notice that does not exceed 60 pages, and the page limit for Defendants' replies in support of their motions to dismiss shall be extended to 20 pages each; and

WHEREAS, the parties stipulate and agree to extend the deadline for Plaintiffs' omnibus opposition by fourteen days, from July 1, 2024, to July 15, 2024, and the deadline for Defendants' replies in support of their motions to dismiss to August 27, 2024;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, subject to Court approval, that:

1. Plaintiffs are permitted to file a single, omnibus opposition to Defendants' motions to dismiss that shall not exceed **60 pages**.

2. Plaintiffs' omnibus opposition to Defendants' motions to dismiss shall be filed no later than **July 15, 2024**.

3. The page limit for Defendants' replies in support of their motions to dismiss is extended to **20 pages**.

4. Defendants' replies in support of their motions to dismiss shall be filed no later than **August 27, 2024**.

IT IS SO STIPULATED.

DATED: June 6, 2024                     Respectfully submitted,

                                                                      /s/ Reed R. Kathrein
                                                                      Reed R. Kathrein (SBN 139304)
                                                                      Lucas E. Gilmore (SBN 250893)
                                                                      **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                                                      715 Hearst Avenue, Suite 300
                                                                      Berkeley, CA 94710
                                                                      Telephone: (510) 725-3000
                                                                      Facsimile: (510) 725-3001
                                                                      reed@hbsslaw.com
                                                                      lucasg@hbsslaw.com

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS – 2                           Case No. 4:22-cv-01413-HSG
011089-11/2623078 V1

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Jonathan Stern (pro hac vice application forthcoming)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L. Zavalanski,*
*David Linder, and Elizabeth Wensel*

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS – 3    Case No. 4:22-cv-01413-HSG

011089-11/2623078 V1

| | | |
|---|---|---|
| 1 | DATED: June 6, 2024 | Respectfully submitted, |
| 2 | | */s/ Harry A. Olivar, Jr.* |
| | | Harry A. Olivar, Jr. (SBN 143089) |
| 3 | | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | | 865 S. Figueroa Street, 10th Floor |
| 4 | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| 5 | | harryolivar@quinnemanuel.com |
| 6 | | Michael B. Carlinsky (pro hac vice) |
| | | David Edward Myre, III (SBN 304600) |
| 7 | | Jesse A. Bernstein (pro hac vice) |
| | | Jacob J. Waldman (pro hac vice) |
| 8 | | Leigha Empson (pro hac vice) |
| | | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 9 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 10 | | Telephone: (212) 849-7173 |
| | | michaelcarlinsky@quinnemanuel.com |
| 11 | | davidmyre@quinnemanuel.com |
| | | jessebernstein@quinnemanuel.com |
| 12 | | jacobwaldman@quinnemanuel.com |
| | | leighaempson@quinnemanuel.com |
| 13 | | |
| | | *Counsel for the C3 Defendants* |
| 14 | | |
| 15 | DATED: June 6, 2024 | Respectfully submitted, |
| 16 | | */s/ Jessica Valenzuela* |
| | | Jessica Valenzuela (SBN 220934) |
| 17 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | 1881 Page Mill Road |
| 18 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 849-5300 |
| 19 | | Facsimile: (650) 849-5333 |
| | | JValenzuela@gibsondunn.com |
| 20 | | |
| | | George B. Adams III (SBN 321904)\ |
| 21 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | One Embarcadero Center, Suite 2600 |
| 22 | | San Francisco, CA 94111 |
| | | Telephone: (415) 393-8200 |
| 23 | | Facsimile: (415) 393-8306 |
| | | GAdams@gibsondunn.com |
| 24 | | |
| | | *Counsel for Defendant Baker Hughes Company* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS – 4                    Case No. 4:22-cv-01413-HSG

011089-11/2623078 V1

| | |
|---|---|
| DATED: June 6, 2024 | Respectfully submitted, |
| | */s/ Sara B. Brody* |
| | Sara B. Brody (SBN 130222) |
| | Sarah A. Hemmendinger (SBN 298659) |
| | **SIDLEY AUSTIN LLP** |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| | sbrody@sidley.com |
| | shemmendinger@sidley.com |
| | |
| | Robin E. Wechkin (pro hac vice) |
| | **SIDLEY AUSTIN LLP** |
| | 8426 316th Place Southeast |
| | Issaquah, WA 98027 |
| | Telephone: (415) 439-1799 |
| | rwechkin@sidley.com |
| | |
| | *Counsel for Defendant Lorenzo Simonelli* |

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: June 6, 2024                By:    */s/ Reed R. Kathrein*
                                          REED R. KATHREIN (139304)

STIPULATION AND ORDER AS MODIFIED REGARDING MOTION TO
DISMISS BRIEFING DEADLINES AND PAGE LIMITS – 5                Case No. 4:22-cv-01413-HSG

011089-11/2623078 V1

**ORDER AS MODIFIED GRANTING STIPULATION**

Pursuant to the foregoing stipulation, the Court orders that:

1. Plaintiffs are permitted to file a single, omnibus opposition to Defendants' motions to dismiss that shall not exceed 60 pages.
2. Plaintiffs' omnibus opposition to Defendants' motions to dismiss shall be filed no later than July 15, 2024.
3. The page limit for Defendants' replies in support of their motions to dismiss remains 15 pages as provided in the Civil Local Rules.
4. Defendants' replies in support of their motions to dismiss shall be filed no later than August 27, 2024.

IT IS SO ORDERED.

DATED: 6/21/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge