Harry A. Olivar, Jr. (SBN 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>C3.AI, INC., et al.,<br><br>　　　　　Defendants. | Case No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT AND MOTION TO DISMISS HEARING DATE** |

  Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3") Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes Company (together, the "Defendants," and with Lead Plaintiff, the "Parties") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

  WHEREAS, on April 4, 2024, Lead Plaintiff filed a Second Amended Complaint against Defendants (ECF No. 158, the "SAC");

  WHEREAS, on May 17, 2024, Defendants filed motions to dismiss the SAC (ECF Nos. 167, 170, 171);

  WHEREAS, on July 15, 2024, Lead Plaintiff filed an opposition to Defendants' motions to dismiss (ECF No. 176);

  WHEREAS, on July 18, 2024, plaintiffs in *Pankow v. Siebel et al*, C.A. No. 2024-0520-NAC (Del. Ch.) filed an amended version of their complaint on the public docket that includes information Lead Plaintiff seeks to incorporate into its amended complaint (Dkt. No. 11 of *Pankow*);

  WHEREAS, Lead Plaintiff informed Defendants soon thereafter that Lead Plaintiff intends to move for leave to amend the SAC;

  WHEREAS, pursuant to stipulations of the Parties, which were so-ordered by the Court (ECF No. 157, 160), Defendants' replies in support of their motions to dismiss are currently due on August 27, 2024;

  WHEREAS, the hearing on Defendants' motions to dismiss is currently set for September 26, 2024;

  WHEREAS, the Parties agree that Defendants' submission of replies in support of their motions to dismiss and a hearing on the pending motions to dismiss the SAC would be an inefficient use of party and judicial resources at this time given Lead Plaintiff's intention to seek leave to amend and to file a Third Amended Complaint; and

  WHEREAS, the Parties agree that an extension of time for Defendants' submission of replies in support of their motions to dismiss would allow the Parties time to confer regarding Lead Plaintiff's proposed amendment and to determine whether Defendants will or will not oppose Lead Plaintiff's motion for leave to amend;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1. Defendants' time to file replies in support of their motions to dismiss is extended for now from August 27, 2024 to September 26, 2024.

2. The September 26, 2024 hearing on Defendants' motions to dismiss is hereby vacated.

3. This schedule may be modified by agreement of the Parties, as approved by the Court.

4. This Stipulation is without prejudice to any rights, defenses, claims, and/or arguments that any party may have.

DATED:  August 19, 2024                    Respectfully submitted,

                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP


                                           By: /s/ Harry A. Olivar, Jr.
                                               Harry A. Olivar, Jr. (SBN 143089)
                                               865 S. Figueroa Street, 10th Floor
                                               Los Angeles, CA 90017
                                               (213) 443-3000
                                               harryolivar@quinnemanuel.com

                                               David Edward Myre, III (SBN 304600)
                                               555 Twin Dolphin Dr., 5th Floor
                                               Redwood Shores, CA 94065
                                               (650) 801-5000
                                               davidmyre@quinnemanuel.com

                                               Michael B. Carlinsky (*pro hac vice*)
                                               Jesse A. Bernstein (*pro hac vice*)
                                               Jacob J. Waldman (*pro hac vice*)
                                               Leigha Empson (*pro hac vice*)
                                               51 Madison Avenue, 22nd Floor
                                               New York, NY 10010
                                               (212) 849-7173
                                               michaelcarlinsky@quinnemanuel.com
                                               jessebernstein@quinnemanuel.com
                                               jacobwaldman@quinnemanuel.com

leighaempson@quinnemanuel.com

*Attorneys for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

DATED: August 19, 2024                GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jessica Valenzuela*
Jessica Valenzuela (SBN 220934)
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
JValenzuela@gibsondunn.com

George B. Adams (SBN 321904)
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

DATED: August 19, 2024                SIDLEY AUSTIN LLP

By: */s/ Sarah A. Hemmendinger*
Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
shemmendinger@sidley.com

Robin E. Wechkin (*pro hac vice*)
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
rwechkin@sidley.com

*Counsel for Defendant Lorenzo Simonelli*

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MTD REPLIES AND HEARING DATE

| | | |
|---|---|---|
| 1 | DATED: August 19, 2024 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: */s/ Catherine Gannon*
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi*

DATED: August 19, 2024            THE ROSEN LAW FIRM, P.A.

By: */s/ Jonathan Stern*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 785-2610
lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
(212) 686-1060
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel*

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MTD REPLIES AND HEARING DATE

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: August 19, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.

*Attorney for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 8/20/2024

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**