Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

Lead Counsel and Counsel for
Lead Plaintiff Mark Samarghandi

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>C3.AI, INC., et al.,<br><br>            Defendants. | Case No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

1     Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3")
2  Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes Company
3  (together, the "Defendants," and with Lead Plaintiff, the "Parties") hereby stipulate, through their
4  respective counsel of record, subject to approval of the Court, as follows:
5     WHEREAS, on April 4, 2024, Lead Plaintiff filed a Second Amended Complaint against
6  Defendants (ECF No. 158, the "SAC");
7     WHEREAS, on May 17, 2024, Defendants filed motions to dismiss the SAC (ECF Nos. 167,
8  170, 171);
9     WHEREAS, on July 15, 2024, Lead Plaintiff filed an opposition to Defendants' motions to
10 dismiss (ECF No. 176);
11    WHEREAS, on July 18, 2024, plaintiffs in *Pankow v. Siebel et al*, C.A. No. 2024-0520-
12 NAC (Del. Ch.) filed an amended version of their complaint on the public docket that includes
13 information Lead Plaintiff seeks to incorporate into its amended complaint (Dkt. No. 11 of *Pankow*);
14    WHEREAS, pursuant to stipulation of the Parties, which was so-ordered by the Court (ECF
15 Nos. 177, 178), Defendants' replies in support of their motions to dismiss are currently due on
16 September 26, 2024;
17    WHEREAS, Lead Plaintiff intends to file a motion for leave to file a Third Amended
18 Complaint, seeking to amend to include certain material from the *Pankow* complaint, in addition to
19 other material;
20    WHEREAS, Defendants intend to oppose Lead Plaintiff's motion for leave to file a Third
21 Amended Complaint; and
22    WHEREAS, the Parties agree that completing the briefing cycle and submitting for the
23 Court's consideration Defendants' motions to dismiss the currently-operative SAC would be an
24 inefficient use of party and judicial resources at this time given Lead Plaintiff's intention to seek
25 leave to amend and to file a Third Amended Complaint;
26    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
27 for the Parties, subject to approval of the Court, that:
28    1.     Lead Plaintiff shall file a motion for leave to file a Third Amended Complaint no

1 later than September 27, 2024.

2     2.    Defendants shall file their oppositions to Lead Plaintiff's motion to file a Third
3 Amended Complaint no later than October 28, 2024.

4     3.    Lead Plaintiff shall file his reply in support of his motion for leave to file a Third
5 Amended Complaint no later than November 18, 2024.

6     4.    Defendants' time to file replies in support of their motions to dismiss the SAC is
7 hereby stayed. If the Court denies Lead Plaintiff's motion for leave to file a Third Amended
8 Complaint, Defendants' deadline to file their replies in support of their motions to dismiss the SAC
9 shall be thirty (30) days following the Court's order.

10     5.    If the Court grants Lead Plaintiff's motion for leave to file a Third Amended
11 Complaint, the Parties shall promptly meet and confer on a schedule for briefing motion(s) to
12 dismiss the Third Amended Complaint.

13     6.    This Stipulation is without prejudice to any rights, defenses, claims and/or arguments
14 that any Party may have.

15     7.    This schedule may be modified by agreement of the Parties, as approved by the
16 Court.

DATED: September 5, 2024    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Reed R. Kathrein*
    Reed R. Kathrein (SBN 139304)
    Lucas E. Gilmore (SBN 250893)
    715 Hearst Ave., Suite 202
    Berkeley, CA 94710
    (510) 725-3000
    reed@hbsslaw.com
    lucasg@hbsslaw.com

    Steve W. Berman (*pro hac vice*)
    Catherine Y.N. Gannon (*pro hac vice*)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    (206) 623-7292
    steve@hbsslaw.com
    catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

| | | |
|---|---|---|
| 1 | DATED: September 5, 2024 | THE ROSEN LAW FIRM, P.A |
| 2 | | By: */s/ Laurence M. Rosen* |
| | | Laurence M. Rosen (SBN 219683) |
| 3 | | 355 S. Grand Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| 4 | | (213) 785-2610 |
| | | lrosen@rosenlegal.com |
| 5 | | |
| | | Jonathan Stern (*pro hac vice*) |
| 6 | | 275 Madison Ave., 40th Floor |
| | | New York, NY 10016 |
| 7 | | (212) 686-1060 |
| | | jstern@rosenlegal.com |
| 8 | | |
| | | *Counsel for Additional Plaintiffs Sharon L.* |
| 9 | | *Zavalanski, David Linder, and Elizabeth Wensel* |
| 10 | DATED: September 5, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 11 | | |
| | | By: */s/ Harry A. Olivar, Jr.* |
| 12 | | Harry A. Olivar, Jr. (SBN 143089) |
| | | 865 S. Figueroa Street, 10th Floor |
| 13 | | Los Angeles, CA 90017 |
| | | (213) 443-3000 |
| 14 | | harryolivar@quinnemanuel.com |
| 15 | | David Edward Myre, III (SBN 304600) |
| | | 555 Twin Dolphin Dr., 5th Floor |
| 16 | | Redwood Shores, CA 94065 |
| | | (650) 801-5000 |
| 17 | | davidmyre@quinnemanuel.com |
| 18 | | Michael B. Carlinsky (*pro hac vice*) |
| | | Jesse A. Bernstein (*pro hac vice*) |
| 19 | | Jacob J. Waldman (*pro hac vice*) |
| | | Leigha Empson (*pro hac vice*) |
| 20 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 21 | | (212) 849-7173 |
| | | michaelcarlinsky@quinnemanuel.com |
| 22 | | jessebernstein@quinnemanuel.com |
| | | jacobwaldman@quinnemanuel.com |
| 23 | | leighaempson@quinnemanuel.com |
| 24 | | *Attorneys for Defendants C3.ai, Inc., Thomas M.* |
| | | *Siebel, Edward Y. Abbo, and David Barter* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|     |     |     |
| --- | --- | --- |
| DATED:  September 5, 2024 | | GIBSON, DUNN & CRUTCHER LLP |

By: */s/ Jessica Valenzuela*
Jessica Valenzuela (SBN 220934)
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
JValenzuela@gibsondunn.com

George B. Adams (SBN 321904)
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

DATED:  September 5, 2024        SIDLEY AUSTIN LLP

By: */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
shemmendinger@sidley.com

Robin E. Wechkin (*pro hac vice*)
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
rwechkin@sidley.com

*Counsel for Defendant Lorenzo Simonelli*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: September 5, 2024        By:    */s/ Reed R. Kathrein*
                REED R. KATHREIN (139304)

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: 9/9/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge