Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, *et al.*, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>C3.AI, INC., *et al.*,<br><br>                    Defendants. | No. 4:22-cv-01413-HSG<br><br>**DECLARATION OF CATHERINE Y.N. GANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT** |

I, Catherine Y.N. Gannon, declare as follows:

1.      I am an attorney admitted *pro hac vice* in this matter, and I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP and part of the counsel team representing Plaintiffs and the putative class. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      This declaration is made in support of Plaintiffs' Motion for Leave to file [Proposed] Third Amended Complaint (the "Motion"). The parties have met and conferred, and Defendants have not agreed to the amendments.

3.      On May 17, 2024, Defendants filed three individual motions to dismiss Plaintiffs' Second Amended Complaint (the "SAC"). ECF Nos. 167, 170, 171. On June 21, 2024, Court entered a scheduling order for the opposition and reply briefs associated with Defendants' motions to dismiss briefing. ECF No. 175.

4.      On July 15, 2024, Plaintiffs timely filed their omnibus opposition to Defendants' motions to dismiss according to the Court's order. ECF No. 176.

5.      Three days later, on July 18, 2024, the plaintiffs in *Pankow v. Siebel et al.*, C.A. No. 2024-0520-NAC (Del. Ch.), filed an amended version of their complaint on the public docket that includes information Plaintiffs seek to incorporate into the amended complaint.

6.      On July 26, 2024, Plaintiffs informed Defendants via email of the *Pankow* Complaint and their intention to file a motion for leave to file a Third Amended Complaint to include certain material from the *Pankow* complaint and queried as to Defendants' response. Plaintiffs also forwarded to Defendants a redlined copy of the proposed Third Amended Complaint on August 14, 2024.

7.      On August 16, 2024, the Parties filed a stipulation informing the Court of the recently amended *Pankow* Complaint and Plaintiffs' intention to seek leave for amend, while also requesting a 30-day extension for Defendants to file their replies to their motions to dismiss, ECF No. 177, which the Court granted on August 20, 2024, ECF No. 178.

8.      On September 5, 2024, the Parties filed a stipulation informing the Court of Defendants' intention to oppose a motion for leave to amend and identifying briefing dates. ECF No. 179. The Court granted the Parties' stipulation on September 9, 2024, ECF No. 180.

9.      At this stage, no formal discovery has been taken by either party in this case.

10.      Attached as **Exhibit A** is the [Proposed] Third Amended Complaint. The Third Amended Complaint includes an updated statement-by-statement chart containing the information required by 15 U.S.C. § 78u-4(b)(1), *see* TAC, Appendix A.

11.      Attached as **Exhibit B** is a redlined version of the [Proposed] Third Amended Complaint that shows the amendments made to the Second Amended Complaint.

12.      Attached as **Exhibit C** is a true and correct copy of the amended public version filed in *Pankow v. Siebel et al*, C.A. No. 2024-0520-NAC (Del. Ch.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September 2024, at Seattle, Washington.

*/s/ Catherine Y.N. Gannon*
CATHERINE Y.N. GANNON