UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, *et al.*, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>C3.AI, INC., *et al*.,<br><br>       Defendants. | No. 4:22-cv-01413-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT** |

Upon consideration of Plaintiffs' motion for leave to file their Third Amended Complaint in the above-referenced action, together with all materials filed in support and in opposition thereto, IT IS HEREBY ORDERED that Plaintiffs' motion is hereby granted. Plaintiffs are hereby ordered to file the [Proposed] Amended Complaint lodged as Exhibit A to Plaintiffs' motion within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

              _____

              HAYWOOD S. GILLIAM, JR.
              United States District Judge

1