Harry A. Olivar, Jr. (SBN 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et. al., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>C3.AI, INC., et al.,<br><br>  Defendants. | Case No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

1       Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3") Thomas M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes Company (together, the "Defendants," and with Lead Plaintiff, the "Parties") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

      WHEREAS, on September 5, 2024, the Parties entered into a stipulation setting forth the briefing schedule for Lead Plaintiff's anticipated motion for leave to file a Third Amended Complaint (ECF No. 179), which was so-ordered by the Court on September 9, 2024 (ECF No. 180);

      WHEREAS, on September 27, 2024, Lead Plaintiff filed a motion for leave to file a Third Amended Complaint (ECF No. 181, the "Motion for Leave to Amend");

      WHEREAS, pursuant to the Parties' stipulation, Defendants' oppositions to Lead Plaintiff's Motion for Leave to Amend are currently due on October 28, 2024, and Lead Plaintiff's reply in support of the Motion for Leave to Amend is currently due on November 18, 2024;

      WHEREAS, a hearing on Lead Plaintiff's Motion for Leave to Amend was noticed for December 5, 2024 (ECF No. 181);

      WHEREAS, to permit counsel for all Defendants to coordinate with each other in preparing the oppositions, all Defendants respectfully request that their time to file their oppositions to the Moton for Leave to Amend be extended by 15 days from the current deadline of October 28, 2024 until November 12, 2024;

      WHEREAS, Plaintiffs do not oppose the requested relief;

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that:

1.    The hearing on Lead Plaintiff's Motion for Leave to Amend is hereby continued to January 23, 2025.

2.    Defendants shall file any oppositions to Lead Plaintiff's motion to file a Third Amended Complaint no later than November 12, 2024.

3.    Lead Plaintiff shall file his reply in support of his motion for leave to file a Third Amended Complaint no later than December 10, 2024.

4.    This schedule may be modified by agreement of the Parties, as approved by the

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION FOR LEAVE TO AMEND

1  Court.

2  DATED: October 25, 2024               Respectfully submitted,

                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By: */s/ Harry A. Olivar, Jr.*
                                             Harry A. Olivar, Jr. (SBN 143089)
                                             865 S. Figueroa Street, 10th Floor
                                             Los Angeles, CA 90017
                                             (213) 443-3000
                                             harryolivar@quinnemanuel.com

                                             David Edward Myre, III (SBN 304600)
                                             555 Twin Dolphin Dr., 5th Floor
                                             Redwood Shores, CA 94065
                                             (650) 801-5000
                                             davidmyre@quinnemanuel.com

                                             Michael B. Carlinsky (*pro hac vice*)
                                             Jesse A. Bernstein (*pro hac vice*)
                                             Jacob J. Waldman (*pro hac vice*)
                                             Leigha Empson (*pro hac vice*)
                                             51 Madison Avenue, 22nd Floor
                                             New York, NY 10010
                                             (212) 849-7173
                                             michaelcarlinsky@quinnemanuel.com
                                             jessebernstein@quinnemanuel.com
                                             jacobwaldman@quinnemanuel.com
                                             leighaempson@quinnemanuel.com

                                             *Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 25, 2024 | GIBSON, DUNN & CRUTCHER LLP |

By: */s/ Jessica Valenzuela*
    Jessica Valenzuela (SBN 220934)
    310 University Avenue
    Palo Alto, CA 94301
    Telephone: (650) 849-5300
    Facsimile: (650) 849-5333
    JValenzuela@gibsondunn.com

    George B. Adams (SBN 321904)
    One Embarcadero Center Suite 2600
    San Francisco, CA 94111-3715
    Telephone: (415) 393-8200
    Facsimile: (415) 393-8306
    GAdams@gibsondunn.com

*Counsel for Defendant Baker Hughes Company*

DATED:  October 25, 2024    SIDLEY AUSTIN LLP

By: */s/ Sara B. Brody*
    Sara B. Brody (SBN 130222)
    Sarah A. Hemmendinger (SBN 298659)
    555 California Street, Suite 2000
    San Francisco, CA 94104
    Telephone: (415) 772-1200
    sbrody@sidley.com
    shemmendinger@sidley.com

    Robin E. Wechkin (*pro hac vice*)
    8426 316th Place Southeast
    Issaquah, WA 98027
    Telephone: (415) 439-1799
    rwechkin@sidley.com

*Counsel for Defendant Lorenzo Simonelli*

| | | |
|---|---|---|
| 1 | DATED: October 25, 2024 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for Lead Plaintiff Mark Samarghandi*

DATED: October 25, 2024            THE ROSEN LAW FIRM, P.A

By: */s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 785-2610
lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
(212) 686-1060
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel*

Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING MOTION FOR LEAVE TO AMEND

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: October 25, 2024     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Harry A. Olivar
     Harry A. Olivar

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 10/28/2024

_____
**HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE**