GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
310 University Avenue
Palo Alto, California  94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant*
*Baker Hughes Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>C3.AI, INC., et al.<br><br>               Defendants. | CASE NO. 4:22-cv-01413-HSG<br><br>**NOTICE OF JOINDER OF DEFENDANT BAKER HUGHES COMPANY IN DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:      December 5, 2024<br>Time:      2:00 p.m.<br>Place:     Courtroom 2, 4th Floor<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 4, 2022 |

Gibson, Dunn & Crutcher LLP

NOTICE OF JOINDER OF DEFENDANT BAKER HUGHES COMPANY IN DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT
CASE NO. 4:22-CV-01413-HSG

Defendant Baker Hughes Company hereby joins in (1) the C3 Defendants' Opposition to Plaintiffs' Motion for Leave to File [Proposed] Third Amended Complaint, and (2) Defendant Lorenzo Simonelli's Joinder in the C3 Defendants' Opposition to Plaintiffs' Motion for Leave to Amend, for the reasons set forth in those Defendants' respective briefs.

Dated: November 12, 2024

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Jessica Valenzuela*
Jessica Valenzuela

*Attorneys for Defendant Baker Hughes Company*

Gibson, Dunn & Crutcher LLP

NOTICE OF JOINDER OF DEFENDANT BAKER HUGHES COMPANY IN DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT
CASE NO. 4:22-CV-01413-HSG