Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for
Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, *et al.*, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>C3.AI, INC., *et al.*,<br><br>                    Defendants. | No. 4:22-cv-01413-HSG<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor |

Plaintiffs hereby submit this Statement of Recent Decision in further support of their Motion for Leave to File [Proposed] Third Amended Complaint (ECF No. 181). On December 20, 2024, the United States Court of Appeals for the Ninth Circuit issued a decision reversing an order from the United States District Court for the Northern District of California granting a motion to dismiss a securities fraud class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5, promulgated thereunder. *See Okla. Firefighters Pension & Ret. Sys. v. Snap Inc.*, No. 2:21-cv-08892-GW-RAO, 2024 WL 5182634 (9th Cir. Dec. 20, 2024), attached hereto as Exhibit A.

Plaintiffs believe this recent decision, which was not cited in the parties' previous submissions, will assist the Court in its consideration of the pending motion for leave to file a third amended complaint.

DATED: January 23, 2025

Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for
Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel*

PLAINTIFFS' STATEMENT OF RECENT DECISION – 2                    Case No. 4:22-cv-01413-HSG