Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., et al.,<br><br>Defendants. | No. 4:22-cv-01413-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1  Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3") Thomas
2  M. Siebel, Edward Y. Abbo, David Barter, Lorenzo Simonelli, and Baker Hughes Company (together,
3  the "Defendants," and with Lead Plaintiff, the "Parties") hereby stipulate, through their respective
4  counsel of record, subject to approval of the Court, as follows:

5  WHEREAS, on September 27, 2024, Lead Plaintiff filed a motion for leave to file a Third
6  Amended Complaint (ECF No. 181, the "Motion for Leave to Amend");

7  WHEREAS, on November 12, 2024, Defendants filed their Opposition to Lead Plaintiff's
8  Motion for Leave to Amend (ECF No. 186);

9  WHEREAS, on December 10, 2024, Lead Plaintiff filed his Reply in Support of the Motion
10  for Leave to Amend (ECF No. 189);

11  WHEREAS, on February 13, 2025, the Court issued an Order Granting Plaintiffs' Motion for
12  Leave to Amend, Terminating as Moot Defendants' Motions for Joinders, and Terminating as moot
13  Defendants' Pending Motions to Dismiss (ECF No. 197, the "MTD Order");

14  WHEREAS, in the MTD Order, the Court directed Plaintiffs to file their Third Amended Class
15  Action Complaint as a separate docket entry by February 14, 2025 (*id.* at 5);

16  WHEREAS, in the MTD Order, the Court directed the parties to "meet and confer regarding a
17  briefing schedule for any renewed motion to dismiss, and to file a stipulation and proposed order
18  setting out the agreed-upon briefing schedule and proposed hearing date by February 20, 2025" (*id.*);

19  WHEREAS, the parties have met and conferred, and all parties consent to the requested relief;

20  IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned
21  counsel for the parties, subject to Court approval, that:

22  1. Defendants shall file their Motions to Dismiss the Third Amended Class Action
23  Complaint by March 25, 2025.
24  2. Plaintiffs shall file their omnibus Opposition to the Motions to Dismiss the Third
25  Amended Class Action Complaint by May 2, 2025.
26  3. Defendants shall file their Replies in Support of the Motion to Dismiss the Third
27  Amended Class Action Complaint by June 9, 2025.
28

4. The hearing on Defendants' Motions to Dismiss shall be noted for hearing on June 26, 2025, at 2:00 p.m.

5. Defendants' separate motions to dismiss may not exceed 60 pages (combined).

6. Plaintiffs are permitted to file a single, omnibus opposition to Defendants' motions to dismiss that shall not exceed 60 pages.

7. Defendants' replies in support of their separate motions may not exceed 15 pages each.

IT IS SO STIPULATED.

DATED: February 21, 2025                Respectfully submitted,

/s/ Reed R. Kathrein
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

|   |   |   |
|---|---|---|
| 1 |  | Jonathan Stern (pro hac vice application forthcoming) |
| 2 |  | **THE ROSEN LAW FIRM, P.A.**<br>275 Madison Ave., 40th Floor<br>New York, NY 10016 |
| 3 |  | Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827 |
| 4 |  | jstern@rosenlegal.com |
| 5 |  | *Counsel for Additional Plaintiffs Sharon L. Zavalanski, David Linder, and Elizabeth Wensel* |
| 6 |  |  |
| 7 | DATED: February 21, 2025 | Respectfully submitted, |
| 8 |  | */s/ Harry A. Olivar, Jr.*<br>Harry A. Olivar, Jr. (SBN 143089) |
| 9 |  | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 10 |  | Telephone: (213) 443-3000<br>harryolivar@quinnemanuel.com |
| 11 |  |  |
| 12 |  | David Edward Myre, III (SBN 304600)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 13 |  | 555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| 14 |  | davidmyre@quinnemanuel.com |
| 15 |  | Michael B. Carlinsky (pro hac vice)<br>Jesse A. Bernstein (pro hac vice) |
| 16 |  | Jacob J. Waldman (pro hac vice)<br>Leigha Empson (pro hac vice) |
| 17 |  | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>295 Fifth Ave. |
| 18 |  | New York, NY 10016<br>Telephone: (212) 849-7173 |
| 19 |  | michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com |
| 20 |  | jessebernstein@quinnemanuel.com<br>leighaempson@quinnemanuel.com |
| 21 |  |  |
| 22 |  | *Counsel for Defendants C3, Inc., Thomas M. Siebel, Edward Y. Abbo, and David Barter* |
| 23 | DATED: February 21, 2025 | Respectfully submitted, |
| 24 |  | */s/ Jessica Valenzuela*<br>Jessica Valenzuela (SBN 220934) |
| 25 |  | **GIBSON, DUNN & CRUTCHER LLP**<br>310 University Avenue |
| 26 |  | Palo Alto, CA 94301<br>Telephone: (650) 849-5300 |
| 27 |  | Facsimile: (650) 849-5333<br>JValenzuela@gibsondunn.com |
| 28 |  |  |

STIPULATION AND ORDER TO REGARDING BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS – 3

Case No. 4:22-cv-01413-HSG

| | |
|---|---|
| | George B. Adams (SBN 321904)\ |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | One Embarcadero Center Suite 2600 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| | GAdams@gibsondunn.com |
| | |
| | *Counsel for Defendant Baker Hughes Company* |
| DATED: February 21, 2025 | Respectfully submitted, |
| | |
| | */s/ Sara B. Brody* |
| | Sara B. Brody (SBN 130222) |
| | Sarah A. Hemmendinger (SBN 298659) |
| | **SIDLEY AUSTIN LLP** |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| | sbrody@sidley.com |
| | shemmendinger@sidley.com |
| | |
| | Robin E. Wechkin (pro hac vice) |
| | **SIDLEY AUSTIN LLP** |
| | 8426 316th Place Southeast |
| | Issaquah, WA 98027 |
| | Telephone: (415) 439-1799 |
| | rwechkin@sidley.com |
| | |
| | *Counsel for Defendant Lorenzo Simonelli* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: February 21, 2025         By:    /s/ Reed R. Kathrein
                                        REED R. KATHREIN (139304)

**ORDER GRANTING STIPULATION**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: 2/25/2025                        _Haywood S. Gilliam, Jr._
                                        HON. HAYWOOD S. GILLIAM, JR.
                                        United States District Judge