Harry A. Olivar, Jr. (143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc.,*
*Thomas M. Siebel, and David Barter*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>C3.AI, INC., et al.,<br><br>        Defendants. | Case No. 4:22-cv-01413-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' ANSWERS TO THIRD AMENDED COMPLAINT** |

Lead Plaintiff Mark Samarghandi ("Lead Plaintiff") and Defendants C3.ai, Inc. ("C3"), Thomas M. Siebel, David Barter, and Lorenzo Simonelli (together, "Defendants") hereby stipulate, through their respective counsel of record, subject to approval of the Court, as follows:

WHEREAS, on March 12, 2026, the Court granted in part and denied in part Defendants' motions to dismiss the Third Amended Complaint (ECF No. 211);

WHEREAS, Defendants' answers to the Third Amended Complaint are currently due on March 26, 2026;

WHEREAS, Defendants have not previously requested an extension of time to file answers to the Third Amended Complaint;

WHEREAS, counsel for Lead Plaintiff and counsel for Defendants have conferred and have agreed to extend the time for Defendants to answer the Third Amended Complaint to April 9, 2026.

WHEREAS, the Parties agree that this extension of time for Defendants to answer the Third Amended Complaint shall not impact the progression of discovery or any other deadlines set by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that Defendants' answers to the Third Amended Complaint shall be due no later than April 9, 2026.

DATED: March 18, 2026                Respectfully submitted,

_/s/ Lucas E. Gilmore_
Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (pro hac vice)
Catherine Y.N. Gannon (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff Mark Samarghandi*
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Jonathan Stern (pro hac vice)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

*Counsel for Additional Plaintiffs Sharon L.*
*Zavalanski, David Linder, and Elizabeth Wensel*

STIPULATION AND ORDER REGARDING ANSWERS TO THE THIRD AMENDED
COMPLAINT

DATED: March 18, 2026                    Respectfully submitted,

/s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr. (SBN 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
harryolivar@quinnemanuel.com

David Edward Myre, III (SBN 304600)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
davidmyre@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Jesse A. Bernstein (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Leigha Empson (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7173
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, and David Barter*

DATED: March 18, 2026                    Respectfully submitted,

/s/ Sara B. Brody
Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
shemmendinger@sidley.com

Robin E. Wechkin (*pro hac vice*)
**SIDLEY AUSTIN LLP**
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
rwechkin@sidley.com

*Counsel for Defendant Lorenzo Simonelli*

3                         Case No. 4:22-cv-01413-HSG
STIPULATION AND ORDER REGARDING ANSWERS TO THE THIRD AMENDED
COMPLAINT

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: March 18, 2026          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:     /s/ Harry A. Olivar, Jr.
        Harry A. Olivar, Jr.

        *Attorney for Defendants C3.ai, Inc.,*
        *Thomas M. Siebel, and David Barter*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that Defendants' answers to Plaintiffs' Third Amended Complaint are due no later than April 9, 2026.

Dated:  3/19/2026

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**