# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al., | CASE No C  4:22-cv-01413-HSG |
| **Plaintiff(s)**<br>v.<br>C3.AI, INC., et al.,<br>**Defendant(s)** | STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☑ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)
  The Parties elect to participate in a private mediation to occur no later than November 24, 2026.  The Parties agree to meet and confer regarding an appropriate mediator.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☑ other requested deadline:  November 24, 2026

Date: April 14, 2026

/s/ Lucas E. Gilmore
_____
Attorney for Plaintiff

Date: April 14, 2026

/s/ Harry A. Olivar, Jr. (C3 Defendants) /s/ Sara Brody (Lorenzo Simonelli)
_____
Attorney for Defendant

---

☑ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  4/15/2026

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019