UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE RECKSTIN FAMILY TRUST, et al.,

Plaintiffs,

v.

C3 AI, INC., et al.,

Defendants.

Case No.  22-cv-01413-HSG

**SCHEDULING ORDER**

A case management conference was held on April 7, 2026.  Having considered the parties' proposals, *see* Dkt. No. 223, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline for substantial completion of rolling production of non-privileged documents | October 1, 2026 |
| Deadline to move to amend pleadings | November 9, 2026 |
| Deadline for Lead Plaintiff to move for class certification | November 9, 2026 |
| Mediation Deadline | November 24, 2026 |
| Deadline for Defendants to file any opposition to class certification | January 21, 2027 |
| Deadline for Plaintiff to file reply in further support of class certification | March 4, 2027 |
| Hearing on Motion for class certification | March 18, 2027, at 2:00 pm |

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/15/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge