UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE RECKSTIN FAMILY TRUST, et al.,
Plaintiffs,
v.
C3 AI, INC., et al.,
Defendants.

Case No. 22-cv-01413-HSG

**ORDER DENYING LETTER BRIEFS**

Re: Dkt. Nos. 249, 260

The Court **DENIES** the parties' two recent letter briefs. Dkt. Nos. 249, 260. Under the current scheduling order, the deadline for substantial completion of rolling productions of non-privileged documents was October 1, 2026. Dkt. No. 226. However, as discussed at the September 22, 2026, case management conference, the parties have several outstanding discovery disputes that they have yet to brief. The parties appear to agree that, as a result, the scheduling order must be modified in some way. *See* Dkt. No. 260. The Court is willing to consider whether there is good cause for a narrowly targeted and modest extension (though the Court is presently of the view that the parties are failing to reasonably work together to minimize discovery problems). But the Court cannot determine whether and to what extent the case schedule should be extended without first reviewing the parties' anticipated letter briefs as to these disputes.

Defendants previously indicated that they "will meet the October 1 substantial completion deadline as to documents they agreed to produce as of September 17." *See* Dkt. No. 260 at 1. The Court **DIRECTS** Defendants to confirm that they have produced those documents. Defendants must file a short status report of no more than one page by October 6, 2026, regarding this production. The status report must be non-argumentative, and must either confirm that either (1) Defendants produced the documents they agreed to produce by October 1; or (2) they did not

United States District Court
Northern District of California

do so. The Court also **DIRECTS** the parties to file all outstanding discovery letter briefs by October 13, 2026, so the Court can evaluate how to move this case forward efficiently. Additionally, the Court **SETS** a case management conference on October 20, 2026, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. No additional joint status report is required at this time.

**IT IS SO ORDERED.**

Dated: 10/5/2027

Haywood S. Gill Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge