United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RECKSTIN FAMILY TRUST, et al.,<br>Plaintiffs,<br>v.<br>C3 AI, INC., et al.,<br>Defendants. | Case No. 22-cv-01413-HSG (ASK)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 263, 264, 265, 266, 277 |

The Court is in receipt of four discovery dispute letters between the parties (Dkt. Nos. 263, 264, 265, 266), which the Court interprets as motions to compel, as well as a fifth dispute letter (Dkt. No. 277), in which Defendants seek, over Plaintiffs' objection, to postpone decision on those disputes given Plaintiffs' intent to file a Fourth Amended Complaint. As a matter of judicial efficiency, the Court **DENIES** without prejudice the four motions to compel. Plaintiffs are correct that expanding their complaint does not necessarily warrant staying or postponing discovery on live claims. However, the arguments may be different if or when new claims are added. Additionally, if related disputes arise once there is a new complaint, it would be most efficient to resolve all of the discovery disputes at once, rather than in part now and in part later. In light of the denial of the motions, the four disputes set for argument on November 17, 2026, are taken off calendar.

**IT IS SO ORDERED.**

Dated: November 13, 2026

Ajay Krishnan

AJAY KRISHNAN
United States Magistrate Judge